B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   Hamilton Proper Partners Golf Partnership, L.P.

Debtor(s)

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Britten & Julie Killinger<br>10813 Club Point<br>Fishers, IN 46037 | Britten & Julie Killinger<br>10813 Club Point<br>Fishers, IN 46037 | Current Member Refundable Deposit & 2014-2023 Prepaid Dues & 2014 Food Minimum | | 120,658.00 |
| Dr. & Mrs. Russell Dilly<br>289 Breakwater Drive<br>Fishers, IN 46037 | Dr. & Mrs. Russell Dilly<br>289 Breakwater Drive<br>Fishers, IN 46037 | Current Member Refundable Deposit & 2014-2020 Prepaid Dues & 2014 Food Minimum | | 57,616.00 |
| Harold D. Garrison Irrevocable Trust<br>10 West Market St., Suite 1200<br>Indianapolis, IN 46204 | Harold D. Garrison Irrevocable Trust<br>10 West Market St., Suite 1200<br>Indianapolis, IN 46204 | Periodic Unsecured Loans Over a Period of 20 Years (Claim Amount Includes Interest) | | 14,537,199.00 |
| Horizon III, LLC<br>10 West Market Street, Suite 1200<br>Indianapolis, IN 46204 | Horizon III, LLC<br>10 West Market Street, Suite 1200<br>Indianapolis, IN 46204 | Prepaid Deposits & Unsecured Promissory Note | | 329,631.00 |
| Horizon Two, LLC<br>10 West Market Street, Suite 1200<br>Indianapolis, IN 46204 | Horizon Two, LLC<br>10 West Market Street, Suite 1200<br>Indianapolis, IN 46204 | Prepaid Deposits | | 129,199.00 |
| James & Nancy Martin<br>10622 Thorny Ridge Trace<br>Fishers, IN 46037 | James & Nancy Martin<br>10622 Thorny Ridge Trace<br>Fishers, IN 46037 | Current Member Refundable Deposit & 2014 Food Minimum | | 46,402.00 |
| Justin & Kimberly Boswell<br>11098 Preservation Point<br>Fishers, IN 46037 | Justin & Kimberly Boswell<br>11098 Preservation Point<br>Fishers, IN 46037 | Current Member Refundable Deposit & 2014 Food Minimum & Store Credit | | 46,402.99 |

B4 (Official Form 4) (12/07) - Cont.

In re   Hamilton Proper Partners Golf Partnership, L.P.
             Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| L.G. & Alyce Edwards 10818 Club Point Fishers, IN 46037 | L.G. & Alyce Edwards 10818 Club Point Fishers, IN 46037 | Current Member Refundable Deposit & 2014-2020 Prepaid Dues & 2014 Food Minimum | | 77,694.00 |
| Mr. & Mrs. Bernie Lacy 8802 Spinnaker Court Indianapolis, IN 46256 | Mr. & Mrs. Bernie Lacy 8802 Spinnaker Court Indianapolis, IN 46256 | Current Member Refundable Deposit & 2014-2021 Prepaid Dues & 2014 Food Minimum & Unsecured Promissory Note | | 66,174.00 |
| Mr. & Mrs. Chad Owen 12077 Proper Pass Fishers, IN 46037 | Mr. & Mrs. Chad Owen 12077 Proper Pass Fishers, IN 46037 | Current Member Refundable Deposit & 2014 Food Minimum & Store Credit | | 46,461.00 |
| Mr. & Mrs. Dan Hutmacher 11225 Hawthorn Ridge Fishers, IN 46037 | Mr. & Mrs. Dan Hutmacher 11225 Hawthorn Ridge Fishers, IN 46037 | Current Member Refundable Deposit & 2014 Food Minimum & Store Credit | | 46,921.00 |
| Mr. & Mrs. James Peterson 11827 Sea Star Drive Indianapolis, IN 46256 | Mr. & Mrs. James Peterson 11827 Sea Star Drive Indianapolis, IN 46256 | Current Member Refundable Deposit & 2014-2018 Prepaid Dues | | 54,015.00 |
| Mr. & Mrs. Jim Ratliff 11999 Talnuck Circle Fishers, IN 46037 | Mr. & Mrs. Jim Ratliff 11999 Talnuck Circle Fishers, IN 46037 | Current Member Refundable Deposit & 2014-2020 Prepaid Dues & 2014 Food Minimum & Store Credit | | 99,384.13 |
| Mr. & Mrs. John Lacy 150 Breakwater Fishers, IN 46037 | Mr. & Mrs. John Lacy 150 Breakwater Fishers, IN 46037 | Current Member Refundable Deposit & 2014-2021 Prepaid Dues & 2014 Food Minimum & Unsecured Promissory Note | | 105,346.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Hamilton Proper Partners Golf Partnership, L.P.                    Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NADM<br>c/o Michael Leeds<br>5100 Town Center Circle, Suite 650<br>Boca Raton, FL 33486 | NADM<br>c/o Michael Leeds<br>5100 Town Center Circle, Suite 650<br>Boca Raton, FL 33486 | Periodic Unsecured Loans Over a Period of 20 Years (Claim Amount Includes Interest) | | 7,458,315.00 |
| Phillip & Karen Scaletta<br>7256 Tulip Tree Trail<br>Indianapolis, IN 46256 | Phillip & Karen Scaletta<br>7256 Tulip Tree Trail<br>Indianapolis, IN 46256 | Current Member Refundable Deposit & 2014-2018 Prepaid Dues & 2014 Food Minimum & Store Credit | | 55,480.00 |
| Robert & Bev Hartig<br>13563 Marjac Way<br>McCordsville, IN 46055 | Robert & Bev Hartig<br>13563 Marjac Way<br>McCordsville, IN 46055 | Current Member Refundable Deposit & 2014 Food Minimum & Store Credit | | 46,402.86 |
| Sana Corp.<br>c/o Michael Leeds<br>5100 Town Center Circle, Suite 650<br>Boca Raton, FL 33486 | Sana Corp.<br>c/o Michael Leeds<br>5100 Town Center Circle, Suite 650<br>Boca Raton, FL 33486 | Periodic Unsecured Loans Over a Period of 20 Years (Claim Amount Includes Interest) | | 24,638,352.00 |
| Sunset LLC<br>10 West Market St., Suite 1200<br>Indianapolis, IN 46204 | Sunset LLC<br>10 West Market St., Suite 1200<br>Indianapolis, IN 46204 | Promissory Note | Contingent | 60,000.00 |
| Tim & Allison Meta<br>10108 Muirfield Trace<br>Fishers, IN 46037 | Tim & Allison Meta<br>10108 Muirfield Trace<br>Fishers, IN 46037 | Current Member Refundable Deposit & 2014 Prepaid Dues & 2014 Food Minimum | | 53,398.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 13, 2014                      Signature   /s/ Harold D. Garrison
                                                         Harold D. Garrison
                                                         President of HDG Investments, LLC, sole member of
                                                         HDG/HPPCP/GENPAR, L.L.C., general partner of the
                                                         Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                18 U.S.C. §§ 152 and 3571.