UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| HAMILTON PROPER PARTNERS | ) | Case No. 14-00461-JMC-11 |
| GOLF PARTNERSHIP, L.P. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## **LIST OF SECURED CREDITORS**

| Name of Creditor and Complete Mailing Address | Name, Telephone Number and Complete Mailing Address of Employee, Agent, or Department of Creditor Familiar with Claim who may be Contacted | Amount of Claim/Collateral |
|---|---|---|
| HGCC Lender, LLC<br>1 Coastal Oak<br>Newport Coast, CA 92657 | James E. Carlberg<br>Bose McKinney & Evans LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br>(317) 684-5000<br>jcarlberg@boselaw.com | $4,754,444.61/all assets, including Debtor's Real Estate (total amount of debt is disputed) |
| National City Commercial Capital Company, LLC<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | | $0.00/leased assets |
| VGM Financial Services, a Division of TCF Equipment Finance, Inc.<br>1111 W. San Marnan<br>Waterloo, IA 50701 | | $68,375.00/leased assets |
| Accord Financial, Inc.<br>25 Woods Lake Road, Suite 102<br>Greenville, SC 29607<br><br>GPSI Leasing, LLC<br>1074 N. Orange Avenue<br>Sarasota, FL 34236 | | $160,500.00/leased assets |
| Golden Investments VIII, LLC<br>10810 Club Point Drive<br>Fishers, IN 46037 | Steven Michael Crell<br>Cohen Garelick & Glazier<br>8888 Keystone Crossing Blvd<br>Suite 800<br>Indianapolis, IN 46240<br>(317) 573-8888<br>screll@cgglawfirm.com | $306,965.53/all accounts and accounts receivable and certain promissory notes executed and delivered by members of the Hawthorns Golf & Country Club to the Debtor |

- 2 -

| | | |
|---|---|---|
| U.S. Foods, Inc.<br>9399 West Higgins Road<br>Rosemont, IL 60018 | | $0.00/PMSI in all goods, inventory, equipment and fixtures sold to the Debtor by the creditor |
| PNC Equipment Finance, LLC<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | | $486,456.39/leased assets; the Debtor is behind on lease payments in the approximate amount of $7,141.54 |

        Respectfully submitted,

        DALE & EKE, P.C.

        By:    /s/ Meredith R. Theisen
            Meredith R. Theisen (Atty. No. 28804-49)
            Deborah J. Caruso (Atty. No. 4273-49)
            Erick P. Knoblock (Atty. No. 18296-49)
            DALE & EKE, P.C.
            9100 Keystone Crossing, Suite 400
            Indianapolis, Indiana 46240
            Tel: (317) 844-7400
            Fax: (317) 574-9426
            Email: mtheisen@daleeke.com
            Attorneys for the Debtor

i:\client\h\ham120\emergency filing\list.secured.creditors.doc