IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hamilton Proper Partners Golf Partnership, L.P. | ) | CASE NO. 14-00461 JMC 11 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S FIRST DAY MOTION
FOR AUTHORITY TO OBTAIN POST-PETITION FINANCING**

Nancy J. Gargula, United States Trustee, by Joseph F. McGonigal, Trial Attorney, and respectfully objects to the Debtor's First Day Motion For Authority to Obtain Post-Petition Financing ("Motion"). In support of such objection, the U.S. Trustee states:

1. Debtor filed its Chapter 11 bankruptcy on January 24, 2014.

2. Debtor's Motion, also filed on January 24, 2014, requested approval of an interim order approving short term financing not to exceed $200,000.

3. Debtor's Motion requests that the proposed lender, Horizon III, LLC, be granted a security interest in, among other things, Debtor's preference action against HGCC Lender, LLC, a pre-petition secured creditor of the Debtor.

4. Pursuant to Local Bankruptcy Rule B-4002(d), absent extraordinary circumstances, the court may not enter an interim order that includes any provision listed in Fed.R.Bankr.P. 4001(c)(1)(B)(ii)-(xi), which identifies, among other provisions, granting a lien on avoidance actions.

5.  Debtor's Motion fails to describe any specific circumstances creating such extraordinary circumstances which would permit this court to grant a security interest in any potential avoidance action.

6.  Debtor's Voluntary Petition revealed that no funds would be available to unsecured creditors.  Debtor's list of its top twenty unsecured creditors contained several insiders which should have been excluded from this list.  The U.S. Trustee will attempt to form an unsecured creditors committee once it receives accurate information.

7.  The U.S. Trustee believes that any interim order granting post-petition financing should exclude a post-petition lien on avoidance actions, possibly the only source of funds for unsecured creditors.

WHEREFORE, the United States Trustee requests that this court deny Debtor's Motion, and for all other relief that is proper and just.

Respectfully Submitted,

Nancy J. Gargula
UNITED STATES TRUSTEE

By:   /s/ Joseph F. McGonigal
        Joseph F. McGonigal
        Trial Attorney
        Office of the United States Trustee
        101 W. Ohio Street, Suite 1000
        Indianapolis, IN 46204
        Tel. (317) 226-5715
        Fax (317) 226-6356
        joe.mcgonigal@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Deborah Caruso      dcaruso@daleeke.com

Meredith R. Theisen      mtheisen@daleeke.com

James Carlberg      jcarlberg@boselaw.com

James Moloy      jmoloy@boselaw.com

Mikel R. Bistrow      mbistrow@foley.com

George Hopper      ghopper@hopperblackwell.com

Jason Burke      jburke@hopperblackwell.com

Henry Efroymson      henry.efroymson@icemiller.com

Respectfully Submitted,

Nancy J. Gargula
UNITED STATES TRUSTEE

By:   /s/ Joseph F. McGonigal
        Joseph F. McGonigal