# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | HAMILTON PROPER PARTNERS GOLF PARTNERSHIP, L.P. |
| **Case Number:** | 14-00461-JMC-11        **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 28, 2014 11:30 AM   IP 310 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | HEATHER BUTLER |
| **Reporter / ECR:** | HEATHER BUTLER |

### *Matters:*

1) Hearing on First Day Motion for Approval of Cash Management System; Objection of HGCC Lender, LLC  [9, 25]
   **R / M #:**    0 / 0

2) Hearing on First Day Motion for Use of Cash Collateral for Operating Expenses and Granting Replacement Liens; Objection of HGCC Lender, LLC [10, 28]
   **R / M #:**    0 / 0

3) Hearing on First Day Motion to Pay Critical Vendors; Objection of HGCC Lender, LLC [11, 26]
   **R / M #:**    0 / 0

4) Hearing on First Day Motion to Obtain Post-Petition Financing; Objection of HGCC Lender, LLC and US Trustee [12, 29, 31]
   **R / M #:**    0 / 0

5) Hearing on First Day Motion to Pay Pre-Petition Employee Wage Claims, Pre-Petition Withholding and Other Taxes, and Directing Banks to Honor Such Payments; Objection of HGCC Lender, LLC [13, 27]
   **R / M #:**    0 / 0

### *Appearances:*

MEREDITH R. THEISEN, ATTORNEY FOR HAMILTON PROPER PARTNERS GOLF PARTNERSHIP

DEBORAH CARUSO, ATTORNEY FOR HAMILTON PROPER PARTNERS GOLF PARTNERSHIP

JAMES E. CARLBERG, ATTORNEY FOR HGCC LENDER, LLC

MIKEL BISTROW, ATTORNEY FOR HGCC LENDER, LLC

JAMES MOLOY, ATTORNEY FOR HGCC LENDER, LLC

GEORGE HOPPER, ATTORNEY FOR HORIZON III, LLC

HENRY EFROYMSON, ATTORNEY FOR GOLDEN INVESTMENTS, VIII, LLC

JOSEPH MCGONIGAL, ATTORNEY FOR US TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    14-00461-JMC-11            TUESDAY, JANUARY 28, 2014 11:30 AM

## *Proceedings:*

(1) Disposition:  Hearing held.  Motion granted.  Proposed order agreed to by all parties to be submitted.

(2) Disposition:  Hearing held.  Granted on an interim basis.  Final hearing set for 2/7/14 at 10:00 a.m.  Proposed order to be submitted.

(3) Disposition:  Hearing held.  Motion withdrawn on the record.

(4) Disposition:  Hearing held.  Matter continued to 2/7/14 at 10:00 a.m.

(5) Disposition:  Hearing held.  Motion granted.  Proposed order agreed to by all parties to be submitted.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**