# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | HAMILTON PROPER PARTNERS GOLF PARTNERSHIP, L.P. |
| **Case Number:** | 14-00461-JMC-11    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, MARCH 07, 2014 10:00 AM   IP 310 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | HEATHER BUTLER |
| **Reporter / ECR:** | HEATHER BUTLER |

## *Matters:*

1) Continued Hearing on First Day Motion for Use of Cash Collateral for Operating Expenses and Granting Replacement Liens; Objection of HGCC Lender, LLC; Unsecured Club Members' Committee [10, 28, 82]
   **R / M #:**    0 /  0

2) Hearing on Amended Motion for Authority to Obtain Post-Petition Financing; Objection of HGCC Lender, LLC; US Trustee; Unsecured Club Members' Committee  [12, 29, 31, 72, 81, 83]
   **R / M #:**    0 /  0

3) Hearing on Motion for Authority For An Order Approving Information Sharing Procedures For The Unsecured Club Members' Committee [69]
   **R / M #:**    0 /  0

## *Appearances:*

MEREDITH R. THEISEN, ATTORNEY FOR HAMILTON PROPER PARTNERS GOLF PARTNERSHIP

DEBORAH CARUSO,  ATTORNEY FOR HAMILTON PROPER PARTNERS GOLF PARTNERSHIP

JAMES E. CARLBERG, ATTORNEY FOR HGCC LENDER, LLC

CHRISTOPHER CELENTINO, ATTORNEY FOR HGCC LENDER, LLC

GEORGE W. HOPPER, ATTORNEY FOR HORIZON III, LLC

HENRY A. EFROYMSON, ATTORNEY FOR GOLDEN INVESTMENTS VIII, LLC

JAY JAFFE, ATTORNEY FOR UNSECURED CLUB MEMBERS' COMMITTEE

JOSEPH MCGONIGAL, US TRUSTEE

## *Proceedings:*

(1) Disposition:  Hearing held and continued to 3/17/14 at 1:30 p.m.  Interim Order to be submitted.

(2) Disposition:  Hearing held.  Amended Motion to be filed.  Hearing on amended motion will be set for 3/17/14 at 1:30 p.m.

(3) Disposition:  Hearing held.  Motion granted.  Proposed Order to be submitted.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**