B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Indiana

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,500,000.00 | | |
| B - Personal Property | Yes | 4 | 1,599,858.84 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,569,075.81 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 193 | | 61,521,124.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 203 | | | |
| | | Total Assets | 8,099,858.84 | | |
| | | | Total Liabilities | 67,090,200.14 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Southern District of Indiana

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| **Type of Liability** | **Amount** |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6A (Official Form 6A) (12/07)

.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real estate located at 12255 Club Point, Fishers, Indiana 46038 (approximately 279 acres) *value listed is an estimated value for the real estate** | **Fee simple** | **-** | **6,500,000.00** | **4,754,444.61** |

Sub-Total > **6,500,000.00** (Total of this page)

Total > **6,500,000.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

In re **Hamilton Proper Partners Golf Partnership, L.P.** , Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash as of 1/24/2014** | - | **644.30** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JPMorgan Chase Bank Operating Account as of 1/24/2014** | - | **37,318.00** |
| | | **JPMorgan Chase Bank Payroll Account as of 1/24/2014** | - | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **37,962.30**
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable as of 1/24/2014** | **-** | **126,335.07** |
| | | **Membership Promissory Notes as of 1/24/2014 - $195,862.50 on 1/24/2014 were subject to a lien in favor of Golden Investments VIII, LLC** | **-** | **260,125.78** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > **386,460.85**
(Total of this page)

Sheet **1** of **3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Jeremiah & Diana Hamman in relation to Hamilton Proper Partners Golf Partnership, L.P. v. Jeremiah Hamman et al, Case No. 30D01-1401-CC-000163** | **-** | **Unknown** |
| | | **Claims against John & Jennifer Knight in relation to Hamilton Proper Partners Golf Partnership, L.P. v. John Knight et al, Case No. 29D05-1306-005613** | **-** | **Unknown** |
| | | **Claims against Albert Martell in relation to Hamilton Proper Partners Golf Partnership, L.P. v. Jeremiah Hamman et al, Case No. 29D05-1401-SC-000879** | **-** | **Unknown** |
| | | **Claims against Sarah Nagy in relation to Hamilton Proper Partners Golf Partnership, L.P. v. Sarah Nagy, Case No. 30D01-1103-CC-000486** | **-** | **Unknown** |
| | | **Potential claim against Concert Golf Partners, LLC related to breach of a confidentiality agreement dated December 11, 2012** | **-** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | **X** | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | **X** | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | **X** | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Ford 1/2 Ton Pickup** | **-** | **1,000.00** |
| | | **1989 Chevrolet 1500 4x4 Pickup** | **-** | **500.00** |
| | | **2002 Maintenance Trailer** | **-** | **1,500.00** |
| | | **2004 Chevrolet 2500 Silverado Pickup** | **-** | **5,000.00** |
| | | **1996 Maintenance Trailer** | **-** | **1,000.00** |
| | | **1998 Ford F17 Pickup** | **-** | **3,000.00** |

Sub-Total > **12,000.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2007 Chevrolet Silverado Truck** | - | **18,000.00** |
| | | **1988 Ford Dump Truck** | - | **4,000.00** |
| | | **2003 Chevrolet Silverado Truck** | - | **12,500.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | | **Phone System, Office Equipment & Office Supplies** | - | **26,545.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Non-Leased Equipment - See Exhibit A; amount listed is insured value** | - | **757,863.00** |
| | | **PNC Equipment Finance, LLC Leased Equipment - See Exhibit A; insured value $237,386.00** | - | **0.00** |
| 30. Inventory. | | **Inventory as of 12/31/2013** | - | **194,182.95** |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Computers & Software Licensing** | - | **70,916.55** |
| | | **Fitness Equipment** | - | **79,428.19** |
| | | **50 GPS Units for Golf Carts - leased through GPSI Leasing, LLC; insured value $42,500.00** | - | **0.00** |
| | | **50 2010 Club Car Golf Carts - leased through VGM Financial Services; insured value $196,875.00; lease expires 4/2014; all amounts owed pursuant to the lease were due and paid before filing** | - | **0.00** |

Sub-Total > **1,163,435.69**
(Total of this page)

Total > **1,599,858.84**

Sheet **3** of **3** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Golden Investments VIII, LLC**<br>**10810 Club Point Drive**<br>**Fishers, IN 46037** | | - | **Security Interest in Accounts Receivable and Certain Membership Promissory Notes**<br>Value $ **322,197.57** | | | | **306,965.53** | **0.00** |
| Account No. **unknown**<br>**GPSI Leasing, LLC**<br>**1074 N. Orange Avenue**<br>**Sarasota, FL 34236** | | - | **Lease for 50 GPS Units for Golf Carts - amount listed is insured value; claim amount is estimated total amount owed pursuant to the remaining terms of the lease**<br>Value $ **42,500.00** | | | | **70,000.00** | **27,500.00** |
| Account No.<br>**Accord Financial, Inc.**<br>**25 Woods Lake Road, Suite 102**<br>**Greenville, SC 29607** | | | **Additional Notice**<br>**GPSI Leasing, LLC**<br>Value $ | | | | **Notice Only** | |
| Account No. **unknown**<br>**HGCC Lender, LLC**<br>**1 Coastal Oak**<br>**Newport Coast, CA 92657** | | - | **12/30/2005 & 11/21/2013**<br>**First Mortgage**<br>**12/30/2005 Mortgage covers approximately 279 acres**<br>**11/21/2013 covers approximately 5 acres**<br>**Creditor also has a first priority lien on most of the Debtor's assets**<br>Value $ **7,793,233.06** | | | **X** | **4,754,444.61** | **0.00** |
| | | | Subtotal (Total of this page) | | | | **5,131,410.14** | **27,500.00** |

**1** continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James Carlberg**<br>**11066 Queens Way Circle**<br>**Fishers, IN 46038** | | | **Additional Notice**<br>**HGCC Lender, LLC**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **unknown**<br><br>**National City Commercial Capital Co. LLC**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** | | **-** | **Contingent Liability related to Previous Lease Agreements**<br><br>Value $ **0.00** | **X** | | **X** | **0.00** | **0.00** |
| Account No. **unknown**<br><br>**PNC Equipment Finance, LLC**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** | | **-** | **Leased Equipment - See Exhibit A; amount listed in insured amount; claim amount is estimated total amount owed pursuant to the remaining terms of the lease**<br><br>Value $ **237,386.00** | | | | **436,070.00** | **198,684.00** |
| Account No. **unknown**<br><br>**U.S. Foods, Inc.**<br>**9399 West Higgins Road**<br>**Des Plaines, IL 60018** | | **-** | **PMSI**<br><br>Value $ **Unknown** | | | | **1,595.67** | **Unknown** |
| Account No. **unknown**<br><br>**VGM Financial Services**<br>**A Division of TCF Equipment Finance, Inc**<br>**1111 W. San Marnan**<br>**Waterloo, IA 50701** | | **-** | **Lease for 50 2010 Club Car Golf Carts - amount listed is insured value; lease expires 4/2014; all amounts owed pursuant to the lease were due and paid before filing**<br><br>Value $ **196,875.00** | | | | **0.00** | **0.00** |
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **437,665.67** | **198,684.00** |
| | | | Total (Report on Summary of Schedules) | | | | **5,569,075.81** | **226,184.00** |

B6E (Official Form 6E) (4/13)

.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0** continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W5**<br>**A.B. Webb**<br>**16179 Oliver Street**<br>**Fishers, IN 46037** | | - | **Store Credit** | | | | **13.00** |
| Account No. **2238**<br>**Acorn Distributors, Inc.**<br>**5820 Fortune Circle Drive West**<br>**Indianapolis, IN 46241** | | - | **1/2013-12/2013**<br>**Food Supplies** | | | | **2,669.13** |
| Account No. **B112**<br>**Adrian Brown**<br>**11140 E. 106th Street**<br>**Fishers, IN 46037** | | - | **11/6/2013**<br>**2014 Food Minimum & Store Credit** | | | | **1,405.12** |
| Account No. **xx5796**<br>**Advanced Turf Solutions**<br>**12840 Ford Drive**<br>**Fishers, IN 46038** | | - | **9/2012 - 10/2012**<br>**Golf Course Chemicals** | | | | **2,338.30** |
| | | | | | | Subtotal (Total of this page) | **6,425.55** |

**192** continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**C2C Resources, LLC**<br>**56 Perimeter Center East**<br>**Suite 100**<br>**Atlanta, GA 30346** | | | **Additional Notice**<br>**Advanced Turf Solutions** | | | | **Notice Only** |
| Account No. **x1894**<br><br>**Advantage Water Cond., Inc.**<br>**5348 Victory Drive**<br>**Indianapolis, IN 46203** | | **-** | **9/2013-12/2013**<br>**Water Softener Rental** | | | | **457.26** |
| Account No. **unknown**<br><br>**Agro Chemical, Inc.**<br>**2045 S. Wabash Street**<br>**Wabash, IN 46992** | | **-** | **5/2013-8/2013**<br>**Golf Course Chemicals** | | | | **584.37** |
| Account No. **none**<br><br>**Al Martell**<br>**10 W. Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | **-** | **8/31/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **none**<br><br>**Alan Baker**<br>**12670 Shorevista Drive**<br>**Indianapolis, IN 46236** | | **-** | **4/6/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |

Sheet no. **1** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **44,041.63**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **V15**<br><br>**Alexander Vallionos**<br>**12433 Ostara Court**<br>**Fishers, IN 46037** | | - | **11/12/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br><br>**Alice Smith**<br>**10864 Winderemere Boulevard**<br>**Fishers, IN 46037** | | - | **5/4/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **173.00** |
| Account No. **none**<br><br>**Allen & Jan Williams**<br>**10515 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **3/3/2003**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **unknown**<br><br>**Allied Drywall Services, LLC**<br>**P.O. Box 22121**<br>**Indianapolis, IN 46222** | | - | **05/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **5,400.00** |
| Account No. **x2918**<br><br>**Alsco, Inc.**<br>**711 East Vermont Street**<br>**Indianapolis, IN 46202** | | - | **11/2013-12/2013**<br>**Linen Rental** | | | | **5,596.53** |

Sheet no. **2** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **18,571.53**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Alyssa Meyer**<br>**7565 Bayview Club Drive, Apt. 2A**<br>**Indianapolis, IN 46250** | | - | **6/24/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **8799**<br>**AM&E, Inc.**<br>**1200 South Priest Drive**<br>**Tempe, AZ 85281** | | - | **4/2013-9/2013**<br>**Golf Merchandise** | | | | **511.50** |
| Account No. **xx2409**<br>**American United Life**<br>**One American Square**<br>**P.O. Box 368**<br>**Indianapolis, IN 46206** | | - | **12/2013**<br>**401(k) Fees** | | | | **612.50** |
| Account No. **R67**<br>**Amy Rhodes**<br>**7860 Indian Lake Road**<br>**Indianapolis, IN 46236** | | - | **10/9/2013**<br>**2014 Food Minimum** | | | | **548.00** |
| Account No. **none**<br>**Andrea Parra**<br>**11935 Springfield Lane**<br>**Fishers, IN 46038** | | - | **9/13/2013**<br>**Refundable Wedding Deposit** | | | | **1,500.00** |

Sheet no. **3** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,672.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **T41**<br>**Andrew & Latefe Trobridge**<br>**13909 Waterway Boulevard**<br>**Fishers, IN 46040** | | - | **10/30/2013**<br>**2014 Food Minimum** | | | | **426.00** |
| Account No. **S122**<br>**Andrew & Lynette Schade**<br>**11333 Loch Raven Boulevard**<br>**Fishers, IN 46037** | | - | **11/1/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Andrew Simmerman**<br>**415 Oaklawn Drive**<br>**Lafayette, IN 47905** | | - | **3/12/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **none**<br>**Andy Hull**<br>**One Indiana Square, Suite 1800**<br>**Indianapolis, IN 46204** | | - | **3/15/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **32,000.00** |
| Account No. **none**<br>**Anthony Gwynn**<br>**15463 Boulder Ridge Lane**<br>**Poway, CA 92064** | | - | **9/3/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **8,500.00** |

Sheet no. **4** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **44,828.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Anthony Knebel**<br>**P.O. Box 304**<br>**Chester, MT 59522** | | - | **4/10/2013**<br>**Refundable Wedding Deposit** | | | | **2,600.00** |
| Account No. **none**<br>**Antje Midkiff**<br>**13221 Mattock Chase**<br>**Carmel, IN 46033** | | - | **9/24/2013**<br>**Refundable Wedding Deposit** | | | | **3,000.00** |
| Account No. **none**<br>**Antoinette Toon**<br>**13596 Wendessa Drive**<br>**Fishers, IN 46038** | | - | **10/12/2013**<br>**Refundable Wedding Deposit** | | | | **75.00** |
| Account No. **none**<br>**Arthur & Judy Levine**<br>**24299 Paseo DE Valencia**<br>**Laguna Woods, CA 92637** | | - | **8/22/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **xxxxx3340**<br>**ASCAP**<br>**P.O. Box 331608-7515**<br>**Nashville, TN 37203** | | - | **12/2013**<br>**Music License Fees** | | | | **457.00** |

Sheet no. **5** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,132.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Associate Clubs International**<br>**3030 LBJ Freeway**<br>**5th Floor**<br>**Dallas, TX 75234** | | - | **11/2013-1/2014**<br>**Signature Gold-Member Service** | | | | **3,000.00** |
| Account No. **xx-xxx2615**<br>**Automatic Irrigation Supply, Co.**<br>**116 Shadowlawn Drive**<br>**Fishers, IN 46038** | | - | **6/2013-12/2013**<br>**Lease for Irrigation Software** | | | | **2,101.77** |
| Account No. **none**<br>**Barb Teitgen**<br>**12940 Fawns Ridge**<br>**Fishers, IN 46038** | | - | **12/31/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **HHGCC**<br>**Bardach Awards**<br>**4222 W. 86th Street**<br>**Indianapolis, IN 46268** | | - | **1/2014**<br>**Locker Plates** | | | | **122.45** |
| Account No. **B103**<br>**Ben Broom**<br>**12422 Anchorage Way**<br>**Fishers, IN 46037** | | - | **2014 Food Minimum & Store Credit** | | | | **1,453.46** |

Sheet no. **6** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,177.68**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M102**<br>**Bernard McGuinness**<br>**11255 Hawthorn Ridge**<br>**Fishers, IN 46037** | | **-** | **2014**<br>**Store Credit** | | | | **88.00** |
| Account No. **none**<br>**Bernard Winters**<br>**4890 Windrift Way**<br>**Carmel, IN 46033** | | **-** | **9/26/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **32,000.00** |
| Account No. **0608**<br>**BGI Fitness**<br>**4340 East 82nd Street**<br>**Indianapolis, IN 46250** | | **-** | **12/30/2013**<br>**Fitness Equipment Repairs** | | | | **377.00** |
| Account No. **R3**<br>**Bill & Shirley**<br>**11720 Sea Star Drive**<br>**Indianapolis, IN 46256** | | **-** | **11/30/2008**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **8,432.00** |
| Account No. **F9**<br>**Blaine & Rebecca Farley**<br>**12452 Anchorage Way**<br>**Fishers, IN 46037** | | **-** | **8/9/1994**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **23,912.00** |

Sheet no. **7** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **64,809.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Blake & Betsy Lackey**<br>**10783 Pine Needle Court**<br>**Fishers, IN 46037** | | - | **4/1/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,000.00** |
| Account No. **none**<br>**Bob & Jean Craig**<br>**5040 Beechtree Circle**<br>**Carmel, IN 46033** | | - | **6/19/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **28,527.00** |
| Account No. **unknown**<br>**Bokay Florist**<br>**5890 N. Keystone Avenue**<br>**Indianapolis, IN 46220** | | - | **11/2012-8/2013**<br>**Christmas Decor Installation** | | | | **2,307.67** |
| Account No. **unknown**<br>**Bone Dry Roofing & Gutters, Inc.**<br>**4825 W. 79th Street**<br>**Indianapolis, IN 46268** | | - | **4/2013-6/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **10,194.00** |
| Account No. **R17**<br>**Brad & Carey Riley**<br>**10560 Brooks School Road**<br>**Fishers, IN 46037** | | - | **11/30/1998**<br>**Current Member Refundable Initiation Fee & 2014-2015 Prepaid Dues & 2014 Food Minimum** | | | | **23,343.00** |

Sheet no. **8** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **78,371.67**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Brad & Jill Leighty**<br>**10808 Turne Grove**<br>**Fishers, IN 46037** | | - | **6/4/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,715.00** |
| Account No. **none**<br>**Brad & Pam Sellers**<br>**11520 Arbor Glen Boulevard**<br>**Fishers, IN 46037** | | - | **10/31/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **15,812.00** |
| Account No. **O25**<br>**Bradley Orris**<br>**12967 Water Ridge Drive**<br>**McCordsville, IN 46055** | | - | **10/7/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **B117**<br>**Brennen Baker**<br>**11372 Muirfield Trace**<br>**Fishers, IN 46037** | | - | **10/11/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Brent & Vicki Williams**<br>**12401 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **1/7/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |

Sheet no. **9** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **59,331.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Brian & Jeanine Hurley**<br>**44 Sunset Circle**<br>**Lititz, PA 17543** | | - | **10/31/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **W70**<br>**Brian & Marisa Walker**<br>**270 Breakwater Drive**<br>**Fishers, IN 46037** | | - | **10/1/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Brian & Suzie Llewellyn**<br>**6557 West May Apple Drive**<br>**McCordsville, IN 46055** | | - | **8/4/2009**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,500.00** |
| Account No. **none**<br>**Brian Sanders**<br>**3709 Delaware Commons South**<br>**Indianapolis, IN 46220** | | - | **1/5/1995**<br>**Resigned Member Refundable Initiation Fee** | | | | **7,500.00** |
| Account No. **x5746**<br>**Bridgestone Golf, Inc.**<br>**15320 Industrial Park Blvd., NE**<br>**Covington, GA 30014** | | - | **8/2013**<br>**Golf Merchandise** | | | | **445.50** |

Sheet no. **10** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **27,347.50**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **K2**<br>**Britten & Julie Killinger**<br>**10813 Club Point**<br>**Fishers, IN 46037** | | - | **11/30/2001**<br>**Current Member Refundable Initiation Fee & 2014-2023 Prepaid Dues & 2014 Food Minimum** | | | | **120,658.00** |
| Account No. **unknown**<br>**Browning Day Mullins Dierdorf**<br>**626 North Illinois Street**<br>**Indianapolis, IN 46204** | | - | **2/2013-8/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **1,490.98** |
| Account No. **none**<br>**Bruce Bittner**<br>**P. O. Box 10**<br>**Noblesville, IN 46061** | | - | **11/1/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **23,000.00** |
| Account No. **none**<br>**Bruce & Sally Gordon**<br>**8933 Serpent Circle**<br>**Indianapolis, IN 46236** | | - | **12/30/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **30,000.00** |
| Account No. **K64**<br>**Bruce Klink**<br>**13712 Fairwood Drive**<br>**McCordsville, IN 46055** | | - | **2014**<br>**Store Credit** | | | | **50.08** |

Sheet no. **11** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **175,199.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **L41**<br>**Bruce Laughlin**<br>**Northwestern Mutual Financial Network**<br>**9753 Crosspoint Blvd**<br>**Indianapolis, IN 46256** | | **-** | **10/18/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **D46**<br>**Bryan & Erin Dixon**<br>**10725 Harbor Bay Drive**<br>**Fishers, IN 46040** | | **-** | **2014 Food Minimum** | | | | **1,402.00** |
| Account No. **S120**<br>**Bryan & Lucinda Senseman**<br>**10542 Chestnut Hill Ct.**<br>**Fishers, IN 46037** | | **-** | **11/9/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **G50**<br>**Bryan & Sally Grant**<br>**12206 Steepleview Court**<br>**Fishers, IN 46037** | | **-** | **10/31/2011**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **15,100.00** |
| Account No. **2969**<br>**Buedel Fine Meats & Provisions**<br>**7661 S. 78th Ave**<br>**Bridgeview, IL 60455** | | **-** | **12/2013-1/2014**<br>**Food Supplies** | | | | **2,891.80** |

Sheet no. **12** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **22,197.80**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**Burgess Mechanical Corp.<br>12220 Southeastern Avenue<br>Indianapolis, IN 46259** | | - | **05/2013<br>Mechanical Repairs** | | | | **6,696.80** |
| Account No. **M103**<br>**C. David & Susan Moore<br>8124 Bowline Court<br>Indianapolis, IN 46236** | | - | **11/1/2013<br>2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Cage<br>12192 Speepleview Court<br>Fishers, IN 46037** | | - | **4/9/2011<br>Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br>**Caitlin Truty<br>8495 Scenic View Drive, Unit 306<br>Fishers, IN 46038** | | - | **2/23/2013<br>Refundable Wedding Deposit** | | | | **1,500.00** |
| Account No. **x0759**<br>**Callaway Golf Company<br>P.O. Box 9002<br>Carlsbad, CA 92018** | | - | **3/2013-12/2013<br>Golf Merchandise** | | | | **12,340.31** |

Sheet no. **13** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **26,439.11**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Carrie (Larry) Klein - Tidwell**<br>**12413 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **11/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,000.00** |
| Account No. **unknown**<br>**Central Indiana Mouldings**<br>**2721 North Emerson Avenue**<br>**Indianapolis, IN 46218** | | - | **5/2013-6/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **2,943.61** |
| Account No. **x0449**<br>**Central Restaurant Products**<br>**PO Box 78070**<br>**Indianapolis, IN 46278** | | - | **11/2013**<br>**Kitchen Supplies** | | | | **545.70** |
| Account No. **unknown**<br>**Chair Covers & Linens, Inc.**<br>**25914 John Road**<br>**Madison Heights, MI 48071** | | - | **12/2013**<br>**Chair Cover/Linen Rentals** | | | | **2,581.95** |
| Account No. **none**<br>**Charles & Carol Town**<br>**920 Barcarmil Way**<br>**Naples, FL 34110** | | - | **1/5/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |

Sheet no. **14** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **42,071.26**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Charles & Gloria Miller**<br>**12409 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **8/23/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **26,996.00** |
| Account No. **H102**<br>**Charles & Lisa Hundt**<br>**13655 High Point Circle**<br>**Fishers, IN 46037** | | - | **11/4/2013**<br>**2014 Food Minimum & Store Credit** | | | | **1,773.50** |
| Account No. **A21**<br>**Charles & Stephanie Austgen**<br>**10805 Club Point Drive**<br>**Fishers, IN 46037** | | - | **11/8/2013**<br>**2014-2015 Prepaid Dues & 2014 Food Minimum & Store Credit** | | | | **16,387.00** |
| Account No. **none**<br>**Charles Baldwin**<br>**1910 Spruce Drive**<br>**Carmel, IN 46033** | | - | **7/1/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **S15**<br>**Charles Robert Town**<br>**11411 Forest Knoll Circle**<br>**Fishers, IN 46037** | | - | **9/23/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **15** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **84,558.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Chris & Whitney Trede**<br>**10590 Geist Ridge Court**<br>**Fortville, IN 46040** | | - | **5/19/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **A29**<br>**Christopher & Christa Adkins**<br>**10826 Club Point Drive**<br>**Fishers, IN 46037** | | - | **11/8/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Christopher & Melissa Achtien**<br>**10524 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **5/15/1995**<br>**Resigned Member Refundable Initiation Fee** | | | | **390.00** |
| Account No. **none**<br>**Christopher & Rebecca Wheat**<br>**1680 Winding Oaks Way #203**<br>**Naples, FL 34109** | | - | **6/22/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **H94**<br>**Christopher & Suzanne Hansen**<br>**14706 Geist Ridge Drive**<br>**Fishers, IN 46037** | | - | **10/9/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **16** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **23,694.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1485**<br>**Cintas Corporation**<br>**P.O. Box 630803**<br>**Location 18**<br>**Cincinnati, OH 45263** | | **-** | **11/2013-12/2013**<br>**Uniforms** | | | | **684.84** |
| Account No. **none**<br>**Club System Group, Inc.**<br>**300 South Warminster Road**<br>**Suite 360**<br>**Hatboro, PA 19040** | | **-** | **11/2013-1/2014**<br>**Software Support** | | | | **3,308.28** |
| Account No. **HAW**<br>**Condon Fire & Safety**<br>**5324 English Avenue**<br>**Indianapolis, IN 46219** | | **-** | **06/2013**<br>**Inspection/Repair Costs for Kitchen Suppression Unit** | | | | **862.26** |
| Account No. **unknown**<br>**Copyco Office Solutions**<br>**P.O. Box 1627**<br>**Indianapolis, IN 46206** | | **-** | **11/2013-12/2013**<br>**Copier Fees** | | | | **1,064.97** |
| Account No. **none**<br>**Corey Cotton**<br>**5122 Bassett Drive**<br>**Indianapolis, IN 46235** | | **-** | **7/12/2013**<br>**Refundable Wedding Deposit** | | | | **1,500.00** |

Sheet no. **17** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,420.35**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Craig & Christina Williamson**<br>**485 Breakwater Drive**<br>**Fishers, IN 46037** | | - | **5/17/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **M3**<br>**Craig & Myrna Mullins**<br>**11006 Brigantine Drive**<br>**Indianapolis, IN 46256** | | - | **1/26/1992**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **25,402.00** |
| Account No. **G53**<br>**Craig Gatto**<br>**13442 Alston Drive**<br>**Fishers, IN 46037** | | - | **Store Credit** | | | | **133.55** |
| Account No. **none**<br>**Criss & Leigh Horton**<br>**10232 Eastwind Court**<br>**Indianapolis, IN 46256** | | - | **12/31/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **10,980.00** |
| Account No. **none**<br>**CTI Group**<br>**333 N. Alabama, Suite 240**<br>**Indianapolis, IN 46204** | | - | **6/3/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,000.00** |

Sheet no. **18** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **52,515.55**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**CTI Group**<br>**333 N. Alabama, Suite 240**<br>**Indianapolis, IN 46204** | | - | **9/6/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,732.00** |
| Account No. **none**<br>**CTI Group**<br>**333 N. Alabama, Suite 240**<br>**Indianapolis, IN 46204** | | - | **6/3/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **22,224.00** |
| Account No. **H99**<br>**Dale T. Harden**<br>**8749 The Esplanade, #6**<br>**Orlando, FL 32836** | | - | **2014**<br>**Store Credit** | | | | **35.05** |
| Account No. **none**<br>**Damon & Kay Davis**<br>**11971 Avadon Way**<br>**Zionsville, IN 46077** | | - | **12/16/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Daniel & Joyce Skalecki**<br>**11892 Hedgestone Court**<br>**Naples, FL 34120** | | - | **8/26/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **36,000.00** |

Sheet no. **19** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **91,991.05**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H42**<br>**Daniel & Kimberly Holzhausen**<br>**8932 Sawmill Court**<br>**Indianapolis, IN 46236** | | **-** | **1/9/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **3,178.00** |
| Account No. **none**<br>**Daniel Cook**<br>**11455 Fairport Circle**<br>**Indianapolis, IN 46256** | | **-** | **7/11/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |
| Account No. **none**<br>**Daniel Hanson**<br>**178 Sentinel Point Court**<br>**Spring, TX 77382** | | **-** | **8/14/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **32,000.00** |
| Account No. **none**<br>**Daren Sink**<br>**11440 Muirfield Trace**<br>**Fishers, IN 46037** | | **-** | **4/12/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **K56**<br>**Darren & Jennifer Keller**<br>**10700 Brooks School Road**<br>**Fishers, IN 46037** | | **-** | **10/3/2007**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **17,402.00** |

Sheet no. **20** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **91,580.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**David Byrne**<br>**3088 E. Lowell Ave**<br>**Gilbert, AZ 85297** | | - | **4/19/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **none**<br>**David & Amy Morrison**<br>**6581 Regents Park Drive**<br>**Zionsville, IN 46077** | | - | **5/31/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **30,000.00** |
| Account No. **none**<br>**David & Gayla Kane**<br>**12988 Mariner Court**<br>**McCordsville, IN 46055** | | - | **3/21/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**David & Jessica Lindsey**<br>**520 Willow Spring Road**<br>**Indianapolis, IN 46240** | | - | **7/26/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **none**<br>**David & Jill Willman**<br>**1811 Buckhead Lane**<br>**Atlanta, GA 30324** | | - | **8/8/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |

Sheet no. **21** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **113,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**David & Lana Ford**<br>**10792 Thistle Ridge**<br>**Fishers, IN 46038** | | **-** | **7/10/1995**<br>**Resigned Member Refundable Initiation Fee** | | | | **32,000.00** |
| Account No. **none**<br>**David & Nichol Kaplan**<br>**13801 Palo Alto Court**<br>**Westfield, IN 46074** | | **-** | **8/11/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,000.00** |
| Account No. **none**<br>**David & Tonya Marsh**<br>**12837 Portage Way**<br>**Fishers, IN 46037** | | **-** | **7/1/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **8,020.00** |
| Account No. **none**<br>**David & Traci Karandos**<br>**11219 Fonthill Drive**<br>**Indianapolis, IN 46236** | | **-** | **5/23/2003**<br>**Resigned Member Refundable Initiation Fee** | | | | **33,052.00** |
| Account No. **none**<br>**David C. Benigni**<br>**10963 Windjammer N. Drive**<br>**Indianapolis, IN 46256** | | **-** | **6/23/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,320.00** |

Sheet no. **22** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **93,392.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**David Dunlop**<br>**2512 Jardin Drive**<br>**Westin, FL 33327** | | - | **8/29/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **35,500.00** |
| Account No. **K70**<br>**David Kiecker**<br>**11696 Approach Boulevard**<br>**Fishers, IN 46037** | | - | **2014**<br>**Store Credit** | | | | **27.00** |
| Account No. **none**<br>**David Nash**<br>**12155 Cobblestone Drive**<br>**Fishers, IN 46037** | | - | **6/18/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **36,000.00** |
| Account No. **none**<br>**David Stoll**<br>**68 Folsom Alley**<br>**Mechanicsburg, PA 17050** | | - | **3/31/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **37,500.00** |
| Account No. **none**<br>**David Taylor**<br>**7965 Lantern Road**<br>**Indianapolis, IN 46256** | | - | **11/5/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |

Sheet no. **23** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **125,027.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Debbie Hampton**<br>**936 Promenade Circle**<br>**Cicero, IN 46034** | | - | **10/27/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **none**<br>**Deborah Daugherty**<br>**3108 Glenview Drive**<br>**Anderson, IN 46012** | | - | **1/31/2013**<br>**Refundable Wedding Deposit** | | | | **5,200.00** |
| Account No. **571**<br>**Delco Foods**<br>**4850 West 78th Street**<br>**Indianapolis, IN 46268** | | - | **12/2013-1/2014**<br>**Food Supplies** | | | | **2,489.23** |
| Account No. **xxx-x5131**<br>**Delta Foremost Chemical**<br>**3915 Air Park Street**<br>**P.O. Box 30310**<br>**Memphis, TN 38130** | | - | **12/2013**<br>**Cleaning Supplies** | | | | **999.45** |
| Account No. **none**<br>**Dennis McComb**<br>**610 Boundary Avenue**<br>**Deland, FL 32720** | | - | **2/1/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |

Sheet no. **24** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **35,688.68**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dennis Thee**<br>**10 Ewing Place**<br>**Decatur, IL 62522** | | - | **9/30/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Derek & Amy Wellman**<br>**10318 Copper Ridge Drive**<br>**Fishers, IN 46040** | | - | **2/21/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,057.00** |
| Account No. **none**<br>**Diane Rosenthal**<br>**110 W. Main Street, Apt. 220**<br>**Carmel, IN 46032** | | - | **8/23/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **2,361.00** |
| Account No. **xan-59**<br>**Direct Waitstaff Apparel**<br>**136 Grant Avenue**<br>**Chesterton, IN 46304** | | - | **08/2013**<br>**Uniform Expense** | | | | **560.12** |
| Account No. **xxx2431**<br>**Directparts**<br>**P.O. Box 83606**<br>**Lincoln, NE 68501** | | - | **06/2013**<br>**Repair Parts** | | | | **553.35** |

Sheet no. **25** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,531.47**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dominick Colangelo**<br>**81 Tyler Road**<br>**Weston, MA 02493** | | - | **5/23/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **none**<br>**Don Whitney**<br>**400 Galleria Officentre, Suite 400**<br>**Southfield, MI 48034** | | - | **7/2/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,750.00** |
| Account No. **none**<br>**Don Simpson**<br>**6906 LaCantera Circle**<br>**Lakewood Ranch, FL 34202** | | - | **1/12/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **S65**<br>**Donald Summerlin**<br>**10169 Summerlin Way**<br>**Fishers, IN 46037** | | - | **9/26/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Doug & Virginia Ware**<br>**10616 Governors Drive**<br>**Chapel Hill, NC 27517** | | - | **9/21/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |

Sheet no. **26** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **96,652.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **T38**<br>**Doug Talley**<br>**13878 Waterway Boulevard**<br>**Fishers, IN 46040** | | - | **10/31/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Douglas & Ellynn Stein**<br>**14703 Wedgestone Court**<br>**Fishers, IN 46037** | | - | **6/21/1995**<br>**Resigned Member Refundable Initiation Fee** | | | | **10,000.00** |
| Account No. **none**<br>**Douglas & Lana Miles, Jr.**<br>**12771 Kingsmill Way**<br>**Ft Myers, FL 33913** | | - | **6/1/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **none**<br>**Douglas Prince**<br>**13220 Mattock Chase**<br>**Carmel, IN 46033** | | - | **1/24/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **L23**<br>**Dr & Mrs. Brad Laconi**<br>**8925 Sawmill Court**<br>**Indianapolis, IN 46236** | | - | **11/30/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **26,906.00** |

Sheet no. **27** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **106,308.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **G43**<br>**Dr & Mrs. Chris Galloway**<br>**10089 Vincent Drive**<br>**McCordsville, IN 46055** | | **-** | **7/18/2009**<br>**Current Member Refundable Initiation Fee** | | | | **74.00** |
| Account No. **G35**<br>**Dr & Mrs. Jason Gutt**<br>**11321 Mirador Lane**<br>**Fishers, IN 46037** | | **-** | **9/26/2005**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **K23**<br>**Dr & Mrs. Kevin Kiley**<br>**10714 Club Chase**<br>**Fishers, IN 46037** | | **-** | **10/17/1998**<br>**Current Member Refundable Initiation Fee** | | | | **30,331.00** |
| Account No. **L57**<br>**Dr & Mrs. Mario Lee**<br>**11972 Hawthorn Ridge**<br>**Fishers, IN 46037** | | **-** | **10/31/2011**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **20,007.32** |
| Account No. **M95**<br>**Dr. & Mrs. Alan McLenaghan**<br>**11942 Hawthorn Ridge**<br>**Fishers, IN 46037** | | **-** | **11/5/2013**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |

Sheet no. **28** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **77,814.32**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S62**<br>**Dr. & Mrs. Andy Satz**<br>**8611 Key Harbour Drive**<br>**Indianapolis, IN 46236** | | - | **9/29/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **H92**<br>**Dr. & Mrs. Bobby Hatfield**<br>**10143 Oak Haven Drive**<br>**McCordsville, IN 46055** | | - | **7/18/2009**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **13,500.92** |
| Account No. **F38**<br>**Dr. & Mrs. Brad Flynn**<br>**11867 Suncatcher Drive**<br>**Fishers, IN 46037** | | - | **6/9/2010**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **W63**<br>**Dr. & Mrs. Brad Woodward**<br>**10802 Giselle Way**<br>**Fortville, IN 46040** | | - | **5/21/2009**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |
| Account No. **M94**<br>**Dr. & Mrs. Brandon Martinez**<br>**12234 Steepleview Court**<br>**Fishers, IN 46037** | | - | **9/23/2011**<br>**Current Member Refundable Initiation Fee** | | | | **1,740.00** |

Sheet no. **29** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,044.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W49**<br>**Dr. & Mrs. Clement Wang**<br>**11366 Talnuck Circle**<br>**Fishers, IN 46037** | | - | **3/29/2004**<br>**Current Member Refundable Initiation Fee** | | | | **12,746.00** |
| Account No. **C42**<br>**Dr. & Mrs. Craig Cieciura**<br>**10694 Evergreen Point**<br>**Fishers, IN 46037** | | - | **7/7/1993**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **F3**<br>**Dr. & Mrs. David Fisher**<br>**351 Breakwater Drive**<br>**Fishers, IN 46037** | | - | **11/1/1991**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **23,402.00** |
| Account No. **S8**<br>**Dr. & Mrs. David Smith**<br>**16303 Herriman Boulevard**<br>**Noblesville, IN 46060** | | - | **8/18/1992**<br>**Current Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **J26**<br>**Dr. & Mrs. Derrick Johnston**<br>**13722 Diving Hawk Crossing**<br>**McCordsville, IN 46055** | | - | **6/17/2006**<br>**Current Member Refundable Initiation Fee** | | | | **12,000.00** |

Sheet no. **30** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **78,148.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **T2**<br>**Dr. & Mrs. Edward Todderud**<br>**11405 Forest Knoll Circle**<br>**Fishers, IN 46037** | | - | **1/22/1992**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **25,417.64** |
| Account No. **S65**<br>**Dr. & Mrs. Jack Summerlin II**<br>**10169 Summerlin Way**<br>**Fishers, IN 46037** | | - | **5/20/2000**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **34,408.87** |
| Account No. **W34**<br>**Dr. & Mrs. Jeff Wagner**<br>**12985 Water Ridge Drive**<br>**McCordsville, IN 46055** | | - | **9/30/1999**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **B25**<br>**Dr. & Mrs. Lawrence Bortenschlager**<br>**10188 Summerlin Way**<br>**Fishers, IN 46037** | | - | **11/25/1996**<br>**Current Member Refundable Initiation Fee** | | | | **10,000.00** |
| Account No. **W15**<br>**Dr. & Mrs. Perry E. Wethington**<br>**12060 Landover Lane**<br>**Fishers, IN 46037** | | - | **11/16/1995**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & 2014 Food Minimum & Store Credit** | | | | **29,924.00** |

Sheet no. **31** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **105,750.51**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C91**<br>**Dr. & Mrs. Robert Clements**<br>**10935 Ridge Court**<br>**Indianapolis, IN 46256** | | - | **8/24/2011**<br>**Current Member Refundable Initiation Fee & 2014-2016 Prepaid Dues & 2014 Food Minimum** | | | | **39,587.00** |
| Account No. **S22**<br>**Dr. & Mrs. Robert E. Shoemaker**<br>**9659 Decatur Drive**<br>**Indianapolis, IN 46256** | | - | **8/1/1991**<br>**Current Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **B29**<br>**Dr. & Mrs. Roger Brockman**<br>**12430 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **7/16/2011**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **S6**<br>**Dr. & Mrs. Ronald Sheppard**<br>**14350 E. 113th Street**<br>**Fortville, IN 46040** | | - | **3/19/1992**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **21,212.99** |
| Account No. **D1**<br>**Dr. & Mrs. Russell Dilly**<br>**289 Breakwater Drive**<br>**Fishers, IN 46037** | | - | **4/24/1992**<br>**Current Member Refundable Initiation Fee & 2014-2020 Prepaid Dues & 2014 Food Minimum** | | | | **57,616.00** |

Sheet no. **32** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **146,915.99**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C53**<br>**Dr. & Mrs. Scott Clark**<br>**14482 Faucet Lane**<br>**Fortville, IN 46040** | | **-** | **10/28/2000**<br>**Current Member Refundable Initiation Fee** | | | | **2,000.00** |
| Account No. **C56**<br>**Dr. & Mrs. Stephen Carlson**<br>**12984 Mariner Court**<br>**McCordsville, IN 46055** | | **-** | **7/20/2001**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **S95**<br>**Dr. & Mrs. Thomas Sevier**<br>**11318 Talon Trace**<br>**Fishers, IN 46037** | | **-** | **4/1/2005**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **13,402.00** |
| Account No. **O21**<br>**Dr. & Mrs. Vincent Ostrowski**<br>**13859 Hawkstone Drive**<br>**Fortville, IN 46040** | | **-** | **5/28/2007**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **S103**<br>**Dr. and Mrs. Dale Snead**<br>**9311 Timberline Way**<br>**Indianapolis, IN 46256** | | **-** | **Current Member Refundable Initiation Fee & Store Credit** | | | | **20,050.00** |

Sheet no. **33** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **48,854.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dr. Charles & Jamie Sadler**<br>**215 Breakwater Drive**<br>**Indianapolis, IN 46037** | | **-** | **5/28/2003**<br>**Resigned Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **none**<br>**Dr. Connie Harrill**<br>**9458 Tamarack Drive**<br>**Indianapolis, IN 46260** | | **-** | **5/29/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **10,500.00** |
| Account No. **none**<br>**Dr. Dave & Pam Kiley**<br>**11134 Windermere Blvd**<br>**Fishers, IN 46037** | | **-** | **10/10/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **37,000.00** |
| Account No. **none**<br>**Dr. David Evans**<br>**P. O. Box 832**<br>**Lake Wells, FL 33859** | | **-** | **3/30/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Dr. David Farr**<br>**11407 Forest Knoll Drive**<br>**Fishers, IN 46037** | | **-** | **11/15/1991**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |

Sheet no. **34** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **115,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dr. David Tetrick**<br>**13235 Duval Drive**<br>**Fishers, IN 46037** | | - | **3/14/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **22,000.00** |
| Account No. **none**<br>**Dr. Eric & Dr. Rosalind Leaming**<br>**9110 Diamond Point Drive**<br>**Indianapolis, IN 46236** | | - | **2/20/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,000.00** |
| Account No. **M35**<br>**Dr. Francis McAree, Jr.**<br>**10907 Three Hundred Yard Dr.**<br>**Fishers, IN 46037** | | - | **10/1/1997**<br>**Current Member Refundable Initiation Fee** | | | | **16,500.00** |
| Account No. **none**<br>**Dr. Frank & Laura Troiano**<br>**290 Breakwater Drive**<br>**Fishers, IN 46037** | | - | **10/26/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **none**<br>**Dr. Franklin Wilson**<br>**3632 Pete Dye Boulevard**<br>**Carmel, IN 46033** | | - | **7/22/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |

Sheet no. **35** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **74,500.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dr. Gary & Barbara Zaloga**<br>**2237 Fringe Tree Trail**<br>**The Villages, FL 32162** | | - | **3/13/2003**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Dr. George & Karen Miller**<br>**18701 State Road 238**<br>**Fortville, IN 46040** | | - | **7/21/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Dr. Gordon & Cheryl McLaughlin**<br>**8440 Coral Reef Court**<br>**Indianapolis, IN 46256** | | - | **1/22/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **D11**<br>**Dr. Jack Drew**<br>**11533 Ringer Road**<br>**Fishers, IN 46040** | | - | **10/19/2013**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **none**<br>**Dr. John & Beth Lowe, Jr.**<br>**10912 Three hundred Yard Drive**<br>**Fishers, IN 46037** | | - | **5/17/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |

Sheet no. **36** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **62,000.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dr. John & Lori Batchelder**<br>**10548 Coppergate**<br>**Carmel, IN 46032** | | **-** | **8/6/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,000.00** |
| Account No. **none**<br>**Dr. John C. Lowe**<br>**10342 Camp Creek Lane**<br>**McCordsville, IN 46055** | | **-** | **10/10/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **K23**<br>**Dr. Kevin Kiley**<br>**10714 Club Chase**<br>**Fishers, IN 46037** | | **-** | **10/17/1998**<br>**Current Member Refundable Initiation Fee** | | | | **30,573.00** |
| Account No. **none**<br>**Dr. Kurt Riegner**<br>**12165 Woods Bay Place**<br>**Carmel, IN 46033** | | **-** | **10/27/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **0.00** |
| Account No. **none**<br>**Dr. Marc Darst**<br>**P. O. Box 78380**<br>**Charlotte, NC 28271** | | **-** | **9/11/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,298.00** |

Sheet no. **37** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **81,871.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dr. Mark & Patricia Fox**<br>**584 Toulouse Drive**<br>**Punta Gorda, FL 33950** | | - | **5/10/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |
| Account No. **none**<br>**Dr. Mary Anderson**<br>**11983 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **8/11/2012**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br>**Dr. Michael & Dr. Jennifer Gallagher**<br>**1255 Greyhound Pass**<br>**Carmel, IN 46032** | | - | **12/11/1991**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Dr. Michael Ball**<br>**4030 Statesmen Drive**<br>**Indianapolis, IN 46250** | | - | **7/26/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**Dr. Mohammad & Shillan Siadati**<br>**4524 Druid Hills Drive**<br>**Frisco, TX 75034** | | - | **6/4/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **20,000.00** |

Sheet no. **38** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **120,500.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dr. Nas Haddad**<br>**11220 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **11/15/1991**<br>**Resigned Member Refundable Initiation Fee** | | | | **18,776.00** |
| Account No. **none**<br>**Dr. Philip & Carolyn Dulberger**<br>**12022 hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **6/1/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **0.00** |
| Account No. **unknown**<br>**Dr. Richard Burgett & Dr. Malinda Mundy**<br>**11986 Proper Point**<br>**Fishers, IN 46037** | | - | **Current Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **none**<br>**Dr. Richard McCammon**<br>**1 West Street #104**<br>**Simsbury, CT 06070** | | - | **1/22/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **T7**<br>**Dr. Robert Troyer**<br>**8065 Clearwater Parkway**<br>**Indianapolis, IN 46240** | | - | **6/26/1996**<br>**Current Member Refundable Initiation Fee** | | | | **27,000.00** |

Sheet no. **39** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **89,776.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dr. Scott McDonald**<br>**114 Forest Knoll Lane**<br>**Fishers, IN 46037** | | - | **7/22/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **3,500.00** |
| Account No. **none**<br>**Dr. Steve & Laura Hartman**<br>**459 Breakwater**<br>**Fishers, IN 46037** | | - | **5/17/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **3,500.00** |
| Account No. **P17**<br>**Dr. Steve Pfeifer**<br>**11649 Solomons Court**<br>**Fishers, IN 46037** | | - | **9/22/1999**<br>**Current Member Refundable Initiation Fee** | | | | **10,096.00** |
| Account No. **none**<br>**Dr. Steven & Cynthia Patterson**<br>**11165 Bridlewood Trail**<br>**Zionsville, IN 46077** | | - | **7/27/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Dr. Thomas & Rebecca Lapp**<br>**8558 Clew Court**<br>**Indianapolis, IN 46236** | | - | **9/29/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |

Sheet no. **40** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **55,596.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Dr. Thomas Mote**<br>**1422 N. Broadway**<br>**Indianapolis, IN 46202** | | - | **8/7/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **10,000.00** |
| Account No. **none**<br>**Dr. William (Bill) & Patricia Ragan**<br>**8562 Olde Mill Circle East Drive**<br>**Indianapolis, IN 46260** | | - | **9/23/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Dr. William Miller**<br>**12709 Endurance Drive**<br>**Fishers, IN 46037** | | - | **8/18/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **S54**<br>**Drs. Charles & Peggy Solano**<br>**9658 Oak Haven Court**<br>**Indianapolis, IN 46256** | | - | **4/1/1999**<br>**Current Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **L3**<br>**Drs. Eric & Rosalind Leaming**<br>**9110 Diamond Pointe Drive**<br>**Indianapolis, IN 46236** | | - | **2/18/2006**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **13,402.00** |

Sheet no. **41** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **67,902.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W67**<br>**Drs. George & Neddy Wairiuko**<br>**12262 Steepleview Court**<br>**Fishers, IN 46037** | | - | **6/8/2011**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br>**Drs. Ivonn & Laszlo Szabo**<br>**12042 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **8/6/2008**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **S107**<br>**Drs. John & Mina Swofford**<br>**15014 Geist Ridge Drive**<br>**Fortville, IN 46040** | | - | **4/30/2008**<br>**Current Member Refundable Initiation Fee & 2014-2015 Prepaid Dues & 2014 Food Minimum** | | | | **10,824.00** |
| Account No. **P26**<br>**Drs. Stephen & Angel Pence**<br>**12063 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **5/7/2005**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **R45**<br>**Drs. Tony & Kathy Ratliff**<br>**10295 Summerlin Way**<br>**Fishers, IN 46037** | | - | **5/24/2007**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |

Sheet no. **42** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **45,824.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**Dynamic Brands**<br>**P.O. Box 933671**<br>**Atlanta, GA 31193** | | - | **06/2012**<br>**Golf Merchandise** | | | | **790.00** |
| Account No. **none**<br>**Earl Tank**<br>**12315 Westmorland**<br>**Fishers, IN 46037** | | - | **4/14/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **xxM075**<br>**Eastern Pacific Apparel, Inc**<br>**P.O. Box 72**<br>**Brattleboro, VT 05302** | | - | **5/2013-8/2013**<br>**Golf Merchandise** | | | | **2,393.57** |
| Account No. **xxxx8041**<br>**Ecolab**<br>**P.O. Box 70343**<br>**Chicago, IL 60673** | | - | **11/2013-12/2013**<br>**Rental Fee for Dish Machine** | | | | **266.99** |
| Account No. **unknown**<br>**Ecolab Pest Elimination Service**<br>**P.O. Box 6007**<br>**Grand Forks, ND 58206** | | - | **11/2013-12/2013**<br>**Pest Control Expense** | | | | **1,454.50** |

Sheet no. **43** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,905.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Ed Montgomery**<br>**8325 Lockwood Ridge Road**<br>**Sarasota, FL 34243** | | - | **12/21/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **21,000.00** |
| Account No. **none**<br>**Eddie Rivers**<br>**10723 Chase Court**<br>**Fishers, IN 46037** | | - | **5/31/2012**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,304.00** |
| Account No. **none**<br>**Edgardo & Kenya Navarro**<br>**32 Forest Lane**<br>**South Barrington, IL 60010** | | - | **7/2/2008**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |
| Account No. **none**<br>**Edward & Donna Schmidt**<br>**31544 Maple Island Road**<br>**Dowagiac, MI 49074** | | - | **5/21/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **21,000.00** |
| Account No. **none**<br>**Edward Pitkin**<br>**8787 Bay Colony Drive**<br>**Naples, FL 34108** | | - | **1/22/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |

Sheet no. **44** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **123,304.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4589**<br>**Enflora**<br>**8707 North By Northeast Blvd.**<br>**Fishers, IN 46038** | | - | **12/2013**<br>**Flowers** | | | | **463.30** |
| Account No. **unknown**<br>**Engineering Facility Solutions**<br>**2000 Pioneer Parkway, Suite 22**<br>**Peoria, IL 61615** | | - | **1/2013-5/2013**<br>**Repair Costs** | | | | **2,696.48** |
| Account No. **none**<br>**Eric & Kathy Wiedeman**<br>**12411 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **2/26/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**Erick & Haleh Krauter**<br>**10210 Summerlin Way**<br>**Fishers, IN 46037** | | - | **12/5/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |
| Account No. **I7**<br>**Erik & Holly Ives**<br>**10517 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **11/15/2005**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **13,402.00** |

Sheet no. **45** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **88,561.78**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M92**<br>**Erin Murphy**<br>**9650 Halsey Drive**<br>**Indianapolis, IN 46256** | | - | **9/30/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Erv Eilmann**<br>**10269 Springstone Road**<br>**McCordsville, IN 46055** | | - | **5/12/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **37,000.00** |
| Account No. **none**<br>**Ethan & Joyce Jackson**<br>**6900 Gray Road South**<br>**Indianapolis, IN 46237** | | - | **7/7/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **933.00** |
| Account No. **unknown**<br>**Evans Audio Visual**<br>**P.O. Box 547**<br>**Greenwood, IN 46142** | | - | **05/2013**<br>**AV Rental Equipment** | | | | **1,900.00** |
| Account No. **C41**<br>**F. Cameron & Robyn Cefali**<br>**10200 Summerlin Way**<br>**Fishers, IN 46037** | | - | **11/30/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **39,402.00** |

Sheet no. **46** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **80,637.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**Fairway Custom Golf, Inc.**<br>**10630 E. 96th Street**<br>**Fishers, IN 46037** | | - | **3/2013-8/2013**<br>**Club Repair Cost** | | | | **209.00** |
| Account No. **xxW038**<br>**First Capital**<br>**P.O. Box 643382**<br>**Cincinnati, OH 45264** | | - | **3/2013-5-2013**<br>**Golf Merchandise** | | | | **1,524.99** |
| Account No.<br>**AG Adjustments**<br>**740 Walt Whitman Road**<br>**Melville, NY 11747** | | | **Additional Notice**<br>**First Capital** | | | | **Notice Only** |
| Account No. **xxx-xxxxxx1-000**<br>**First Data Global Leasing**<br>**P.O. Box 407092**<br>**Fort Lauderdale, FL 33340** | | - | **2014**<br>**Remaining Balance Owed Pursuant to Lease for Wireless Credit Card Terminal** | | | | **1,157.39** |
| Account No. **269**<br>**Fishers Do-It Center (G)**<br>**11881 Lakeside Drive**<br>**Fishers, IN 46038** | | - | **8/2013-12/2013**<br>**Repair Parts** | | | | **265.18** |

Sheet no. **47** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,156.56**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**Floyde Burroughs & Associates**<br>**14701 Cumberland Road, Suite 200**<br>**Noblesville, IN 46060** | | - | **8/2008-10/2009**<br>**Contruction Cost for Maintenance Barn** | | | | **6,884.91** |
| Account No. **8653**<br>**Foot-Joy Drawer**<br>**P.O. Box 965**<br>**Fairhaven, MA 02719** | | - | **5/2013-6/2013**<br>**Golf Merchandise** | | | | **6,154.03** |
| Account No. **x0770**<br>**Fore Supply, Co.**<br>**1205 Capitol Drive**<br>**Addison, IL 60101** | | - | **12/2013**<br>**Locker Room Supplies** | | | | **456.75** |
| Account No. **none**<br>**Francis Corby**<br>**400 Galleria Officentre, Suite 400**<br>**Southfield, MI 48034** | | - | **10/2/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,750.00** |
| Account No. **none**<br>**Frank Cheli**<br>**9121 Bluestone Circle**<br>**Indianapolis, IN 46236** | | - | **9/10/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |

Sheet no. **48** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **31,245.69**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Frank & Patsy Hiatt**<br>**10809 Seascape Court**<br>**Indianapolis, IN 46256** | | - | **11/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,500.00** |
| Account No. **none**<br>**Frank & Susan Morton, Sr.**<br>**1335 South Guilford Road, Apt. 3202**<br>**Carmel, IN 46032** | | - | **3/19/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Fred & Tammy Hurt**<br>**1023 Tivoli Drive**<br>**Naples, FL 34104** | | - | **8/19/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **25,004.00** |
| Account No. **none**<br>**Fred & Jane Holland**<br>**255 Sandy Run drive**<br>**Greer, SC 29651** | | - | **11/23/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **20,878.00** |
| Account No. **B102**<br>**Fred Bock**<br>**10481 Tavarez Court**<br>**Fortville, IN 46040** | | - | **9/24/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **49** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **84,784.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Fred C. Tucker, III**<br>**8270 Skipjack Drive**<br>**Indianapolis, IN 46236** | | - | **8/31/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**Fred Knipscheer**<br>**13404 Macaw Place**<br>**Carmel, IN 46033** | | - | **6/24/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **M70**<br>**Frederick & Elizabeth McGarvey**<br>**8939 Spider Bay Court**<br>**Indianapolis, IN 46236** | | - | **5/29/2002**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **none**<br>**Fry Tech**<br>**P.O. Box 36574**<br>**Indianapolis, IN 46236** | | - | **11/2013-1/2014**<br>**Food Supplies** | | | | **1,112.40** |
| Account No. **none**<br>**Gary & Lois Irvin**<br>**11536 Glen Ridge Circle**<br>**Fishers, IN 46037** | | - | **1/1/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |

Sheet no. **50** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **85,514.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Gary & Mary Graham**<br>**50565 Lakeside Drive**<br>**Granger, IN 46530** | | - | **5/6/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |
| Account No. **none**<br>**Gary & Merry Thoe**<br>**9158 Admirals Point Court**<br>**Indianapolis, IN 46236** | | - | **3/24/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **29,957.00** |
| Account No. **none**<br>**Gary Draper**<br>**177 Ocean Lane Drive**<br>**Key Biscayne, FL 33149** | | - | **1/20/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **8,000.00** |
| Account No. **none**<br>**Gary Hively**<br>**16627 Brownstone Court**<br>**Westfield, IN 46074** | | - | **8/9/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,500.00** |
| Account No. **none**<br>**Gary McCormick**<br>**6229 E. Catalina Drive**<br>**Scottsdale, AZ 85251** | | - | **1/22/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |

Sheet no. **51** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **120,457.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Gary Warstler**<br>**11711 Landings Drive**<br>**Indianapolis, IN 46256** | | **-** | **6/24/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **1,500.00** |
| Account No. **9566**<br>**Gear For Sports**<br>**12193 Collections Center Drive**<br>**Chicago, IL 60693** | | **-** | **5/2013-8/2013**<br>**Uniform Expense** | | | | **4,710.38** |
| Account No. **none**<br>**George & Gail McDowell**<br>**4259 Piper Glen Drive**<br>**Charlotte, NC 28277** | | **-** | **3/12/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |
| Account No. **unknown**<br>**Golf Maintenance Solutions, LLC**<br>**2528 Sanderson**<br>**Virginia Beach, VA 23456** | | **-** | **3/2012**<br>**Consultant Expense** | | | | **1,338.79** |
| Account No. **x1022**<br>**Gonnella Baking Co.**<br>**P.O. Box 71499**<br>**Chicago, IL 60694** | | **-** | **11/2013-1/2014**<br>**Food Supplies** | | | | **1,614.47** |

Sheet no. **52** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **54,163.64**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxW100**<br>**Gordon Plumbing Service, Inc.**<br>**P.O. Box 257**<br>**FIshers, IN 46038** | | **-** | **11/2013**<br>**Repair Parts** | | | | **200.00** |
| Account No. **xxxxx9918**<br>**Grainger**<br>**DEPT 833549918**<br>**Palatine, IL 60038** | | **-** | **11/2013**<br>**Repair Parts** | | | | **89.12** |
| Account No. **xxx3-02M**<br>**Greenberg Traurig, P.A.**<br>**5100 Town Center Circle, Suite 400**<br>**Boca Raton, FL 33486** | | **-** | **11/2012**<br>**Attorney Fees** | | | | **977.85** |
| Account No. **HAWGOL**<br>**Greendell Mulch & Mix**<br>**749 W. State Road 42**<br>**Mooresville, IN 46158** | | **-** | **7/2013-12/2013**<br>**Mulch Expense** | | | | **6,950.92** |
| Account No. **G47**<br>**Greg L. Graddy**<br>**14537 Faucet Lane**<br>**Fortville, IN 46040** | | **-** | **2014**<br>**Store Credit** | | | | **68.00** |

Sheet no. **53** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,285.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor  Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Greg Shatley - Conagra Shared Purchasing**<br>**5980 Clearview Drive**<br>**Carmel, IN 46033** | | - | **8/27/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **28,000.00** |
| Account No. **D48**<br>**Gregory & Elizabth Delaney**<br>**11721 Sea Star Drive**<br>**Indianapolis, IN 46256** | | - | **10/24/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Gregory & Jill Beyerl**<br>**13638 Golden Ridge Lane**<br>**McCordsville, IN 46055** | | - | **6/24/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **none**<br>**Gregory Young**<br>**Keihin Indiana Precision Technology**<br>**400 W. New Road**<br>**Greenfield, IN 46163** | | - | **7/1/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **35,000.00** |
| Account No. **unknown**<br>**H2 Golf Company, LLC**<br>**32788 Hupa Drive**<br>**Temecula, CA 92592** | | - | **9/2013**<br>**Golf Supplies** | | | | **1,467.35** |

Sheet no. **54** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **103,869.35**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Harold D. Garrison**<br>**10822 Club Point Drive**<br>**Fishers, IN 46037** | | **-** | **Contingent Liability** | **X** | | | **Unknown** |
| Account No. **unknown**<br>**Harold D. Garrison Irrevocable Trust**<br>**10 West Market St., Suite 1200**<br>**Indianapolis, IN 46204** | | **-** | **Periodic Unsecured Loans Over a Period of 20 Years (Claim Amount Includes Interest)** | | | | **14,537,199.00** |
| Account No. **HAWGOL**<br>**Harrell's, LLC**<br>**P.O. Box 807**<br>**Lakeland, FL 33802** | | **-** | **6/13-11/2013**<br>**Chemicals/Fertilizer** | | | | **33,876.05** |
| Account No. **x2212**<br>**Harvest Land Co-op, Inc.**<br>**P.O. Box 2009**<br>**Anderson, IN 46018** | | **-** | **9/2013-12/2013**<br>**Fuel Expense** | | | | **14,248.27** |
| Account No. **unknown**<br>**Hawthorn Publications**<br>**650 Islington Street**<br>**Portsmouth, NH 03801** | | **-** | **4/2013**<br>**Marketing Expense** | | | | **800.00** |

Sheet no. **55** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,586,123.32**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**HDG Mansur**<br>**Chuck Cagann & Myron Pattison**<br>**10 W. Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **6/25/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **21,000.00** |
| Account No. **none**<br>**HDG Mansur Investments (Doug Etter)**<br>**10 West Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **9/1/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **none**<br>**HDG Mansur Properties (Brenda Moore)**<br>**10 West Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **9/10/2011**<br>**Resigned Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **none**<br>**HDG Mansur Properties (Daniel Cooper)**<br>**10 W. Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **2/26/2008**<br>**Resigned Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **none**<br>**HDGM Capital Group (Jeff Haroldson)**<br>**10 W. Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **8/31/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **10,000.00** |

Sheet no. **56** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **91,000.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br><br>**Heartland Design**<br>**429 E. Vermont Street, Suite 300**<br>**Indianapolis, IN 46202** | | - | **8/2009**<br>**Construction Costs for Maintenance Barn** | | | | **23,615.10** |
| Account No. **none**<br><br>**Hemant Sabharwal**<br>**6800 Dean Road**<br>**Indianapolis, IN 46220** | | - | **6/17/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,722.00** |
| Account No. **none**<br><br>**HGD Mansur Capital Group, LLC**<br>**10 West Market St., Suite 1200**<br>**Indianapolis, IN 46204** | | - | **Contingent Liability** | **X** | | | **Unknown** |
| Account No. **none**<br><br>**Horizon III, LLC**<br>**10 West Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **Prepaid Deposits & Unsecured Promissory Note** | | | | **463,762.23** |
| Account No.<br><br>**George W. Hopper**<br>**Hopper Blackwell**<br>**111 Monument Circle, Suite 452**<br>**Indianapolis, IN 46204** | | | **Additional Notice**<br>**Horizon III, LLC** | | | | **Notice Only** |

Sheet no. **57** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **492,099.33**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br><br>**Horizon Two, LLC**<br>**10 West Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **Prepaid Deposits** | | | | **282,898.05** |
| Account No. **x7464**<br><br>**Imperial Headware, Inc.**<br>**P.O. Box 790051**<br>**St. Louis, MO 63179** | | - | **4/2013-8/2013**<br>**Golf Merchandise** | | | | **1,055.36** |
| Account No. **unknown**<br><br>**Indiana Golf Car, Inc.**<br>**1770B East 266th Street**<br>**Arcadia, IN 46030** | | - | **8/2013-10/2013**<br>**Golf Cart Repairs and Rentals** | | | | **2,556.48** |
| Account No. **unknown**<br><br>**IU Health Occupational Services**<br>**2361 Reliable Parkway**<br>**Chicago, IL 60686** | | - | **5/2013-7/2013**<br>**Drug Tests** | | | | **1,450.00** |
| Account No.<br><br>**GLA Collection Company Dept #002**<br>**P.O. Box 7728**<br>**Louisville, KY 40257** | | | **Additional Notice**<br>**IU Health Occupational Services** | | | | **Notice Only** |

Sheet no. **58** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **287,959.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3803**<br>**J&M Golf**<br>**319 Industrial Drive**<br>**Griffith, IN 46319** | | - | **3/2013-4/2013**<br>**Golf Merchandise** | | | | **1,342.01** |
| Account No.<br>**CoFace Collections North**<br>**P.O. Box 1389**<br>**Kenner, LA 70063** | | | **Additional Notice**<br>**J&M Golf** | | | | **Notice Only** |
| Account No. **unknown**<br>**J&S Contractors, Inc.**<br>**2350 Quincy Road**<br>**Quincy, IN 47456** | | - | **10/2009**<br>**Construction Costs for Maintenance Barn** | | | | **1,000.00** |
| Account No. **C37**<br>**J. Christopher & Elizabeth Cooke**<br>**13625 E. 114th Street**<br>**Fishers, IN 46037** | | - | **4/29/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,402.00** |
| Account No. **none**<br>**J. Thomas Bauner**<br>**400 Galleria Officentre, Suite 400**<br>**Southfield, MI 48034** | | - | **10/26/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,750.00** |

Sheet no. **59** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **19,494.01**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**J.K. Smith, Inc.**<br>**1721 Country Club Road**<br>**Indianapolis, IN 46234** | | - | **4/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **223.13** |
| Account No. **none**<br>**Jack Morrissey**<br>**13015 new Britton Drive**<br>**Fishers, IN 46038** | | - | **9/27/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **36,000.00** |
| Account No. **none**<br>**James Bognanno**<br>**1774 Hourglass Drive**<br>**Carmel, IN 46032** | | - | **6/1/1995**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **C52**<br>**James & Barbara Cutillo**<br>**11012 Preservation Point**<br>**Fishers, IN 46037** | | - | **11/20/2004**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **10,902.00** |
| Account No. **none**<br>**James & Mary Ann Torgerson**<br>**14 Juniper Point Road**<br>**Branford, CT 06405** | | - | **10/31/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |

Sheet no. **60** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **116,125.13**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**James & Marybeth Lintzenich**<br>**15179 Brolio Way**<br>**Naples, FL 34110** | | - | **11/22/1991**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **M36**<br>**James & Nancy Martin**<br>**10622 Thorny Ridge Trace**<br>**Fishers, IN 46037** | | - | **4/30/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **46,402.00** |
| Account No. **A27**<br>**James & Sue Ashton**<br>**12362 Cobblefield Court**<br>**Fishers, IN 46037** | | - | **10/21/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **K68**<br>**James & Tara Kerpsack**<br>**13432 Marjac Way**<br>**McCordsville, IN 46055** | | - | **10/21/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**James (Jim) & Susan Cochran**<br>**11594 Wilderness Trail**<br>**Fishers, IN 46038** | | - | **4/16/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |

Sheet no. **61** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **100,706.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**James (Jim) Martzolf**<br>**6325 Lawrence Drive**<br>**Indianapolis, IN 46226** | | - | **9/6/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **none**<br>**James Arnold**<br>**8817 Bay Point Circle**<br>**Indianapolis, IN 46236** | | - | **6/26/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **9,700.00** |
| Account No. **M88**<br>**James Bryan Mann**<br>**12283 Bridgewater Road**<br>**Indianapolis, IN 46256** | | - | **10/1/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**James Hudson**<br>**Weyerhaeuser Co**<br>**P. O. Box 9777**<br>**Federal Way, WA 98063** | | - | **1/23/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **none**<br>**Jane Callahan**<br>**10044 Water Crest Drive**<br>**Fishers, IN 46038** | | - | **2/14/2013**<br>**Refundable Wedding Deposit** | | | | **4,360.78** |

Sheet no. **62** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **87,462.78**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Jason Newell**<br>**8235 Lakeshore Trail East Dr. #126**<br>**Indianapolis, IN 46250** | | - | **8/9/2013**<br>**Refundable Wedding Deposit** | | | | **1,500.00** |
| Account No. **none**<br>**Jay & Susie Stinebaugh**<br>**P. O. Box 944**<br>**Point Clear, AL 36564** | | - | **6/3/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **25,500.00** |
| Account No. **none**<br>**Jeff & Dana Osler**<br>**9032 Diamond Pointe Drive**<br>**Indianapolis, IN 46236** | | - | **8/4/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **8,262.00** |
| Account No. **R52**<br>**Jeff & Jill Robbin**<br>**10976 Fairwoods Drive**<br>**Fishers, IN 46037** | | - | **6/20/2009**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **6,644.20** |
| Account No. **none**<br>**Jeff & Leigh Weisenauer**<br>**10177 Woods Edge Drive**<br>**Fishers, IN 46037** | | - | **3/20/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,222.00** |

Sheet no. **63** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **55,128.20**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Jeff Lackey**<br>**112557 Ridge Valley Court**<br>**Zionsville, IN 46077** | | - | **11/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,500.00** |
| Account No. **none**<br>**Jeffery Swim**<br>**6501 Highland Lane**<br>**McCordsville, IN 46055** | | - | **12/17/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **none**<br>**Jeffrey & Beth Hanna**<br>**10712 Club Chase**<br>**Fishers, IN 46037** | | - | **11/3/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **2,750.00** |
| Account No. **L59**<br>**Jeffrey & Diann Luebker**<br>**11160 Bluebird Court**<br>**Fishers, IN 46037** | | - | **10/4/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **L49**<br>**Jeffrey & Kristen Lade**<br>**13558 Silverstone Drive**<br>**Fishers, IN 46037** | | - | **10/29/2013**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **25,902.00** |

Sheet no. **64** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **60,054.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Jeffrey & Sherry Kimmerling**<br>**12917 Roacy Pointe Road**<br>**McCordsville, IN 46055** | | - | **10/29/1991**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Jeffrey (Jeff) & Pamela Greenwalt**<br>**1121 Laurelwood Drive**<br>**Carmel, IN 46032** | | - | **1/10/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **39,000.00** |
| Account No. **D43**<br>**Jeffrey Davies**<br>**11354 Redwing Court**<br>**Fishers, IN 46037** | | - | **11/9/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **H97**<br>**Jeffrey Hayes**<br>**12193 Island Drive**<br>**Indianapolis, IN 46256** | | - | **9/23/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Jeffrey Hossler**<br>**18350 Vicenza Way**<br>**Miromar Lake, FL 33913** | | - | **6/30/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |

Sheet no. **65** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **89,804.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **R49**<br>**Jeffrey Riesmeyer**<br>**10582 Brook School Road**<br>**Fishers, IN 46037** | | - | **11/5/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Jeffrey Sweetin**<br>**29841 E. 139th Place S.**<br>**Coweta, OK 74429** | | - | **10/31/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **none**<br>**Jerry Carr**<br>**12611 Portage Way**<br>**Fishers, IN 46037** | | - | **7/9/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |
| Account No. **E31**<br>**Jerry L. Wing**<br>**13835 Vincent Drive**<br>**McCordsville, IN 46055** | | - | **2014**<br>**Store Credit** | | | | **1,656.71** |
| Account No. **W46**<br>**Jess Williams**<br>**12413 Ostara Court**<br>**Fishers, IN 46037** | | - | **11/1/2013**<br>**2014 Food Minimum & Store Credit** | | | | **2,003.41** |

Sheet no. **66** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **45,562.12**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Jim Fleming**<br>**12815 Piccadilly circle**<br>**Fishers, IN 46037** | | - | **6/13/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **30,504.00** |
| Account No. **none**<br>**Jim Oliver**<br>**5337 W. 78th Street**<br>**Indianapolis, IN 46268** | | - | **6/18/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **46,000.00** |
| Account No. **xxxx7JKC**<br>**JMK Sports, Inc.**<br>**2711 Mullins Court NW**<br>**Grand Rapids, MI 49534** | | - | **3/2013-6/2013**<br>**Golf Supplies** | | | | **537.37** |
| Account No. **none**<br>**Jody & Amy Conrad**<br>**10821 Turne Grove**<br>**Fishers, IN 46037** | | - | **6/1/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **8,941.00** |
| Account No. **none**<br>**Joe & Becky Yeager**<br>**13499 Marjac Way**<br>**McCordsville, IN 46055** | | - | **4/3/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **17,500.00** |

Sheet no. **67** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **103,482.37**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A23**<br>**Joe Azbell**<br>**11802 Hanley Drive**<br>**Fishers, IN 46037** | | - | **2014**<br>**Store Credit** | | | | **0.24** |
| Account No. **D34**<br>**Joe David & Jennie Dillon**<br>**10702 Club Chase**<br>**Fishers, IN 46037** | | - | **11/4/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Joe Griffith**<br>**306 Granger Court**<br>**Fishers, IN 46038** | | - | **11/9/2013**<br>**Refundable Wedding Deposit** | | | | **1,500.00** |
| Account No. **C96**<br>**Joel & Elizabeth Cox**<br>**7207 Elm Ridge Drive**<br>**Indianapolis, IN 46236** | | - | **10/30/2013**<br>**2014 Food Minimum** | | | | **548.00** |
| Account No. **none**<br>**John & Carole Rosner**<br>**11937 Sand Dollar Circle**<br>**Indianapolis, IN 46256** | | - | **11/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,500.00** |

Sheet no. **68** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,950.24**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**John & Cindi Bontreger**<br>**11090 Geist Road**<br>**Fishers, IN 46037** | | - | **1/19/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,044.00** |
| Account No. **none**<br>**John & Cindy Dierdorf**<br>**10386 Carlise Way**<br>**Fishers, IN 46038** | | - | **9/29/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **none**<br>**John & Devana Federici**<br>**111 Monument Circle, Suite 2600**<br>**Indianapolis, IN 46204** | | - | **6/3/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |
| Account No. **none**<br>**John & Laura Tupman, Jr.**<br>**10716 Club Chase**<br>**Fishers, IN 46037** | | - | **4/19/2008**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **D44**<br>**John & Melissa Duffy**<br>**9158 Admirals Pointe Court**<br>**Indianapolis, IN 46236** | | - | **10/11/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **69** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **79,446.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**John & Phyllis North**<br>**514 Fallbrook Drive**<br>**Venice, FL 34292** | | - | **11/11/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **D6**<br>**John & Ruth Denton**<br>**12550 Highlands Place**<br>**Fishers, IN 46038** | | - | **6/30/1994**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **28,402.00** |
| Account No. **none**<br>**John Clemens**<br>**6790 W. Whiteland Road**<br>**Bargersville, IN 46106** | | - | **3/17/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **D17**<br>**John Dick & Tobi Weinstein**<br>**9659 Halsey Drive**<br>**Indianapolis, IN 46256** | | - | **4/4/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **31,402.00** |
| Account No. **none**<br>**John Getty**<br>**5471 S. Grandin Hall Circle**<br>**Carmel, IN 46033** | | - | **7/29/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |

Sheet no. **70** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **92,804.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**John Jarrett**<br>**11725 Sea Star Drive**<br>**Indianapolis, IN 46256** | | - | **3/15/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**John Karas**<br>**8811 Otter Cove Circle**<br>**Indianapolis, IN 46236** | | - | **10/15/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **L48**<br>**John Larch**<br>**10496 Doral Circle**<br>**Fishers, IN 46037** | | - | **11/5/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**John Lockhart**<br>**1045 North Utah Street #411**<br>**Arlington, VA 22201** | | - | **10/16/1995**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **B1**<br>**John Mike Blakely**<br>**10905 Three Hundred Yard Drive**<br>**Fishers, IN 46037** | | - | **10/29/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **71** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **58,804.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M27**<br>**John Montgomery**<br>**13400 Marjac Way**<br>**McCordsville, IN 46055** | | - | **3/18/1994**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **28,909.99** |
| Account No. **none**<br>**John Nechiporchik**<br>**400 Galleria Officentre, Suite 400**<br>**Southfield, MI 48034** | | - | **4/19/2003**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,750.00** |
| Account No. **none**<br>**John O'Connor**<br>**13 Rolling Springs Court**<br>**Carmel, IN 46033** | | - | **7/22/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**John Sampson**<br>**101 W. Ohio Street, #1320**<br>**Indianapolis, IN 46204** | | - | **7/14/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **33,000.00** |
| Account No. **S66**<br>**Jon & Amy Sieber**<br>**11640 Woods Bay Lane**<br>**Indianapolis, IN 46236** | | - | **6/28/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |

Sheet no. **72** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **105,061.99**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **R64**<br>**Jon & Sharon Ramey**<br>**14475 Geist Ridge Road**<br>**Fishers, IN 46040** | | - | **11/6/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Jon Selsemeyer**<br>**10516 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **7/12/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,500.00** |
| Account No. **none**<br>**Jonathan & Susan Spafford**<br>**10091 Chesapeake Drive**<br>**McCordsville, IN 46055** | | - | **6/4/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,370.00** |
| Account No. **unknown**<br>**Jose & Sons Ice Sculptors**<br>**2114 Fletcher Avenue**<br>**Indianapolis, IN 46203** | | - | **12/2012**<br>**Ice Sculptors** | | | | **450.00** |
| Account No. **none**<br>**Joseph Copeland**<br>**285 Grande Way Apt. 1406**<br>**Naples, FL 34110** | | - | **11/27/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,820.00** |

Sheet no. **73** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **31,542.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Joseph Yeager**<br>**13499 Marjac Way**<br>**McCordsville, IN 46055** | | - | **4/3/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **33,000.00** |
| Account No. **K66**<br>**Joshua & Lori Karwowski**<br>**11384 Redwing Court**<br>**Fishers, IN 46037** | | - | **2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Jospeh Kines**<br>**7333 Yorkshire Blvd, North**<br>**Indianapolis, IN 46229** | | - | **7/30/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **M100**<br>**Jothiharan Mahenthiran**<br>**12307 Sanderling Trace**<br>**Fishers, IN 46037** | | - | **11/9/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **B81**<br>**Justin & Kimberly Boswell**<br>**11098 Preservation Point**<br>**Fishers, IN 46037** | | - | **6/1/2004**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **46,402.99** |

Sheet no. **74** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **87,206.99**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Kappus & Hall**<br>**12218 Sydney Bay Court**<br>**Indianapolis, IN 46236** | | - | **4/27/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **39,000.00** |
| Account No. **none**<br>**Kara Fox**<br>**6637 Lower Dillsboro Road**<br>**Aurora, IN 47001** | | - | **6/5/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,500.00** |
| Account No. **A31**<br>**Karen Anders**<br>**10654 Springston Court**<br>**Fishers, IN 46037** | | - | **11/8/2013**<br>**2014 Food Minimum** | | | | **274.00** |
| Account No. **none**<br>**Karen Kappus**<br>**12218 Sydney Bay Court**<br>**Indianapolis, IN 46236** | | - | **4/27/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **none**<br>**Karen Kappus**<br>**12218 Sydney Bay Court**<br>**Indianapolis 46236** | | - | **4/27/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |

Sheet no. **75** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **84,774.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Karishma Parikh**<br>**12020 Landover Lane**<br>**Fishers, IN 46037** | | - | **1/17/2014**<br>**Wedding Deposit** | | | | **100.00** |
| Account No. **K30**<br>**Kathryn Kleinrichert**<br>**12281 Talon Trace**<br>**Fishers, IN 46037** | | - | **10/6/1999**<br>**Current Member Refundable Initiation Fee** | | | | **32,595.00** |
| Account No. **none**<br>**Kathryn Scheidler**<br>**6322 Columbia Circle**<br>**Fishers, IN 46038** | | - | **10/11/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **none**<br>**Keihin Indiana Precision Technology**<br>**Gregory Young**<br>**400 W. New Road**<br>**Greenfield, IN 46163** | | - | **7/2/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **40,000.00** |
| Account No. **none**<br>**Keiichi Ara(KIPT)**<br>**400 West New Road**<br>**Greenfield, IN 46140** | | - | **4/1/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |

Sheet no. **76** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **80,195.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **K42**<br>**Keith & Susan Kanipe**<br>**10967 Preservation Point**<br>**Fishers, IN 46037** | | **-** | **11/1/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Ken & Delena Carite**<br>**11337 Turn Leaf Circle**<br>**Fishers, IN 46037** | | **-** | **6/6/2009**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **K17**<br>**Kenneth & Mary Ellen Konesco**<br>**710 Tamenend Trace**<br>**Fishers, IN 46037** | | **-** | **6/21/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **25,402.00** |
| Account No. **none**<br>**Kenneth & Sandra Simpson**<br>**603 24th Street**<br>**Tell City, IN 47586** | | **-** | **6/9/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **unknown**<br>**Kenny Outdoor Solutions**<br>**8420 Zionsville Road**<br>**Indianapolis, IN 46268** | | **-** | **7/2013-10/2013**<br>**Repair Parts** | | | | **8,505.58** |

Sheet no. **77** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **44,309.58**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Kevin & Jane Kirkpatrick**<br>**12023 Sail Place Drive**<br>**Indianapolis, IN 46256** | | **-** | **5/8/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **none**<br>**Kevin & Jennifer Burton**<br>**12261 Talon Trace**<br>**Fishers, IN 46037** | | **-** | **7/24/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br>**Kevin & Mary King**<br>**12940 Rocky Point Rd.**<br>**P.O. Box 58**<br>**McCordsville, IN 46055** | | **-** | **7/31/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **none**<br>**Kevin & Shelly Clasen**<br>**10816 Turne Grove**<br>**Fishers, IN 46037** | | **-** | **10/6/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,000.00** |
| Account No. **H59**<br>**Kevin Honigford & Kim Pohlman**<br>**12233 Bridgewater Road**<br>**Indianapolis, IN 46256** | | **-** | **6/13/2001**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |

Sheet no. **78** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **91,902.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Kevin Latone**<br>**40 W. Jackson Place**<br>**Indianapolis, IN 46225** | | - | **10/31/2010**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**Kevin McAree**<br>**13365 Lubeck Drive**<br>**Fishers, IN 46037** | | - | **11/23/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **36,000.00** |
| Account No. **none**<br>**Kevin O'Toole**<br>**8935 Admirals Pointe Drive**<br>**Indianapolis, IN 46236** | | - | **4/29/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,029.00** |
| Account No. **R62**<br>**Kevin Russell**<br>**11011 Preservation Point**<br>**Fishers, IN 46037** | | - | **11/1/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Kim Greaves**<br>**1410 Post Oak Place**<br>**Westlake, TX 76262** | | - | **2/29/98**<br>**Resigned Member Refundable Initiation Fee** | | | | **26,500.00** |

Sheet no. **79** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **104,931.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Kirk Ripley**<br>**10026 Southwind Drive**<br>**Indianapolis, IN 46256** | | - | **11/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **28,000.00** |
| Account No. **xxxx4669**<br>**Kone, Inc.**<br>**5201 Park Emerson Drive, Suite O**<br>**Indianapolis, IN 46203** | | - | **10/2013**<br>**Elevator Maintenance Expense** | | | | **3,585.84** |
| Account No. **xxxxx0663**<br>**Koorsen Protection Services**<br>**2719 N. Arlington Ave.**<br>**Indianapolis, IN 46218** | | - | **12/2013**<br>**Sprinkler/Fire Extengishers** | | | | **763.85** |
| Account No. **R70**<br>**Kris Russell**<br>**12242 Sanderling Trace**<br>**Fishers, IN 46037** | | - | **10/2/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Kristen Irwin**<br>**12365 Deerview Drive**<br>**Noblesville, IN 46060** | | - | **8/2/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |

Sheet no. **80** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **36,251.69**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Kurt & Dottie O'Brien**<br>**50 Forest Street**<br>**Winderemere, FL 34786** | | - | **6/1/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **33,627.00** |
| Account No. **none**<br>**Kurt & Janet Ellinger**<br>**14852 Woodruff Lane**<br>**Fishers, IN 46037** | | - | **9/24/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,000.00** |
| Account No. **F35**<br>**Kurt Fazekas**<br>**Nexus Valve, Inc.**<br>**9982 E. 121st St.**<br>**Fishers, IN 46037** | | - | **10/31/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **V16**<br>**Kurt VanWinkle**<br>**9108 Nautical Watch Drive**<br>**Indianapolis, IN 46236** | | - | **11/4/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **E8**<br>**L.G. & Alyce Edwards**<br>**10818 Club Point**<br>**Fishers, IN 46037** | | - | **9/2/1994**<br>**Current Member Refundable Initiation Fee & 2014-2020 Prepaid Dues & 2014 Food Minimum** | | | | **77,694.00** |

Sheet no. **81** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **126,125.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2075**<br>**Lamb Mechancial Services, LLC**<br>**P.O. Box 55247**<br>**Indianapolis, IN 46205** | | - | **1/2013**<br>**Equipment Repair Fee** | | | | **260.00** |
| Account No. **G46**<br>**Lance & Kathleen Gaffin**<br>**10153 Tremont Drive**<br>**Fishers, IN 46037** | | - | **11/5/2013**<br>**2014 Food Minimum & Store Credit** | | | | **1,477.00** |
| Account No. **7055**<br>**Landmark Golf Course Prod.**<br>**W184 S8425 Challenger Drive**<br>**Muskego, WI 53150** | | - | **3/2013**<br>**Golf Range Equipment** | | | | **713.00** |
| Account No. **none**<br>**Lanny Wilhelm**<br>**5757 North 400 Westq**<br>**Bargersville, IN 46106** | | - | **10/18/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |
| Account No. **none**<br>**Larry & Delores Frutkin**<br>**12971 Duval Drive**<br>**Fishers, IN 46037** | | - | **7/9/2008**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |

Sheet no. **82** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **32,950.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Larry & Louise Smith**<br>**13500 East 126th Street**<br>**Fishers, IN 46037** | | - | **4/5/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Lars E. Odgaard**<br>**8950 North Sargent Road**<br>**Indianapolis, IN 46256** | | - | **11/11/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**Latonia Hawkins**<br>**15385 Ten Point Drive**<br>**Noblesville, IN 46060** | | - | **10/11/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **S124**<br>**Laura & Steven Stapleton**<br>**10536 Tremont Drive**<br>**Fishers, IN 46037** | | - | **10/21/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **unknown**<br>**Leisure Pool & Spa Supply, Inc.**<br>**110 E. Main Street**<br>**Syracuse, IN 46567** | | - | **7/2013-8/2013**<br>**Pool Testing and Chemicals** | | | | **2,355.58** |

Sheet no. **83** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **57,257.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-3120**<br>**Leslie Coating, Inc.**<br>**1101 E. 30th Street**<br>**Indianapolis, IN 46205** | | - | **5/2013-6/2013**<br>**Tennis Court Repair Fee** | | | | **3,462.05** |
| Account No. **x3774**<br>**LGC Associates, LLC**<br>**P.O. Box 823461**<br>**Philadelphia, PA 19182** | | - | **12/2013**<br>**Temp Banquet Labor** | | | | **1,024.38** |
| Account No. **none**<br>**Lincoln & Janine Burkhart**<br>**9011 Anchor Bay Drive**<br>**Indianapolis, IN 46236** | | - | **5/22/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **30,678.00** |
| Account No. **none**<br>**Linda & Dr. Steven Zirkelbach**<br>**4908 Wintergreen Lane**<br>**Carmel, IN 46033** | | - | **7/15/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,000.00** |
| Account No. **none**<br>**Linda Beattey**<br>**8178 Foxchase Circle**<br>**Indianapolis, IN 46256** | | - | **5/9/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,890.00** |

Sheet no. **84** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **55,054.43**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Linda Scherzinger**<br>**10202 Timberstone Drive**<br>**Fishers, IN 46040** | | - | **12/17/2013**<br>**Refundable Wedding Deposit** | | | | **125.00** |
| Account No. **none**<br>**Lisa McFarland**<br>**9990 Orange Blossom Trail**<br>**Fishers, In 46038** | | - | **12/11/2013**<br>**Refundable Wedding Deposit** | | | | **500.00** |
| Account No. **x3590**<br>**Long Electric Company, Inc.**<br>**P.O. Box 624739**<br>**Indianapolis, IN 46262** | | - | **3/2013**<br>**Operating Expense** | | | | **1,852.23** |
| Account No. **xxxxxxxxxx3326**<br>**Lowe's**<br>**P.O. Box 965004**<br>**Orlando, FL 32896** | | - | **12/2013**<br>**Repair Parts** | | | | **2,054.80** |
| Account No. **none**<br>**Lower Heron, LLC**<br>**10 West Market St., Suite 1200**<br>**Indianapolis, IN 46204** | | - | **Contingent Liability** | **X** | | | **Unknown** |

Sheet no. **85** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,532.03**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Lyman Bond**<br>**13555 E. 114th Street**<br>**Fishers, IN 46038** | | - | **7/2/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Lyndsay Callahan**<br>**20 Gazebo Drive**<br>**Indianapolis, IN 46227** | | - | **9/18/2013**<br>**Refundable Wedding Deposit** | | | | **5,000.00** |
| Account No. **unknown**<br>**M&C Concrete Company**<br>**310 South Mitthoeffer**<br>**Indianapolis, IN 46229** | | - | **5/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **14,945.00** |
| Account No. **unknown**<br>**M. Van Meter, Inc.**<br>**4000 West 106th Street, #125**<br>**Carmel, IN 46032** | | - | **7/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **750.00** |
| Account No. **xxx6732**<br>**MaCafee**<br>**6052 Paysphere Circle**<br>**Chicago, IN 60674** | | - | **12/2013**<br>**Software Support** | | | | **42.00** |

Sheet no. **86** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **26,737.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0311**<br>**MaCallister Machinery Co., Inc.**<br>**13450 Britton Park Road**<br>**Fishers, IN 46038** | | - | **11/2013**<br>**Repairs** | | | | **824.46** |
| Account No. **unknown**<br>**Mad Bomber Fireworks Prod.**<br>**P.O. Box 418**<br>**Kingsbury, IN 46345** | | - | **11/2012**<br>**Fireworks Expense** | | | | **1,500.00** |
| Account No. **P35**<br>**Man Phung**<br>**12283 Rambling Road**<br>**Fishers, IN 46037** | | - | **2014 Food Minimum** | | | | **1,402.00** |
| Account No. **W51**<br>**ManWeb Services, Inc.**<br>**11800 Exit 5 Parkway, Suite 106**<br>**Fishers, IN 46037** | | - | **10/19/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **31,573.00** |
| Account No. **B101**<br>**Marc Berman**<br>**11306 Treyburn Drive**<br>**Fishers, IN 46037** | | - | **11/6/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **87** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **36,701.46**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Margie Cook**<br>**9659 Farragut Circle**<br>**Indianapolis, IN 46256** | | - | **6/11/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Maria James**<br>**1025 W. 14th STreet**<br>**Jasper, IN 47546** | | - | **2/18/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **none**<br>**Marianne Young**<br>**1318 Park Meadow Drive**<br>**Beech Grove, IN 46107** | | - | **9/1/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **none**<br>**Mark & Amanda (Mandy) Wise**<br>**7643 Timber Springs Drive North**<br>**Fishers, IN 46038** | | - | **6/13/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **25,815.00** |
| Account No. **none**<br>**Mark & Barbara Berutich**<br>**11803 Hanley Drive**<br>**Fishers, IN 46037** | | - | **5/12/2007**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |

Sheet no. **88** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **71,315.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **L35**<br>**Mark & Debra Ladendorf**<br>**12723 Portage Way**<br>**Fishers, IN 46037** | | - | **7/7/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **none**<br>**Mark & Dina Fadely**<br>**10627 Thorny Ridge Trace**<br>**Fishers, IN 46037** | | - | **10/12/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **none**<br>**Mark & Jane Hemauer**<br>**10693 Evergreen Point**<br>**Fishers, IN 46037** | | - | **11/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **9,500.00** |
| Account No. **none**<br>**Mark & Kristin Jones**<br>**14514 Faucet Lane**<br>**Fishers, IN 46040** | | - | **4/30/2011**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br>**Mark & Margo Fritz**<br>**11590 Brean Way**<br>**Fishers, IN 46037** | | - | **3/5/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,000.00** |

Sheet no. **89** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **49,402.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Mark Bennett**<br>**11128 Muirfield Trace**<br>**Fishers, IN 46038** | | - | **7/15/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **none**<br>**Mark Hessemann**<br>**3755 E. 82nd Street #270**<br>**Indianapolis, IN 46240** | | - | **5/27/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **none**<br>**Mark Nightingale**<br>**10 W. Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **1/1/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Mark Piazza**<br>**1778 S. Walnut Drive**<br>**Warsaw, IN 46580** | | - | **7/27/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **none**<br>**Mark Sorg**<br>**10728 Chase Court**<br>**Fishers, IN 46037** | | - | **6/22/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |

Sheet no. **90** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **56,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Mark Vurpillat**<br>**10366 Treeline Court**<br>**Fishers, IN 46038** | | - | **11/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,000.00** |
| Account No. **205**<br>**Marsh**<br>**12520 E. 116th Street**<br>**Fishers, IN 46037** | | - | **12/2013**<br>**Food Supplies** | | | | **145.79** |
| Account No. **none**<br>**Marti Hankins**<br>**12952 Duval Drive**<br>**Fishers, IN 46037** | | - | **7/19/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **30,000.00** |
| Account No. **none**<br>**Martin & Terri Jennings**<br>**111 Monument Circle, Suite 2600**<br>**Indianapolis, IN 46204** | | - | **9/2/2005**<br>**Resigned Member Refundable Initiation Fee** | | | | **31,000.00** |
| Account No. **none**<br>**Matt & Dana (Bain) Newell**<br>**230 Breakwater Drive**<br>**Fishers, IN 46037** | | - | **5/17/2007**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |

Sheet no. **91** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **80,145.79**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F35**<br>**Matthew & Kimberly Troyer**<br>**13446 Dilot Lane**<br>**McCordsville, IN 46055** | | - | **11/12/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Matthew & Susan Huffine**<br>**11055 Woods Bay Lane**<br>**Indianapolis, IN 46236** | | - | **9/30/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **F40**<br>**Matthew Filer**<br>**10998 Harbor Bay Drive**<br>**Fishers, IN 46040** | | - | **2014**<br>**Store Credit** | | | | **11.65** |
| Account No. **none**<br>**Matthew Green**<br>**13515 Marjac Way**<br>**McCordsville, IN 46055** | | - | **10/29/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,000.00** |
| Account No. **W61**<br>**Matthew Wyse**<br>**12534 Anchorage Way**<br>**Fishers, IN 46037** | | - | **10/30/2013**<br>**2014-2015 Prepaid Dues & 2014 Food Minimum** | | | | **16,352.00** |

Sheet no. **92** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **46,265.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Maurice Spagnoletti**<br>**5/3 Bank 251 N. Illinois Street #1000**<br>**Indianapolis, IN 46204** | | - | **6/11/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **D49**<br>**Max David Decker**<br>**10502 Schooner Court**<br>**Indianapolis, IN 46256** | | - | **10/8/2013**<br>**2014 Food Minimum** | | | | **701.00** |
| Account No. **xxx6732**<br>**Mcafee**<br>**6052 Paysphere Circle**<br>**Chicago, IL 60674** | | - | **12/2013-1/2014**<br>**Email Spam Filter** | | | | **84.00** |
| Account No. **unknown**<br>**McComb Window & Door, Co., Inc.**<br>**5425 W. 74th Street**<br>**Indianapolis, IN 46268** | | - | **4/2013-6/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **3,566.26** |
| Account No. **none**<br>**Melinda Pudlo**<br>**525 Trestle Court**<br>**Greyslake, IL 60030** | | - | **7/16/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |

Sheet no. **93** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **30,851.26**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **K62**<br>**Melissa Knafel**<br>**10367 Treeline Court**<br>**Fishers, IN 46037** | | - | **2014 Food Minimum** | | | | **1,402.00** |
| Account No. **unknown**<br>**Membersfirst**<br>**321 Commonwealth Road**<br>**Suite 301**<br>**Wayland, MA 01778** | | - | **1/2014**<br>**Website Expense** | | | | **0.00** |
| Account No. **none**<br>**Michael & Carolyn Tolson**<br>**12618 Shore Vista Drive**<br>**Indianapolis, IN 46236** | | - | **10/31/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Michael & Denise Zeurcher**<br>**12406 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **5/15/2008**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **R66**<br>**Michael & Kathryn Robertson**<br>**10554 Tremont Drive**<br>**Fishers, IN 46037** | | - | **10/1/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **94** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **32,804.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Michael & Kelly Zingraf**<br>**7411 River Highlands Drive**<br>**Fishers, IN 46038** | | - | **5/21/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **O26**<br>**Michael & Kristen O'Hara**<br>**11962 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **1/19/2013**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **21,402.00** |
| Account No. **K24**<br>**Michael & Linda Kilander**<br>**12442 Anchorage Way**<br>**Fishers, IN 46037** | | - | **11/30/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **14,902.00** |
| Account No. **none**<br>**Michael & Lori Lewis**<br>**13021 Fawnbrook Drive**<br>**Fishers, IN 46038** | | - | **3/8/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **none**<br>**Michael Baker**<br>**19 Maxie Lane**<br>**Sparta, NJ 07871** | | - | **3/16/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,345.00** |

Sheet no. **95** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **86,149.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Michael Bush**<br>**5080 E. 161st Street**<br>**Noblesville, IN 46062** | | - | **5/22/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **32,000.00** |
| Account No. **C84**<br>**Michael Coble**<br>**10386 Treeline Court**<br>**Fishers, IN 46037** | | - | **2014**<br>**Store Credit** | | | | **318.34** |
| Account No. **C63**<br>**Michael Cook**<br>**12452 Ostara Court**<br>**Fishers, IN 46037** | | - | **9/25/2013**<br>**2014 Food Minimum & Store Credit** | | | | **1,402.49** |
| Account No. **D35**<br>**Michael Dunlap**<br>**12093 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **10/14/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **R48**<br>**Michael Reed**<br>**7482 W. Rex Ridge Road**<br>**New Palestine, IN 46163** | | - | **2014-2015 Prepaid Dues** | | | | **14,950.00** |

Sheet no. **96** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **50,072.83**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Michael Schwalback**<br>**P.O. Box 6066**<br>**Indianapolis, IN 46206** | | - | **12/15/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,250.00** |
| Account No. **T39**<br>**Michael Thor**<br>**12458 Cirrus Drive**<br>**Fishers, IN 46037** | | - | **11/15/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Michael Vaught**<br>**514 Jade Street**<br>**Petaluma, CA 94952** | | - | **5/22/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **B115**<br>**Michelle & Scott Bundrant**<br>**5760 E. Fall Creek Parkway North Drive**<br>**Indianapolis, IN 46226** | | - | **11/8/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **M97**<br>**Michelle Mauer & Dennis Lade**<br>**11005 Fairwoods Drive**<br>**Fishers, IN 46037** | | - | **11/6/2013**<br>**2014 Prepaid Dues & 2014 Food Minimum** | | | | **3,932.00** |

Sheet no. **97** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **45,986.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Case No. **14-00461-JMC-11**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0-315**<br>**Midwest Golf & Turf**<br>**10925 Reed Hartman Highway**<br>**Suite 114**<br>**Cincinnati, OH 46242** | | - | **4/2013-6/2013**<br>**Grounds Maintenance Fee** | | | | **1,934.77** |
| Account No. **xx8032**<br>**Midwest Systems & Services, Inc.**<br>**P.O. Box 15033**<br>**Evansville, IN 47716** | | - | **12/2013 - 1/2014**<br>**Music Services** | | | | **256.80** |
| Account No. **none**<br>**Mike Jack & Judy Sanford-Jack**<br>**12345 Hyacinth Drive**<br>**Fishers, IN 46037** | | - | **8/1/2007**<br>**Resigned Member Refundable Initiation Fee** | | | | **8,490.00** |
| Account No. **none**<br>**Mike Murray**<br>**8656 Moon Bay circle**<br>**Indianapolis, IN 46236** | | - | **4/7/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,500.00** |
| Account No. **x1125**<br>**Mister Ice of Indianapolis**<br>**7954 East 88th Street**<br>**Indianapolis, IN 46256** | | - | **9/2013-1/2014**<br>**Ice Machine Lease** | | | | **5,799.40** |

Sheet no. **98** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **27,980.97**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Mitch Stauffer**<br>**712 W. Jefferson Avenue**<br>**Naperville, IL 60540** | | - | **1/26/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **9500**<br>**Monarch Beverage Company**<br>**9347 Pendleton Pike**<br>**Indianapolis, IN 46236** | | - | **1/17/2014**<br>**Beverage Supplier** | | | | **490.04** |
| Account No. **none**<br>**Monte & Shiela Hoover**<br>**4232 Heyward Place**<br>**Indianapolis, IN 46250** | | - | **9/30/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **none**<br>**Morris & Marilyn Rowlett**<br>**10596 Coppergate**<br>**Carmel, IN 46032** | | - | **12/15/1995**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **K32**<br>**Mr. & Mrs. Mark Kosiarek**<br>**12424 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **3/17/2000**<br>**Current Member Refundable Initiation Fee** | | | | **34,000.00** |

Sheet no. **99** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **101,490.04**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M40**<br>**Mr. & Mrs. A. Ray Marra**<br>**7053 Koldyke Place**<br>**Fishers, IN 46038** | | - | **9/6/1998**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **5,080.00** |
| Account No. **S19**<br>**Mr. & Mrs. Adam Suchko**<br>**11038 Woods Bay Lane**<br>**Indianapolis, IN 46236** | | - | **7/22/1994**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **26,902.00** |
| Account No. **L8**<br>**Mr. & Mrs. Alan Leighton**<br>**9743 Decatur Drive**<br>**Indianapolis, IN 46256** | | - | **2/28/1994**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **28,402.00** |
| Account No. **B90**<br>**Mr. & Mrs. Alex Burow**<br>**12455 Petalon Trace**<br>**Fishers, IN 46037** | | - | **6/26/2006**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **N6**<br>**Mr. & Mrs. Anthony Najem**<br>**Meijer Najem**<br>**13099 Parkside Drive**<br>**Fishers, IN 46038** | | - | **12/23/1998**<br>**Current Member Refundable Initiation Fee** | | | | **37,000.00** |

Sheet no. **100** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **103,384.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **L15**<br>**Mr. & Mrs. Bernie Lacy**<br>**8802 Spinnaker Court**<br>**Indianapolis, IN 46256** | | **-** | **1/21/1995**<br>**Current Member Refundable Initiation Fee & 2014-2021 Prepaid Dues & 2014 Food Minimum & Unsecured Promissory Note** | | | | **66,174.00** |
| Account No. **G11**<br>**Mr. & Mrs. Bill Goetz**<br>**11401 Merlin Court**<br>**Fishers, IN 46037** | | **-** | **6/1/2002**<br>**Current Member Refundable Initiation Fee** | | | | **21,595.00** |
| Account No. **M62**<br>**Mr. & Mrs. Bill Meador**<br>**11301 Mirador Lane**<br>**Fishers, IN 46037** | | **-** | **9/27/1995**<br>**Current Member Refundable Initiation Fee** | | | | **10,000.00** |
| Account No. **S34**<br>**Mr. & Mrs. Bill Stuart**<br>**9168 Oak Knoll Lane**<br>**Fishers, IN 46037** | | **-** | **6/13/1996**<br>**Current Member Refundable Initiation Fee** | | | | **10,500.00** |
| Account No. **L44**<br>**Mr. & Mrs. Blake Lackey**<br>**10783 Pine Needle Court**<br>**Fishers, IN 46037** | | **-** | **4/1/2005**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |

Sheet no. **101** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **114,269.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E7**<br>**Mr. & Mrs. Bob Echols**<br>**HDGM Properties, LLC**<br>**10 West Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **9/1/2004**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **30,000.78** |
| Account No. **K53**<br>**Mr. & Mrs. Bob Kirch**<br>**11610 Diamond Pointe Court**<br>**Indianapolis, IN 46236** | | - | **5/29/2007**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **L2**<br>**Mr. & Mrs. Bob Luginbill**<br>**12047 Sail Place Drive**<br>**Indianapolis, IN 46256** | | - | **1/22/1992**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **24,885.75** |
| Account No. **R31**<br>**Mr. & Mrs. Bob Reif**<br>**10095 Chesapeake Drive**<br>**McCordsville, IN 46055** | | - | **5/26/2006**<br>**Current Member Refundable Initiation Fee** | | | | **15,450.00** |
| Account No. **B63**<br>**Mr. & Mrs. Brent Blanchard**<br>**12101 Talon Trace**<br>**Fishers, IN 46037** | | - | **7/22/2000**<br>**Current Member Refundable Initiation Fee** | | | | **28,333.00** |

Sheet no. **102** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **118,669.53**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **O23**<br>**Mr. & Mrs. Brent Oakley**<br>**10559 Saddlestone Drive**<br>**Fortville, IN 46040** | | - | **4/15/2010**<br>**Current Member Refundable Initiation Fee** | | | | **13,500.00** |
| Account No. **C27**<br>**Mr. & Mrs. Brian Cooke**<br>**13665 East 114th Street**<br>**Fishers, IN 46037** | | - | **9/2/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **11,402.00** |
| Account No. **C47**<br>**Mr. & Mrs. Brian Cranor**<br>**11092 Preservation Point**<br>**Fishers, IN 46037** | | - | **9/29/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **15,902.00** |
| Account No. **F30**<br>**Mr. & Mrs. Brian Fahle**<br>**11118 Bluebird Court**<br>**Fishers, IN 46037** | | - | **5/18/2006**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **H93**<br>**Mr. & Mrs. Brian Holmes**<br>**10582 Aeronca Lane**<br>**McCordsville, IN 46055** | | - | **3/25/2010**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |

Sheet no. **103** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **54,108.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **K55**<br>**Mr. & Mrs. Brian Kaner**<br>**11085 Preservation Point**<br>**Fishers, IN 46037** | | - | **7/15/2007**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **L29**<br>**Mr. & Mrs. Brian Latinovich**<br>**10594 Geist Road**<br>**Fishers, IN 46037** | | - | **4/1/1999**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **16,681.91** |
| Account No. **M88**<br>**Mr. & Mrs. Brian Mann**<br>**12283 Bridgewater Road**<br>**Indianapolis, IN 46256** | | - | **5/1/2007**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **M80**<br>**Mr. & Mrs. Brian McVeigh**<br>**12063 Proper Pass**<br>**Fishers, IN 46037** | | - | **6/8/2005**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |
| Account No. **R53**<br>**Mr. & Mrs. Brian Reeve**<br>**HDGM Capital Group, LLC**<br>**10 West Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **8/17/2009**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |

Sheet no. **104** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **53,083.91**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **U2**<br>**Mr. & Mrs. Brian Upchurch**<br>**12913 Water Ridge Drive**<br>**McCordsville, IN 46055** | | - | **4/21/2004**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **38,402.00** |
| Account No. **B114**<br>**Mr. & Mrs. Carl Brizzi**<br>**12409 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **6/11/2004**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **O19**<br>**Mr. & Mrs. Chad Owen**<br>**12077 Proper Pass**<br>**Fishers, IN 46037** | | - | **12/26/2006**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **46,461.00** |
| Account No. **W72**<br>**Mr. & Mrs. Chad White**<br>**11215 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **7/6/2012**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **D20**<br>**Mr. & Mrs. Chris Davis**<br>**9285 Bluestone Circle**<br>**Indianapolis, IN 46236** | | - | **3/24/1999**<br>**Current Member Refundable Initiation Fee** | | | | **14,500.00** |

Sheet no. **105** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **109,863.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M97**<br>**Mr. & Mrs. Chris Mauer**<br>**11005 Fairwoods Drive**<br>**Fishers, IN 46037** | | - | **7/2/2011**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **R8**<br>**Mr. & Mrs. Christopher Reid**<br>**10730 Chase Court**<br>**Fishers, IN 46037** | | - | **9/27/1995**<br>**Current Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **B27**<br>**Mr. & Mrs. Craig Bardach**<br>**11428 Woods Bay Lane**<br>**Indianapolis, IN 46236** | | - | **4/2/1997**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **26,150.00** |
| Account No. **F35**<br>**Mr. & Mrs. Dale Fazekas**<br>**474 Joy Circle**<br>**Marco Island, FL 34145** | | - | **5/31/2013**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **11,402.00** |
| Account No. **G99**<br>**Mr. & Mrs. Dale Harden**<br>**12077 Stern Drive**<br>**Indianapolis, IN 46256** | | - | **5/31/2011**<br>**Current Member Refundable Initiation Fee** | | | | **4,000.00** |

Sheet no. **106** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **73,052.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C20**<br>**Mr. & Mrs. Dan Chamberlain**<br>**10556 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **9/30/1995**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **27,495.00** |
| Account No. **H70**<br>**Mr. & Mrs. Dan Houk**<br>**10801 Club Point**<br>**Fishers, IN 46037** | | - | **4/12/2004**<br>**Current Member Refundable Initiation Fee** | | | | **40,500.00** |
| Account No. **H52**<br>**Mr. & Mrs. Dan Hutmacher**<br>**11225 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **3/25/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **46,921.00** |
| Account No. **S75**<br>**Mr. & Mrs. Dan Sink**<br>**10544 Chestnut Hill Court**<br>**Fishers, IN 46037** | | - | **1/20/2001**<br>**Current Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **P19**<br>**Mr. & Mrs. Dane Poteet**<br>**10989 Windjammer Court**<br>**Indianapolis, IN 46256** | | - | **4/1/2000**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **8,281.25** |

Sheet no. **107** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **139,197.25**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B19**<br>**Mr. & Mrs. Dave Bego**<br>**EMS**<br>**8071 Knue Road**<br>**Indianapolis, IN 46250** | | - | **10/19/1995**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **27,011.44** |
| Account No. **B89**<br>**Mr. & Mrs. Dave Boyd**<br>**10225 Summerlin Way**<br>**Fishers, IN 46037** | | - | **6/12/2006**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **21,402.00** |
| Account No. **F31**<br>**Mr. & Mrs. Dave Foellinger**<br>**11247 Odessa Circle**<br>**Fortville, IN 46040** | | - | **7/24/2007**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **B46**<br>**Mr. & Mrs. David Becker**<br>**16000 East 113th Street**<br>**Fortville, IN 46040** | | - | **5/1/1999**<br>**Current Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **B38**<br>**Mr. & Mrs. David Braden**<br>**Braden Business Systems**<br>**9430 Priority Way W. Drive**<br>**Indianapolis, IN 46240** | | - | **5/27/1998**<br>**Current Member Refundable Initiation Fee** | | | | **37,000.00** |

Sheet no. **108** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **143,413.44**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C70**<br>**Mr. & Mrs. David Childers**<br>**Braden Business Systems**<br>**9430 Priority Way W. Drive**<br>**Indianapolis, IN 46240** | | - | **6/25/2005**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **39,402.00** |
| Account No. **C67**<br>**Mr. & Mrs. David Cranor**<br>**11851 Edgefield Drive**<br>**Fishers, IN 46037** | | - | **11/20/2004**<br>**Current Member Refundable Initiation Fee** | | | | **12,000.00** |
| Account No. **D30**<br>**Mr. & Mrs. David Dutro**<br>**8621 Seaward Lane**<br>**Indianapolis, IN 46256** | | - | **4/30/2007**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **46,066.11** |
| Account No. **S30**<br>**Mr. & Mrs. David F. Short**<br>**11190 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **3/28/1996**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **19,315.83** |
| Account No. **L37**<br>**Mr. & Mrs. David Lewis**<br>**9029 Diamond Pointe Drive**<br>**Indianapolis, IN 46236** | | - | **10/31/2000**<br>**Current Member Refundable Initiation Fee** | | | | **16,000.00** |

Sheet no. **109** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **132,783.94**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M37**<br>**Mr. & Mrs. David Marsh**<br>**12837 Portage Way**<br>**Fishers, IN 46037** | | - | **5/18/2010**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **27,402.00** |
| Account No. **O14**<br>**Mr. & Mrs. David Olthoff**<br>**11180 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **4/25/2001**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **P13**<br>**Mr. & Mrs. David Petruzzi**<br>**12121 Talon Trace**<br>**Fishers, IN 46037** | | - | **2/16/2000**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **30,562.81** |
| Account No. **R32**<br>**Mr. & Mrs. David Rinas**<br>**10774 Club Chase**<br>**Fishers, IN 46037** | | - | **3/13/2010**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **45,105.77** |
| Account No. **C80**<br>**Mr. & Mrs. Dennis Casey**<br>**11261 Mirador Lane**<br>**Fishers, IN 46037** | | - | **12/18/2008**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **17,902.00** |

Sheet no. **110** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **128,374.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **T21**<br>**Mr. & Mrs. Dennis Thee**<br>**10 Ewing Place**<br>**Decatur, IL 62522** | | - | **11/20/2012**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **10,282.32** |
| Account No. **J19**<br>**Mr. & Mrs. Don Johnson**<br>**5868 Lake Kessler Court**<br>**Indianapolis, IN 46226** | | - | **9/30/1999**<br>**Current Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **K58**<br>**Mr. & Mrs. Doug Kistler**<br>**11395 Red Wing Court**<br>**Fishers, IN 46037** | | - | **10/31/2017**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **16,102.94** |
| Account No. **K28**<br>**Mr. & Mrs. Doug Klink**<br>**12461 Anchorage Way**<br>**Fishers, IN 46037** | | - | **6/11/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **15,902.00** |
| Account No. **R38**<br>**Mr. & Mrs. Dwight Rickert**<br>**12450 Petalon Trace**<br>**Fishers, IN 46037** | | - | **3/29/2003**<br>**Current Member Refundable Initiation Fee** | | | | **7,500.00** |

Sheet no. **111** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims    Subtotal (Total of this page) **87,787.26**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W57**<br>**Mr. & Mrs. Eric Welch**<br>**11221 Mirador Lane**<br>**Fishers, IN 46037** | | - | **7/24/2008**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **21,402.00** |
| Account No. **C43**<br>**Mr. & Mrs. Frank Crossland**<br>**9674 Decatur Drive**<br>**Indianapolis, IN 46256** | | - | **4/14/1999**<br>**Current Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **C21**<br>**Mr. & Mrs. Fred Caito**<br>**265 Breakwater Drive**<br>**Fishers, IN 46037** | | - | **10/9/1995**<br>**Current Member Refundable Initiation Fee & 2014-2015 Prepaid Dues** | | | | **30,499.00** |
| Account No. **H63**<br>**Mr. & Mrs. Fred Hanuschek**<br>**CTI Group Holdings, Inc**<br>**333 North Alabama Street, Suite 240**<br>**Indianapolis, IN 46204** | | - | **5/31/2002**<br>**Current Member Refundable Initiation Fee** | | | | **46,000.00** |
| Account No. **L46**<br>**Mr. & Mrs. Fred Laughlin**<br>**11201 Mirador Lane**<br>**Fishers, IN 46037** | | - | **9/22/2005**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |

Sheet no. **112** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **132,401.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **R26**<br>**Mr. & Mrs. Fred Ruebeck**<br>**10954 Windjammer North**<br>**Indianapolis, IN 46256** | | - | **8/26/2000**<br>**Current Member Refundable Initiation Fee & 2014 Prepaid Dues & 2014 Food Minimum** | | | | **19,146.00** |
| Account No. **H83**<br>**Mr. & Mrs. Gary Hilderbrand**<br>**11241 Mirador Lane**<br>**Fishers, IN 46037** | | - | **6/2/2006**<br>**Current Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **W28**<br>**Mr. & Mrs. Gary Warstler**<br>**11711 Landings Drive**<br>**Indianapolis, IN 46256** | | - | **7/10/2008**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **B80**<br>**Mr. & Mrs. Gerald Berg**<br>**11063 Preservation Point**<br>**Fishers, IN 46037** | | - | **8/13/2003**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **40,553.79** |
| Account No. **C62**<br>**Mr. & Mrs. Greg Clancy**<br>**12839 Portage Way**<br>**Fishers, IN 46037** | | - | **3/29/2003**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |

Sheet no. **113** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **95,601.79**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C55**<br>**Mr. & Mrs. Greg Conger**<br>**12114 Rangeview Court**<br>**Fishers, IN 46037** | | - | **2/28/2001**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **G25**<br>**Mr. & Mrs. Gregg Gallant**<br>**11336 Turn Leaf Circle**<br>**Fishers, IN 46037** | | - | **10/31/2000**<br>**Current Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **W27**<br>**Mr. & Mrs. Hanley Wheeler**<br>**10706 Club Chase**<br>**Fishers, IN 46037** | | - | **5/29/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **39,593.49** |
| Account No. **G1**<br>**Mr. & Mrs. Harold Garrison**<br>**HDGM Group**<br>**10 West Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **10/1/1991**<br>**Current Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **C16**<br>**Mr. & Mrs. J. Jeffrey Castell**<br>**12050 Landover Lane**<br>**Fishers, IN 46037** | | - | **4/14/1995**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **21,616.31** |

Sheet no. **114** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **124,209.80**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E19**<br>**Mr. & Mrs. Jack Eakins**<br>**12308 Wayside Road**<br>**Indianapolis, IN 46256** | | - | **12/1/2000**<br>**Current Member Refundable Initiation Fee** | | | | **16,391.00** |
| Account No. **L48**<br>**Mr. & Mrs. Jack Larch**<br>**10496 Doral Circle**<br>**Fishers, IN 46037** | | - | **5/30/2007**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **M1**<br>**Mr. & Mrs. Jack Mahoney**<br>**Gregory & Appel**<br>**1402 North Capital, Suite 400**<br>**Indianapolis, IN 46202** | | - | **8/5/1991**<br>**Current Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **D29**<br>**Mr. & Mrs. James Davis**<br>**12408 Bittern Circle**<br>**Fishers, IN 46037** | | - | **3/24/2004**<br>**Current Member Refundable Initiation Fee** | | | | **11,814.00** |
| Account No. **D27**<br>**Mr. & Mrs. James Duncan**<br>**12148 Rangeview Court**<br>**Fishers, IN 46037** | | - | **3/24/2003**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **40,967.57** |

Sheet no. **115** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **102,172.57**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **K54**<br>**Mr. & Mrs. James Keough**<br>**7764 Prairie View Drive**<br>**Indianapolis, IN 46256** | | - | **6/29/2007**<br>**Current Member Refundable Initiation Fee** | | | | **2,146.00** |
| Account No. **L28**<br>**Mr. & Mrs. James Larimore**<br>**10822 Turne Grove**<br>**Fishers, IN 46037** | | - | **6/18/1995**<br>**Current Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **P1**<br>**Mr. & Mrs. James Peterson**<br>**11827 Sea Star Drive**<br>**Indianapolis, IN 46256** | | - | **1/3/1992**<br>**Current Member Refundable Initiation Fee & 2014-2018 Prepaid Dues** | | | | **54,015.00** |
| Account No. **P29**<br>**Mr. & Mrs. James Poore**<br>**12115 Rangeview Court**<br>**Fishers, IN 46037** | | - | **6/4/2009**<br>**Current Member Refundable Initiation Fee** | | | | **17,500.00** |
| Account No. **L52**<br>**Mr. & Mrs. Jason Llewellyn**<br>**14254 Keyes Port Landing**<br>**Fortville, IN 46040** | | - | **8/13/2009**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **13,725.00** |

Sheet no. **116** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **92,386.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W59**<br>**Mr. & Mrs. Jason Williams**<br>**11104 Blue Bird Court**<br>**Fishers, IN 46037** | | - | **7/19/2007**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **B36**<br>**Mr. & Mrs. Jeff Brisben**<br>**10622 Key Court**<br>**Fortville, IN 46040** | | - | **4/18/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **31,402.00** |
| Account No. **G49**<br>**Mr. & Mrs. Jeff Griman**<br>**Fifth Third Bank**<br>**251 N. Illinois Street, Suite 1000**<br>**Indianapolis, IN 46204** | | - | **9/1/1993**<br>**Current Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **S69**<br>**Mr. & Mrs. Jeff Sturgis**<br>**6944 Riverside Way**<br>**Fishers, IN 46037** | | - | **9/13/2000**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **W36**<br>**Mr. & Mrs. Jeff Wilkinson**<br>**10536 Chestnut Hill Court**<br>**Fishers, IN 46037** | | - | **4/28/2000**<br>**Current Member Refundable Initiation Fee** | | | | **17,402.00** |

Sheet no. **117** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **86,304.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M90**<br>**Mr. & Mrs. Jeffrey MacDonald**<br>**9941 Fall Creek Road**<br>**Indianapolis, IN 46256** | | - | **8/15/2008**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **17,402.00** |
| Account No. **S79**<br>**Mr. & Mrs. Jeffrey Schwarz**<br>**10750 Brooks School Road**<br>**Fishers, IN 46037** | | - | **7/2/2002**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **45,000.65** |
| Account No. **R12**<br>**Mr. & Mrs. Jerry Roszkowski**<br>**13368 Marjac Way**<br>**McCordsville, IN 46055** | | - | **5/26/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **31,402.70** |
| Account No. **D33**<br>**Mr. & Mrs. Jim DeVoe**<br>**12128 Rangeview Court**<br>**Fishers, IN 46037** | | - | **5/16/2009**<br>**Current Member Refundable Initiation Fee** | | | | **17,500.00** |
| Account No. **L9**<br>**Mr. & Mrs. Jim Lines**<br>**10508 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **3/17/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **11,402.00** |

Sheet no. **118** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **122,707.35**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **R45**<br>**Mr. & Mrs. Jim Ratliff**<br>**11999 Talnuck Circle**<br>**Fishers, IN 46037** | | - | **4/12/2006**<br>**Current Member Refundable Initiation Fee & 2014-2020 Prepaid Dues & 2014 Food Minimum & Store Credit** | | | | **99,384.13** |
| Account No. **B50**<br>**Mr. & Mrs. Joe Bielawski**<br>**11080 Preservation Point**<br>**Fishers, IN 46037** | | - | **6/26/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **39,497.00** |
| Account No. **F34**<br>**Mr. & Mrs. Joe Fisher**<br>**11245 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **3/10/2012**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **F21**<br>**Mr. & Mrs. Joe Ford**<br>**12209 Island Drive**<br>**Indianapolis, IN 46256** | | - | **5/12/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **21,402.00** |
| Account No. **H55**<br>**Mr. & Mrs. Joe Huffine**<br>**9044 Bay Breeze Court**<br>**Indianapolis, IN 46236** | | - | **11/1/2000**<br>**Current Member Refundable Initiation Fee** | | | | **23,815.00** |

Sheet no. **119** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **188,598.13**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **K51**<br>**Mr. & Mrs. Joe Kostoff**<br>**10901 Three Hundred Yard Dr.**<br>**Fishers, IN 46037** | | - | **5/16/2006**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **25,451.41** |
| Account No. **P14**<br>**Mr. & Mrs. Joe Pearson**<br>**11051 Preservation Point**<br>**Fishers, IN 46037** | | - | **6/28/2000**<br>**Current Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **V7**<br>**Mr. & Mrs. Joe Vaal**<br>**12425 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **6/6/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **15,902.00** |
| Account No. **B104**<br>**Mr. & Mrs. John Bielefeld**<br>**11423 Merlin Court**<br>**Fishers, IN 46037** | | - | **5/29/2010**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **17,691.80** |
| Account No. **C1**<br>**Mr. & Mrs. John Cooke**<br>**10768 Club Chase**<br>**Fishers, IN 46037** | | - | **11/20/1991**<br>**Current Member Refundable Initiation Fee** | | | | **24,000.00** |

Sheet no. **120** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **121,045.21**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E30**<br>**Mr. & Mrs. John Edgeworth**<br>**3544 Saddlebrook Lane**<br>**Bloomington, IN 47401** | | - | **4/12/2010**<br>**Current Member Refundable Initiation Fee** | | | | **4,000.00** |
| Account No. **G45**<br>**Mr. & Mrs. John Gurchiek**<br>**10817 Turne Grove**<br>**Fishers, IN 46037** | | - | **5/30/2010**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **H30**<br>**Mr. & Mrs. John Hiatt**<br>**10548 Chestnut Hills**<br>**Fishers, IN 46037** | | - | **6/13/1997**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **33,402.00** |
| Account No. **L16**<br>**Mr. & Mrs. John Lacy**<br>**150 Breakwater**<br>**Fishers, IN 46037** | | - | **1/11/1995**<br>**Current Member Refundable Initiation Fee & 2014-2021 Prepaid Dues & 2014 Food Minimum & Unsecured Promissory Note** | | | | **105,346.00** |
| Account No. **M68**<br>**Mr. & Mrs. John Miller**<br>**13003 Water Ridge Drive**<br>**McCordsville, IN 46055** | | - | **3/21/2002**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |

Sheet no. **121** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **167,248.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S82**<br>**Mr. & Mrs. John Sawchak**<br>**11512 Glen Ridge Circle**<br>**Fishers, IN 46037** | | - | **4/16/2003**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **16,283.30** |
| Account No. **V13**<br>**Mr. & Mrs. John Vandenbark**<br>**13011 Water Ridge Drive**<br>**McCordsville, IN 46055** | | - | **3/22/2007**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |
| Account No. **W14**<br>**Mr. & Mrs. John Watts**<br>**12343 Ostara Court**<br>**Fishers, IN 46037** | | - | **10/18/1995**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & 2014 Food Minimum & Store Credit** | | | | **29,869.00** |
| Account No. **T13**<br>**Mr. & Mrs. Jon Town**<br>**460 Breakwater**<br>**Fishers, IN 46037** | | - | **4/1/1999**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **30,095.90** |
| Account No. **H79**<br>**Mr. & Mrs. Jonathan Hardy**<br>**12472 Ostara Court**<br>**Fishers, IN 46037** | | - | **5/12/2005**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |

Sheet no. **122** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **86,650.20**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C77**<br>**Mr. & Mrs. Joseph Caito**<br>**9228 Diamond Pointe Drive**<br>**Indianapolis, IN 46236** | | - | **2/11/2008**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **4,614.00** |
| Account No. **L39**<br>**Mr. & Mrs. Joseph Lazewski**<br>**11405 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **4/15/2003**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **40,602.76** |
| Account No. **O22**<br>**Mr. & Mrs. Joseph Olexa**<br>**11454 Loch Raven Blvd**<br>**Fishers, IN 46037** | | - | **4/16/2008**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **G37**<br>**Mr. & Mrs. Josh Greene**<br>**13648 Fairwood Drive**<br>**McCordsville, IN 46055** | | - | **5/18/2007**<br>**Current Member Refundable Initiation Fee** | | | | **11,000.00** |
| Account No. **G40**<br>**Mr. & Mrs. Justin Goheen**<br>**14941 Silent Bluff Court**<br>**Fishers, IN 46037** | | - | **4/15/2008**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **16,150.00** |

Sheet no. **123** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **79,768.76**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B33**<br>**Mr. & Mrs. Keith Bowman**<br>**10638 Thorny Ridge Trace**<br>**Fishers, IN 46037** | | - | **2/6/1998**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **24,339.37** |
| Account No. **B68**<br>**Mr. & Mrs. Kevin Broderick**<br>**13264 Talon Crest Drive**<br>**Fishers, IN 46037** | | - | **9/29/2001**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **46,402.00** |
| Account No. **C32**<br>**Mr. & Mrs. Kevin Cook**<br>**11444 Merlin Court**<br>**Fishers, IN 46037** | | - | **5/13/1995**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **4,902.00** |
| Account No. **C17**<br>**Mr. & Mrs. Kevin Crowe**<br>**9254 Bluestone Circle**<br>**Indianapolis, IN 46236** | | - | **5/8/1995**<br>**Current Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **K49**<br>**Mr. & Mrs. Kevin Keeley**<br>**OutoKumpu Stainless Inc.**<br>**549 W. Street, Road 38**<br>**New Castle, IN 47362** | | - | **5/16/2005**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **39,402.00** |

Sheet no. **124** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **142,045.37**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H20**<br>**Mr. & Mrs. Kit Hansard**<br>**13931 Tamara Trace**<br>**Fishers, IN 46038** | | - | **3/30/1996**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **25,821.34** |
| Account No. **R236**<br>**Mr. & Mrs. Kurt Rich**<br>**11337 Talon Trace**<br>**Fishers, IN 46037** | | - | **5/30/2002**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **R33**<br>**Mr. & Mrs. Larry Ross**<br>**10634 Thorny Ridge Trace**<br>**Fishers, IN 46037** | | - | **4/25/2001**<br>**Current Member Refundable Initiation Fee** | | | | **3,000.00** |
| Account No. **C75**<br>**Mr. & Mrs. Lyn Condict**<br>**10991 Windermere Boulevard**<br>**Fishers, IN 46037** | | - | **7/17/2007**<br>**Current Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **B47**<br>**Mr. & Mrs. Mark Braden**<br>**12485 Petalon Trace**<br>**Fishers, IN 46037** | | - | **5/27/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **15,902.00** |

Sheet no. **125** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **76,125.34**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **D26**<br>**Mr. & Mrs. Mark Dall**<br>**11051 Mirador Lane**<br>**Fishers, IN 46037** | | - | **5/22/2002**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **21,402.00** |
| Account No. **L36**<br>**Mr. & Mrs. Mark Lofton**<br>**11552 Ardsley Circle**<br>**Fishers, IN 46037** | | - | **9/27/2000**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **14,426.00** |
| Account No. **M65**<br>**Mr. & Mrs. Mark Makara**<br>**12415 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **5/31/2001**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **R27**<br>**Mr. & Mrs. Mark Ruth**<br>**13010 Shoreline Blvd.**<br>**McCordsville, IN 46055** | | - | **9/2/2000**<br>**Current Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **S117**<br>**Mr. & Mrs. Mark Susemichel**<br>**HDGM Capital Group, LLC**<br>**10 West Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **7/6/2006**<br>**Current Member Refundable Initiation Fee** | | | | **26,000.00** |

Sheet no. **126** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **83,828.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor          Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **V11**<br>**Mr. & Mrs. Mark Vyain**<br>**12427 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **5/23/2003**<br>**Current Member Refundable Initiation Fee** | | | | **15,500.00** |
| Account No. **B84**<br>**Mr. & Mrs. Marvin Brown**<br>**10711 Club Chase**<br>**Fishers, IN 46037** | | - | **11/30/2005**<br>**Current Member Refundable Initiation Fee & 2014-2015 Prepaid Dues & 2014 Food Minimum** | | | | **13,612.00** |
| Account No. **O10**<br>**Mr. & Mrs. Matt Ontiveros**<br>**Group O**<br>**4905 77th Avenue**<br>**Milan, IL 61264** | | - | **7/11/1998**<br>**Current Member Refundable Initiation Fee** | | | | **29,512.00** |
| Account No. **T11**<br>**Mr. & Mrs. Matt Tully**<br>**11356 Turn Leaf Circle**<br>**Fishers, IN 46037** | | - | **8/20/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **37,402.00** |
| Account No. **B57**<br>**Mr. & Mrs. Michael Berghoff**<br>**9112 Walnut Grove Drive**<br>**Indianapolis, IN 46236** | | - | **3/22/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **39,402.00** |

Sheet no. **127** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **135,428.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C81**<br>**Mr. & Mrs. Michael Crest**<br>**11383 Redwing Court**<br>**Fishers, IN 46037** | | - | **10/23/2009**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |
| Account No. **C23**<br>**Mr. & Mrs. Michael Curry**<br>**10673 Red Berry Court**<br>**Fishers, IN 46037** | | - | **3/16/1996**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **27,040.00** |
| Account No. **E21**<br>**Mr. & Mrs. Michael Ehrlichman**<br>**12989 Minden Drive**<br>**Fishers, IN 46037** | | - | **8/11/2009**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **G26**<br>**Mr. & Mrs. Michael Gottschlich**<br>**11052 Preservation Point**<br>**Fishers, IN 46037** | | - | **9/29/2001**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **21,402.00** |
| Account No. **J23**<br>**Mr. & Mrs. Michael Jones**<br>**12472 Anchorage Way**<br>**Fishers, IN 46037** | | - | **6/22/2002**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **45,511.00** |

Sheet no. **128** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **104,355.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **J16**<br>**Mr. & Mrs. Michael Joseph**<br>**11365 Talnuck Circle**<br>**Fishers, IN 46037** | | - | **7/10/1995**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **M67**<br>**Mr. & Mrs. Michael Mathioudakis**<br>**12030 Landover Lane**<br>**Fishers, IN 46037** | | - | **6/17/2001**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **4,402.00** |
| Account No. **O9**<br>**Mr. & Mrs. Michael Osborne**<br>**604 Tamenend Court**<br>**Fishers, IN 46037** | | - | **7/1/1998**<br>**Current Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **W51**<br>**Mr. & Mrs. Michael Webster**<br>**ManWeb Services**<br>**11800 Exit 5 Parkway, Suite 106**<br>**Fishers, IN 46037** | | - | **6/9/2004**<br>**Current Member Refundable Initiation Fee** | | | | **31,331.00** |
| Account No. **W21**<br>**Mr. & Mrs. Michael Williams**<br>**12206 Island Drive**<br>**Indianapolis, IN 46256** | | - | **7/16/1997**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **32,150.00** |

Sheet no. **129** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **78,883.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B1**<br>**Mr. & Mrs. Mike Blakley**<br>**10905 Three Hundred Yard Dr.**<br>**Fishers, IN 46037** | | - | **11/1/1991**<br>**Current Member Refundable Initiation Fee** | | | | **3,500.00** |
| Account No. **F25**<br>**Mr. & Mrs. Mike Fitzgerald**<br>**11370 Redwing Court**<br>**Fishers, IN 46037** | | - | **4/16/2003**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **16,977.00** |
| Account No. **K57**<br>**Mr. & Mrs. Mike Kleine**<br>**10623 Thorny Ridge Trace**<br>**Fishers, IN 46037** | | - | **7/8/2008**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **L50**<br>**Mr. & Mrs. Mike Lee**<br>**Katz, Sapper & Miller, LLP**<br>**800 E. 96th Street, Suite 500**<br>**Indianapolis, IN 46240** | | - | **8/5/1994**<br>**Current Member Refundable Initiation Fee** | | | | **28,000.00** |
| Account No. **W73**<br>**Mr. & Mrs. Nick Weybright**<br>**Weybright Companies**<br>**10711 America Way, Suite 200**<br>**Fishers, IN 46038** | | - | **9/29/2012**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |

Sheet no. **130** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **58,977.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B42**<br>**Mr. & Mrs. Norm Bristley**<br>**22025 Natures Cove Court**<br>**Estero, FL 33928** | | - | **7/26/2013**<br>**Current Member Refundable Initiation Fee** | | | | **10,000.00** |
| Account No. **K14**<br>**Mr. & Mrs. Pat Kiely**<br>**9134 Bay Port Circle**<br>**Indianapolis, IN 46236** | | - | **3/6/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **28,402.00** |
| Account No. **C30**<br>**Mr. & Mrs. Patrick F. Carr**<br>**9088 Nautical Watch Drive**<br>**Indianapolis, IN 46236** | | - | **12/23/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **28,402.00** |
| Account No. **B82**<br>**Mr. & Mrs. Paul Beckwith**<br>**485 Breakwater Drive**<br>**Fishers, IN 46037** | | - | **6/25/2005**<br>**Current Member Refundable Initiation Fee** | | | | **16,925.00** |
| Account No. **B40**<br>**Mr. & Mrs. Paul Benjamin**<br>**9729 Oakhaven Court**<br>**Indianapolis, IN 46256** | | - | **4/1/1999**<br>**Current Member Refundable Initiation Fee** | | | | **1,296.00** |

Sheet no. **131** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **85,025.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H39**<br>**Mr. & Mrs. Peter Hunzicker**<br>**11719 Landings Drive**<br>**Indianapolis, IN 46256** | | - | **12/3/1998**<br>**Current Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **Q2**<br>**Mr. & Mrs. Peter Quinn**<br>**12059 Admirals Pointe Circle**<br>**Indianapolis, IN 46236** | | - | **12/2/1998**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **45,772.44** |
| Account No. **C7**<br>**Mr. & Mrs. Randy Craig**<br>**10550 Chestnut Hill Court**<br>**Fishers, IN 46037** | | - | **7/19/1992**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **4,902.00** |
| Account No. **W68**<br>**Mr. & Mrs. Randy Worzala**<br>**11385 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **7/2/2011**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **14,902.00** |
| Account No. **B12**<br>**Mr. & Mrs. Rich Block**<br>**12241 Talon Trace**<br>**Fishers, IN 46037** | | - | **8/1/1994**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **34,065.00** |

Sheet no. **132** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **104,641.44**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B13**<br>**Mr. & Mrs. Richard Boyd**<br>**10437 Starboard Way**<br>**Indianapolis, IN 46256** | | - | **4/21/1995**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **27,015.00** |
| Account No. **B24**<br>**Mr. & Mrs. Rick A. Brown**<br>**9950 Springstone Road**<br>**McCordsville, IN 46055** | | - | **10/7/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **31,402.00** |
| Account No. **C68**<br>**Mr. & Mrs. Rob Cook**<br>**12012 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **4/1/2005**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **45,051.00** |
| Account No. **R44**<br>**Mr. & Mrs. Robert Reed**<br>**12240 Talon Trace**<br>**Fishers, IN 46037** | | - | **11/16/2005**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **21,403.06** |
| Account No. **S101**<br>**Mr. & Mrs. Robert Schena**<br>**12141 Talon Trace**<br>**Fishers, IN 46037** | | - | **6/24/2006**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |

Sheet no. **133** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **130,773.06**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W52**<br>**Mr. & Mrs. Robert Woodard**<br>**10533 Greenway Drive**<br>**Fishers, IN 46037** | | **-** | **6/8/2005**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **L30**<br>**Mr. & Mrs. Russ Louderback**<br>**11465 Merlin Court**<br>**Fishers, IN 46037** | | **-** | **5/28/1999**<br>**Current Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **B108**<br>**Mr. & Mrs. Ryan Brindley**<br>**11860 Gatwick View Drive**<br>**Fishers, IN 46037** | | **-** | **6/15/2011**<br>**Current Member Refundable Initiation Fee** | | | | **1,260.00** |
| Account No. **G44**<br>**Mr. & Mrs. Ryan Grace**<br>**14710 Thor Run Drive**<br>**Fortville, IN 46040** | | **-** | **4/26/2010**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **13,830.00** |
| Account No. **H68**<br>**Mr. & Mrs. Ryan Haas**<br>**12310 Petalon Trace**<br>**Fishers, IN 46037** | | **-** | **6/26/2003**<br>**Current Member Refundable Initiation Fee** | | | | **36,120.00** |

Sheet no. **134** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **89,710.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mr. & Mrs. Scott Hines<br>12033 Hawthorn Ridge<br>Fishers, IN 46037** | | - | **Current Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **M43**<br><br>**Mr. & Mrs. Scott McKain<br>12002 Hawthorn Ridge<br>Fishers, IN 46037** | | - | **3/31/2006<br>Current Member Refundable Initiation Fee** | | | | **36,000.00** |
| Account No. **R24**<br><br>**Mr. & Mrs. Scott Reed<br>11277 Talon Trace<br>Fishers, IN 46037** | | - | **4/7/2000<br>Current Member Refundable Initiation Fee & Store Credit** | | | | **34,000.39** |
| Account No. **S112**<br><br>**Mr. & Mrs. Scott Schuster<br>Perkins Companies<br>11655 Approach Boulevard<br>Fishers, IN 46037** | | - | **10/22/2008<br>Current Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **W58**<br><br>**Mr. & Mrs. Scott Whitaker<br>P.O. Box 806<br>Eminence, IN 46125** | | - | **7/11/2007<br>Current Member Refundable Initiation Fee** | | | | **7,565.00** |

Sheet no. **135** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **135,565.39**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W25**<br>**Mr. & Mrs. Scott Wolfrum**<br>**12195 Island Drive**<br>**Indianapolis, IN 46256** | | **-** | **10/25/2005**<br>**Current Member Refundable Initiation Fee** | | | | **15,500.00** |
| Account No. **L57**<br>**Mr. & Mrs. Sean Leonard**<br>**10697 Evergreen Point**<br>**Fishers, IN 46037** | | **-** | **8/20/2010**<br>**Current Member Refundable Initiation Fee** | | | | **14,000.00** |
| Account No. **F14**<br>**Mr. & Mrs. Stephen Farber**<br>**10810 Club Point**<br>**Fishers, IN 46037** | | **-** | **5/19/1992**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **36,000.91** |
| Account No. **P10**<br>**Mr. & Mrs. Stephen Peters**<br>**10798 Club Chase**<br>**Fishers, IN 46037** | | **-** | **1/12/1996**<br>**Current Member Refundable Initiation Fee** | | | | **25,000.00** |
| Account No. **G21**<br>**Mr. & Mrs. Steve Goddard**<br>**391 Breakwater Drive**<br>**Fishers, IN 46037** | | **-** | **11/27/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **26,013.96** |

Sheet no. **136** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **116,514.87**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **I4**<br>**Mr. & Mrs. Steve Iden**<br>**12421 Anchorage Way**<br>**Fishers, IN 46037** | | **-** | **4/18/1998**<br>**Current Member Refundable Initiation Fee** | | | | **13,902.00** |
| Account No. **R29**<br>**Mr. & Mrs. Steve Risley**<br>**10701 Club Chase**<br>**Fishers, IN 46037** | | **-** | **10/26/2000**<br>**Current Member Refundable Initiation Fee** | | | | **37,512.00** |
| Account No. **C76**<br>**Mr. & Mrs. Steven Cohen**<br>**11380 Merlin Court**<br>**Fishers, IN 46037** | | **-** | **8/1/2007**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |
| Account No. **S51**<br>**Mr. & Mrs. Steven Schenck**<br>**11289 Proper Pass**<br>**Fishers, IN 46037** | | **-** | **2/20/1999**<br>**Current Member Refundable Initiation Fee** | | | | **10,292.00** |
| Account No. **B21**<br>**Mr. & Mrs. Terry J. Beyl**<br>**9922 Logan Lane**<br>**Fishers, IN 46037** | | **-** | **4/1/1996**<br>**Current Member Refundable Initiation Fee** | | | | **27,000.00** |

Sheet no. **137** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **94,608.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **G22**<br>**Mr. & Mrs. Thomas Grant**<br>**10825 Club Point**<br>**Fishers, IN 46037** | | - | **5/7/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **46,402.00** |
| Account No. **H58**<br>**Mr. & Mrs. Thomas Hotwagner**<br>**12325 Bayside Court**<br>**Indianapolis, IN 46256** | | - | **4/12/2001**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **21,402.00** |
| Account No. **D37**<br>**Mr. & Mrs. Tim DeFrench**<br>**12040 Landover Lane**<br>**Fishers, IN 46037** | | - | **6/7/2010**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **D36**<br>**Mr. & Mrs. Tim Donnar**<br>**10157 Hickory Ridge Drive**<br>**Zionsville, IN 46077** | | - | **1/31/2010**<br>**Current Member Refundable Initiation Fee** | | | | **11,824.00** |
| Account No. **M81**<br>**Mr. & Mrs. Tim Masheck**<br>**11939 Talnuck Circle**<br>**Fishers, IN 46037** | | - | **9/9/2005**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |

Sheet no. **138** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **104,128.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W75**<br>**Mr. & Mrs. Tim White**<br>**12178 Steepleview Court**<br>**Fishers, IN 46037** | | - | **7/18/2013**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |
| Account No. **H14**<br>**Mr. & Mrs. Timothy Holihen**<br>**7619 Timber Springs Drive S.**<br>**Fishers, IN 46038** | | - | **8/21/1994**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **28,402.00** |
| Account No. **O17**<br>**Mr. & Mrs. Timothy Ochs**<br>**12338 Sanderling Trace**<br>**Fishers, IN 46037** | | - | **10/13/2004**<br>**Current Member Refundable Initiation Fee & 2014-2018 Prepaid Dues** | | | | **36,324.00** |
| Account No. **G14**<br>**Mr. & Mrs. Todd Garey**<br>**9062 Bay Breeze Court**<br>**Indianapolis, IN 46236** | | - | **8/29/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **31,402.00** |
| Account No. **H72**<br>**Mr. & Mrs. Todd Halkyard**<br>**10756 Club Chase**<br>**Fishers, IN 46037** | | - | **5/11/2004**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,152.00** |

Sheet no. **139** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **107,182.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W64**<br>**Mr. & Mrs. Todd Widdis**<br>**12514 Anchorage Way**<br>**Fishers, IN 46037** | | - | **6/5/2009**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |
| Account No. **A11**<br>**Mr. & Mrs. Tom Assalley**<br>**11335 Talnuck Circle**<br>**Fishers, IN 46037** | | - | **10/29/2001**<br>**Current Member Refundable Initiation Fee** | | | | **16,454.00** |
| Account No. **D7**<br>**Mr. & Mrs. Tom Dyer**<br>**11732 Landings Drive**<br>**Indianapolis, IN 46256** | | - | **4/20/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **35,402.00** |
| Account No. **J24**<br>**Mr. & Mrs. Tom Jolly**<br>**11513 E. 116th Street**<br>**Fishers, IN 46037** | | - | **7/9/2005**<br>**Current Member Refundable Initiation Fee** | | | | **45,000.00** |
| Account No. **O2**<br>**Mr. & Mrs. Tom O Neil**<br>**11635 Old Stone Drive**<br>**Indianapolis, IN 46236** | | - | **7/22/1992**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **25,402.00** |

Sheet no. **140** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **128,160.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E25**<br>**Mr. & Mrs. Tony Ezell**<br>**10722 Club Chase**<br>**Fishers, IN 46037** | | - | **10/18/2005**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **W35**<br>**Mr. & Mrs. Tony Watt**<br>**16163 Oakford Trail**<br>**Fishers, IN 46037** | | - | **3/8/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **39,442.00** |
| Account No. **N8**<br>**Mr. & Mrs. Walter Niemczura**<br>**12601 Bay Run Circle**<br>**Indianapolis, IN 46236** | | - | **10/1/2000**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **16,444.47** |
| Account No. **B60**<br>**Mr. & Mrs. Wes Bagnell**<br>**12080 Landover Lane**<br>**Fishers, IN 46037** | | - | **4/26/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **39,412.00** |
| Account No. **F19**<br>**Mr. & Mrs. William French**<br>**10968 Windjammer S. Drive**<br>**Indianapolis, IN 46256** | | - | **6/17/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **16,052.00** |

Sheet no. **141** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **115,850.47**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B73**<br>**Mr. & Mrs. Zachary Buhner**<br>**12385 Petalon Trace**<br>**Fishers, IN 46037** | | - | **6/15/2002**<br>**Current Member Refundable Initiation Fee** | | | | **11,044.00** |
| Account No. **W53**<br>**Mr. A.B. & Dr. Nini Webb**<br>**16179 Oliver Street**<br>**Fishers, IN 46037** | | - | **6/11/1992**<br>**Current Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **C59**<br>**Mr. Andy Card & Marti Hankins**<br>**Perkins Companies**<br>**9748 Lantern Road**<br>**Fishers, IN 46037** | | - | **7/1/2002**<br>**Current Member Refundable Initiation Fee** | | | | **23,843.00** |
| Account No. **B20**<br>**Mr. Art Bone**<br>**12182 Talon Trace**<br>**Fishers, IN 46037** | | - | **12/27/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **25,557.48** |
| Account No. **T30**<br>**Mr. Daniel Toombs & Jacqueline Burkholde**<br>**11097 Preservation Point**<br>**Fishers, IN 46037** | | - | **6/1/2004**<br>**Current Member Refundable Initiation Fee** | | | | **45,000.00** |

Sheet no. **142** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **129,444.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M31**<br>**Mr. Dave McDowell**<br>**Techlite Corp**<br>**7718 Loma Court**<br>**Fishers, IN 46038** | | - | **4/4/1996**<br>**Current Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **H82**<br>**Mr. David Hajek & Dr. Lorie Brinson**<br>**11979 Talnuck Circle**<br>**Fishers, IN 46037** | | - | **4/20/2006**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **19,340.00** |
| Account No. **S22**<br>**Mr. Doug & Dr. Sunali Sweet**<br>**12129 Rangeview Court**<br>**Fishers, IN 46037** | | - | **12/9/1994**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **21,402.00** |
| Account No. **C8**<br>**Mr. Ebe Cotton**<br>**13021 Duval Drive**<br>**Fishers, IN 46037** | | - | **5/10/2012**<br>**Current Member Refundable Initiation Fee** | | | | **17,752.00** |
| Account No. **M38**<br>**Mr. Edward McClure**<br>**10964 Lake Front Drive**<br>**Indianapolis, IN 46236** | | - | **8/20/1998**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **6,402.00** |

Sheet no. **143** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **91,896.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E10**<br>**Mr. Gary Eyler**<br>**35 Ventana Canyon Drive**<br>**Las Vegas, NV 89113** | | - | **11/11/1994**<br>**Current Member Refundable Initiation Fee** | | | | **24,500.00** |
| Account No. **B62**<br>**Mr. Grant Block**<br>**13680 Fairwood Drive**<br>**McCordsville, IN 46055** | | - | **7/8/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **35,242.00** |
| Account No. **S88**<br>**Mr. Gregory Shaheen**<br>**12352 Sanderling Trace**<br>**Fishers, IN 46037** | | - | **6/17/2003**<br>**Current Member Refundable Initiation Fee** | | | | **15,500.00** |
| Account No. **M79**<br>**Mr. Jeffrey Myers**<br>**1642 North New Jersey**<br>**Indianapolis, IN 46202** | | - | **7/21/2004**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |
| Account No. **M64**<br>**Mr. Jerry & Dr. Margaret Miser**<br>**12311 Wayside Road**<br>**Indianapolis, IN 46256** | | - | **5/10/2001**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |

Sheet no. **144** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **101,144.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N9**<br>**Mr. Jim Nelson & Lisa Schneider Nelson**<br>**12053 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **4/27/2002**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **S106**<br>**Mr. John & Dr. Jill Stollmeyer**<br>**11313 Governors Lane**<br>**Fishers, IN 46037** | | - | **5/6/2004**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **20,020.00** |
| Account No. **L13**<br>**Mr. John Milam & Julianne Lis Milam**<br>**11722 Landings Drive**<br>**Indianapolis, IN 46256** | | - | **8/31/1994**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **11,402.00** |
| Account No. **W29**<br>**Mr. Justin Whelan III**<br>**12310 Bridgewater Road**<br>**Indianapolis, IN 46256** | | - | **2/20/1999**<br>**Current Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **W53**<br>**Mr. Ken Woods & Jennifer Vasilchek**<br>**Braden Business Systems**<br>**9430 Priority Way W. Drive**<br>**Indianapolis, IN 46240** | | - | **6/25/2005**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **26,337.42** |

Sheet no. **145** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **79,759.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B92**<br>**Mr. L.H. Bond**<br>**13511 East 114th Street**<br>**Fishers, IN 46037** | | - | **5/23/2007**<br>**Current Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **B77**<br>**Mr. Matthew Bradley**<br>**12073 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **3/29/2003**<br>**Current Member Refundable Initiation Fee** | | | | **43,284.00** |
| Account No. **S97**<br>**Mr. Max & Dr. Jennifer Siegel**<br>**380 Breakwater Drive**<br>**Fishers, IN 46037** | | - | **6/25/2005**<br>**Current Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **S70**<br>**Mr. Mike Shinn**<br>**7543 Pinesprings E. Drive**<br>**Indianapolis, IN 46256** | | - | **9/21/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **17,402.00** |
| Account No. **T12**<br>**Mr. Phil Tourney**<br>**12340 Hyacinth Drive**<br>**Fishers, IN 46037** | | - | **3/6/1999**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **38,503.00** |

Sheet no. **146** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **123,689.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N19**<br>**Mr. Rob New**<br>**10976 Fairwoods Drive**<br>**Fishers, IN 46037** | | - | **5/7/2010**<br>**Current Member Refundable Initiation Fee & 2014-2015 Prepaid Dues** | | | | **14,768.00** |
| Account No. **T15**<br>**Mr. Robert Town**<br>**11411 Forest Knoll Circle**<br>**Fishers, IN 46037** | | - | **4/21/1999**<br>**Current Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **B70**<br>**Mr. Scott Brown**<br>**Hahn Systems**<br>**6312 Southeastern Avenue**<br>**Indianapolis, IN 46203** | | - | **5/4/2005**<br>**Current Member Refundable Initiation Fee** | | | | **42,362.00** |
| Account No. **H89**<br>**Mr. Scott Hicks**<br>**Dr. Chris Borkowski Hicks**<br>**11695 Approach Blvd**<br>**Fishers, IN 46037** | | - | **4/24/2009**<br>**Current Member Refundable Initiation Fee** | | | | **42,500.00** |
| Account No. **M60**<br>**Mr. Tim & Dr. Christina Madden**<br>**10707 Club Chase**<br>**Fishers, IN 46037** | | - | **11/12/2000**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **30,001.62** |

Sheet no. **147** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **144,131.62**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W12**<br>**Mrs. Jody Warstler & Michael Alboher**<br>**10544 Titan Run**<br>**Carmel, IN 46032** | | - | **4/12/1995**<br>**Current Member Refundable Initiation Fee & Store Credit** | | | | **22,268.32** |
| Account No. **H35**<br>**Mrs. Judith Hershberger**<br>**11165 Peppermill Lane**<br>**Fishers, IN 46037** | | - | **9/5/1998**<br>**Current Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **K30**<br>**Mrs. Kathy Kleinrichert**<br>**12281 Talon Trace**<br>**Fishers, IN 46037** | | - | **10/6/1999**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **33,776.00** |
| Account No. **B93**<br>**Mrs. Kris Bigelow**<br>**12368 Sanderling Trace**<br>**Fishers, IN 46037** | | - | **5/24/2007**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **O15**<br>**Mrs. Marilyn Ochs**<br>**12067 Edgefield Drive**<br>**Fishers, IN 46037** | | - | **12/2/2003**<br>**Current Member Refundable Initiation Fee** | | | | **11,500.00** |

Sheet no. **148** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **79,946.32**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S80**<br>**Mrs. Michele Snyder**<br>**12421 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **3/29/2003**<br>**Current Member Refundable Initiation Fee** | | | | **1,500.00** |
| Account No. **none**<br>**Mrs. Richard (Wendy) Stutts**<br>**9861 Hampton Cove Lane**<br>**Indianapolis, IN 46236** | | - | **4/1/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **R49**<br>**Ms. Amy SerVass Roesler-Riesmeyer**<br>**10582 Brooks School Road**<br>**Fishers, IN 46037** | | - | **6/13/2001**<br>**Current Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **M20**<br>**Ms. Kelly McClure**<br>**11386 Bayhill Way**<br>**Indianapolis, IN 46236** | | - | **4/26/2000**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **S102**<br>**Ms. Kerri Agee & Mr. Ben Crawford**<br>**10817 Club Point**<br>**Fishers, IN 46037** | | - | **7/6/2006**<br>**Current Member Refundable Initiation Fee** | | | | **40,000.00** |

Sheet no. **149** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **81,902.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**NADM**<br>**c/o Michael Leeds**<br>**5100 Town Center Circle, Suite 650**<br>**Boca Raton, FL 33486** | | - | **Periodic Unsecured Loans Over a Period of 20 Years (Claim Amount Includes Interest)** | | | | **7,458,315.00** |
| Account No. **xxxxx6154**<br>**Napa Auto Parts**<br>**305 W. Broadway**<br>**Fortville, IN 46040** | | - | **4/2013-1/2014**<br>**Grounds Maintenance Supply** | | | | **3,077.45** |
| Account No. **none**<br>**Nathaniel Lee**<br>**c/o Lee Y Fairman**<br>**127 E. Michigan St**<br>**Indianapolis, IN 46204** | | - | **8/25/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,500.00** |
| Account No. **x0646**<br>**Nelson Alarm Co.**<br>**2602 East 55th Street**<br>**Indianapolis, IN 46220** | | - | **5/2013-8/2013**<br>**Late Fees for Alarm System** | | | | **746.66** |
| Account No. **A44**<br>**Nick Arterburn**<br>**CB Richard Ellis**<br>**101 W. Washington St, Ste. 1000**<br>**Indianapolis, IN 46204** | | - | **2014**<br>**Store Credit** | | | | **3.01** |

Sheet no. **150** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,475,642.12**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5389**<br>**Nike Golf**<br>**P.O. Box 847648**<br>**Dallas, TX 75284** | | - | **5/2013-8/2013**<br>**Golf Merchandise** | | | | **9,268.97** |
| Account No. **none**<br>**Norman & Peggy Bristley**<br>**9149 Admirals Point Court**<br>**Indianapolis, IN 46220** | | - | **2/1/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Norman Hartsock**<br>**13033 Shiraz Lane**<br>**Fishers, IN 46037** | | - | **3/31/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**NP Security Company, Inc.**<br>**11040 Fall Creek Road**<br>**Indianapolis, IN 46256** | | - | **11/2013-1/2014**<br>**Security** | | | | **1,050.00** |
| Account No. **xx0404**<br>**NUCO2, LLC**<br>**P.O. Box 9011**<br>**Stuart, FL 34995** | | - | **10/2013-1/2014**<br>**Beverage Supplies** | | | | **626.67** |

Sheet no. **151** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **61,945.64**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**NWM Internship Symposium**<br>**Attn: Caroline Duehmig**<br>**720 E. Wisconsin Avenue**<br>**Milwaukee, WI 53202** | | - | **1/10/2014**<br>**Refundable Wedding Deposit** | | | | **150.00** |
| Account No. **x0701**<br>**Office 360**<br>**7301 Woodland Drive**<br>**Indianapolis, IN 46278** | | - | **12/2013**<br>**Office Supplies** | | | | **46.86** |
| Account No. **B107**<br>**Omar Barham**<br>**12052 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **11/13/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **unknown**<br>**Outdoor Creations**<br>**P.O. Box 55793**<br>**Indianapolis, IN 46205** | | - | **6/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **2,394.02** |
| Account No. **xxx3011**<br>**Overhead Door Co. of Indianapolis**<br>**8811 Bash Street**<br>**Indianapolis, IN 46256** | | - | **5/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **1,957.00** |

Sheet no. **152** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,949.88**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Tekcollect**<br>**Audit Dept. Business Office**<br>**P.O. Box 1269**<br>**Columbus, OH 43216** | | | **Additional Notice**<br>**Overhead Door Co. of Indianapolis** | | | | **Notice Only** |
| Account No. **none**<br>**Ozzie Kalil**<br>**1700 Cedar Springs Road, Apt. 2213**<br>**Dallas, TX 75202** | | - | **6/11/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **19,992.00** |
| Account No.<br>**Pablo & Geneivie Bedano**<br>**9430 Timberline Drive**<br>**Indianapolis, IN 46256** | | - | **Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **7,402.00** |
| Account No. **xxxxxx2102**<br>**Paperdirect, Inc.**<br>**P.O. Box 2933**<br>**Colorado Springs, CO 80901** | | - | **10/2013**<br>**Supplies** | | | | **418.29** |
| Account No. **xx8194**<br>**Party Time Rental, Inc.**<br>**7250 N. Keystone Avenue**<br>**Indianapolis, IN 46240** | | - | **10/2012**<br>**Rentals for Banquets** | | | | **1,509.34** |

Sheet no. **153** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **29,321.63**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Patrick Peregrin**<br>**307 N. Pennsylvania**<br>**Indianapolis, IN 46206** | | - | **4/20/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **46,000.00** |
| Account No. **none**<br>**Patsy Maikranz**<br>**6347 Mactuck Drive**<br>**Indianapolis, IN 46220** | | - | **10/20/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |
| Account No. **none**<br>**Paul & Brenda Valponi**<br>**10518 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **4/27/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **28,000.00** |
| Account No. **none**<br>**Paul & Laura Cardamon**<br>**10691 Evergreen Point**<br>**Fishers, IN 46037** | | - | **5/25/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **25,500.00** |
| Account No. **K71**<br>**Paul & Lisa Kirkpatrick**<br>**11841 Sea Star Drive**<br>**Indianapolis, IN 46256** | | - | **2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **154** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **125,402.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Paul & Lynn Lannquist**<br>**8615 Creek Trail Lane, Apt. 824**<br>**Cornelius, NC 28031** | | - | **12/6/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **36,000.00** |
| Account No. **none**<br>**Paul Lotharius**<br>**1061 Sir William Lane**<br>**Lake Forest, IL 60045** | | - | **9/30/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**Paul Minott**<br>**12560 Branford Street**<br>**Carmel, IN 46032** | | - | **5/26/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **W65**<br>**Paul Will**<br>**10809 Club Point Dr.**<br>**Fishers, IN 46037** | | - | **11/6/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **1236**<br>**PCMA, LLC**<br>**74-785 Highway 111, Suite 20**<br>**Indian Wells, CA 92210** | | - | **8/2013**<br>**Membership Association Fee** | | | | **465.00** |

Sheet no. **155** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **70,867.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6491**<br>**Pepsi Beverages Co.**<br>**5411 West 78th Street**<br>**Indianapolis, IN 46268** | | - | **12/2013**<br>**Beverage Supplies** | | | | **1,740.21** |
| Account No. **L59**<br>**Perry Lopez**<br>**10787 Pine Needle Court**<br>**Fishers, IN 46037** | | - | **11/13/2013**<br>**2014 Food Minimum** | | | | **426.00** |
| Account No. **none**<br>**Perry Paquette**<br>**13803 Four Seasons Way**<br>**Westfield, IN 46074** | | - | **3/3/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **none**<br>**Peter & Deborah Hilger**<br>**1660 Summerhouse Lane #704C**<br>**Sarasota, FL 34242** | | - | **12/14/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **45,000.00** |
| Account No. **none**<br>**Peter & Linda Johnson**<br>**16183 Stony Ridge Drive**<br>**Noblesville, IN 46060** | | - | **7/4/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **20,000.00** |

Sheet no. **156** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **105,166.21**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Phil Chambers**<br>**8934 Bay Breeze Lane**<br>**Indianapolis, IN 46236** | | - | **11/11/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **32,000.00** |
| Account No. **none**<br>**Phil Coursen**<br>**13890 Rue Royale Lane**<br>**McCordsville, IN 46055** | | - | **6/24/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **18,000.00** |
| Account No. **S4**<br>**Phillip & Karen Scaletta**<br>**7256 Tulip Tree Trail**<br>**Indianapolis, IN 46256** | | - | **1/22/1992**<br>**Current Member Refundable Initiation Fee & 2014-2018 Prepaid Dues & 2014 Food Minimum & Store Credit** | | | | **55,480.00** |
| Account No. **x8116**<br>**Piazza Produce**<br>**P.O. Box 68931**<br>**Indianapolis, IN 46268** | | - | **12/2013-1/2014**<br>**Food Supplies** | | | | **5,841.18** |
| Account No. **7336**<br>**Ping, Inc.**<br>**2201 W. Desert Cove**<br>**Phoenix, AZ 85029** | | - | **12/2013**<br>**Golf Merchandise** | | | | **144.49** |

Sheet no. **157** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **111,465.67**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**Pitch Pro Golf**<br>**8761 Roberts Road**<br>**Galloway, OH 43119** | | - | **8/2012**<br>**Golf Merchandise** | | | | **400.00** |
| Account No. **xxx9197**<br>**Pitney Bowes Global Financial Services**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250** | | - | **1/2014**<br>**Month-to-Month Lease for Postage Machine** | | | | **291.31** |
| Account No. **unknown**<br>**Power Teamwear**<br>**17901 River Road, Suite G**<br>**Noblesville, IN 46062** | | - | **6/2013-7/2013**<br>**Uniform Expense for Lifeguards** | | | | **1,949.65** |
| Account No. **unknown**<br>**Puente Construction**<br>**P.O. Box 36926**<br>**Indianapolis, IN 46236** | | - | **5/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **225.00** |
| Account No. **xxxxxxxxxxxx3902**<br>**Purchase Power**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250** | | - | **12/2013**<br>**Postage Machine Supplies** | | | | **157.89** |

Sheet no. **158** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **3,023.85**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**Quench USA, Inc.**<br>**780 5th Avenue, Suite 200**<br>**King of Prussia, PA 19406** | | - | **4/2013-1/2014**<br>**Water Cooler Rental** | | | | **1,412.40** |
| Account No. **none**<br>**Rachel Nida**<br>**20798 Summitt Road**<br>**Noblesville, IN 46062** | | - | **6/29/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **xx1-001**<br>**Ralph Lauren Corp.**<br>**P.o. Box 911371**<br>**Dallas, TX 75373** | | - | **4/2013-8/2013**<br>**Golf Merchandise** | | | | **12,893.67** |
| Account No. **M22**<br>**Randall & Susan Morgan**<br>**10692 Evergreen Point**<br>**Fishers, IN 46037** | | - | **5/6/1993**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **26,975.26** |
| Account No. **none**<br>**Randy Ruhl**<br>**11931 Promontory Court**<br>**Indianapolis, IN 46236** | | - | **5/7/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |

Sheet no. **159** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **58,281.33**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Raven & Pam Buchanan**<br>**5747 N. Meridian Street**<br>**Indianapolis, IN 46208** | | - | **2/25/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |
| Account No. **none**<br>**Ray Blunk**<br>**15229 Kampen Circle**<br>**Carmel, IN 46033** | | - | **4/21/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **25,500.00** |
| Account No. **P32**<br>**Ray & Kim Peck**<br>**10832 Portside Court**<br>**Indianapolis, IN 46236** | | - | **10/28/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Raymond & Lanie Young**<br>**10705 Club Chase**<br>**Fishers, IN 46037** | | - | **6/1/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **37,000.00** |
| Account No. **unknown**<br>**Redirections Sign & Design**<br>**9273 Castlegate Drive**<br>**Indianapolis, IN 46256** | | - | **12/2009**<br>**Construction Costs for Maintenance Barn** | | | | **889.38** |

Sheet no. **160** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **79,291.38**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**Reed Flooring**<br>**7118 Constitution Drive**<br>**Indianapolis, IN 46256** | | **-** | **7/2013**<br>**Contruction Costs for Tennis Pavilion** | | | | **1,528.50** |
| Account No. **none**<br>**Rene & Tish Champagne**<br>**1809 South Inlet Drive**<br>**Marco Island, FL 34145** | | **-** | **2/22/2007**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **C94**<br>**Renn & Heather Crichlow**<br>**12273 Bridgewater Road**<br>**Indianapolis, IN 46256** | | **-** | **10/30/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **x4326**<br>**Republic National Dist. Co.**<br>**700 W. Morris Street**<br>**Indianapolis, IN 46225** | | **-** | **12/2013**<br>**Beverage Supplies** | | | | **0.00** |
| Account No. **R63**<br>**Rich Ruden & Julie Bradbury**<br>**13606 Kingston Drive**<br>**McCordsville, IN 46055** | | **-** | **10/16/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **161** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,332.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Richard & Delores Reinbold**<br>**2595 Dick Wilson Drive**<br>**Sarasota, FL 34240** | | - | **1/12/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **R68**<br>**Richard & Emily Roth**<br>**Univar USA**<br>**7425 E. 30th Street**<br>**Indianapolis, IN 46219** | | - | **12/30/1995**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **29,402.00** |
| Account No. **P31**<br>**Richard & Erin Pentz**<br>**10704 Club Chase**<br>**Fishers, IN 46037** | | - | **10/1/2013**<br>**2014 FoodMinimum** | | | | **1,402.00** |
| Account No. **none**<br>**Richard Johnson**<br>**One Indiana Square, Suite 1800**<br>**Indianapolis, IN 46024** | | - | **3/1/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **10,000.00** |
| Account No. **none**<br>**Rick & Claire Pfleger**<br>**3991 Gulf Shore Blvd. North #202**<br>**Naples, FL 34103** | | - | **9/2/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |

Sheet no. **162** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **89,304.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Rick & Mary Ann Fishman**<br>**715 Sawgrass Bridge Road**<br>**Venice, FL 34292** | | - | **10/15/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |
| Account No. **K60**<br>**Rick Jay Kuste Jr.**<br>**13761 Beam Ridge Drive**<br>**McCordsville, IN 46055** | | - | **2014**<br>**Store Credit** | | | | **41.00** |
| Account No. **none**<br>**Rick Ryherd**<br>**13648 Smokey Hollow Place**<br>**Carmel, IN 46033** | | - | **10/11/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **none**<br>**Rick Springer**<br>**3918 Eileen Drive**<br>**Cincinnati, OH 45209** | | - | **11/23/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **30,000.00** |
| Account No. **E33**<br>**Rob & Erin Ellinger**<br>**10963 Fairwoods Drive**<br>**Fishers, IN 46037** | | - | **10/21/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **163** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **71,943.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Robert & Jacqueline McKinney**<br>**12896 Whitebridge Drive**<br>**Fishers, IN 46037** | | - | **5/9/2007**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br>**Robert Anders**<br>**400 Galleria Officentre, Suite 400**<br>**Southfield, MI 48034** | | - | **9/5/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,081.00** |
| Account No. **none**<br>**Robert & Angela VanVliet**<br>**8915 William Penn Circle**<br>**Indianapolis, IN 46256** | | - | **12/31/2007**<br>**Resigned Member Refundable Initiation Fee** | | | | **20,000.00** |
| Account No. **H77**<br>**Robert & Bev Hartig**<br>**13563 Marjac Way**<br>**McCordsville, IN 46055** | | - | **4/1/2005**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **46,402.86** |
| Account No. **D31**<br>**Robert & Katherine Dassow**<br>**12121 Wetland Pt.**<br>**Fishers, IN 46037** | | - | **11/7/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **164** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **83,385.86**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Robert & Kelly Tully**<br>**10696 Evergreen Point**<br>**Fishers, IN 46037** | | - | **4/19/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **15,000.00** |
| Account No. **C92**<br>**Robert & Sharon Coble**<br>**11954 Challenge Court**<br>**Indianapolis, IN 46236** | | - | **11/8/2013**<br>**2014 Food Minimum & Store Credit** | | | | **1,456.64** |
| Account No. **E29**<br>**Robert Ellis**<br>**12353 Sanderling Trace**<br>**Fishers, IN 46037** | | - | **10/4/2013**<br>**2014 Food Minimum & Store Credit** | | | | **1,656.71** |
| Account No. **none**<br>**Robert Hughes**<br>**10351 Woods Edge Drive**<br>**Fishers, IN 46037** | | - | **4/29/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **10,500.00** |
| Account No. **none**<br>**Robert J. & Donna Grennes, Jr.**<br>**11970 Bluestone Drive**<br>**Indianapolis, IN 46236** | | - | **12/31/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |

Sheet no. **165** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **52,613.35**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **L53**<br>**Robert Larson**<br>**10139 Summerlin Way**<br>**Fishers, IN 46037** | | - | **10/3/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Robert Turner**<br>**21 Shadow Stone Street**<br>**Spring, TX 77381** | | - | **5/19/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **34,000.00** |
| Account No. **none**<br>**Rod Burton**<br>**ERMCO 1625 W. Thompson Road**<br>**Indianapolis, IN 46217** | | - | **12/27/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **33,000.00** |
| Account No. **S121**<br>**Roderick Sawyer**<br>**11222 Treyburn Drive**<br>**Fishers, IN 46037** | | - | **10/16/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Roger & Debbie Klinger**<br>**7550 Washington Blvd**<br>**Indianapolis, IN 46240** | | - | **4/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **2,000.00** |

Sheet no. **166** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **71,804.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br><br>**Roger & Kathy Burch**<br>**14294 E. 116th Street**<br>**Fishers, IN 46037** | | - | **6/9/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br><br>**Roger Arguello**<br>**400 Galleria Officentre, Suite 400**<br>**Southfield, MI 48034** | | - | **9/15/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,750.00** |
| Account No. **none**<br><br>**Roger Mahn**<br>**4901 Golf Shore Blvd, North - Apt #1803**<br>**Naples, FL 34103** | | - | **8/1/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **none**<br><br>**Rollin Rhea**<br>**9051 Gulf Shore Drive, Apt. 103**<br>**Naples, FL 34108** | | - | **12/18/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **16,000.00** |
| Account No. **none**<br><br>**Ron McKee**<br>**8098 shorewalk Drive**<br>**Indianapolis, IN 46236** | | - | **8/9/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |

Sheet no. **167** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **61,750.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Ron Discher**<br>**153 Bluff Point Lane**<br>**Bluffton, SC 29909** | | - | **5/11/1995**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **xxxxxxxxx122J**<br>**Ronnoco Coffee**<br>**4241 Sarphyh Ave.**<br>**St. Louis, MO 63110** | | - | **12/2013-1/2014**<br>**Beverage Supplies** | | | | **983.13** |
| Account No. **unknown**<br>**RST Custom Woodworking, LLC**<br>**660 W. Gasburg Lane**<br>**Mooresville, IN 46158** | | - | **6/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **4,236.00** |
| Account No. **none**<br>**Russell & Vivian Beckwith**<br>**4634 Mirada Way, Unit 38**<br>**Sarasota, FL 34238** | | - | **5/19/2012**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br>**Russell Mobley**<br>**2460 Glebe Street #340**<br>**Carmel, IN 46032** | | - | **1/11/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |

Sheet no. **168** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **19,719.13**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor  Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **L61**<br>**Ryan Laughon**<br>**10528 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **11/8/2013**<br>**2014 Food Minimum** | | | | **548.00** |
| Account No. **none**<br>**Sachio Nakano**<br>**400 W. New Road**<br>**Greenfield, IN 46163** | | - | **7/2/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **H88**<br>**Sam M. Huston**<br>**11947 Edgefield Drive**<br>**Fishers, IN 46037** | | - | **2014**<br>**Store Credit** | | | | **129.79** |
| Account No. **unknown**<br>**Sana Corp.**<br>**c/o Michael Leeds**<br>**5100 Town Center Circle, Suite 650**<br>**Boca Raton, FL 33486** | | - | **Periodic Unsecured Loans Over a Period of 20 Years (Claim Amount Includes Interest)** | | | | **24,638,352.00** |
| Account No. **none**<br>**Sandra Schwalback**<br>**10694 Grindstone Drive**<br>**Fishers, IN 46037** | | - | **12/15/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,250.00** |

Sheet no. **169** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **24,656,279.79**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **G52**<br>**Sangeeta & Deepak Guttikonda**<br>**10725 Chase Court**<br>**Fishers, IN 46037** | | - | **10/2/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **D47**<br>**Sanju Daftari**<br>**11174 Bluebird Court**<br>**Fishers, IN 46037** | | - | **11/8/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Sarah & Mark Nagy**<br>**2249 Glebe Street**<br>**Carmel, IN 46032** | | - | **7/25/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **979.00** |
| Account No. **none**<br>**Saundra Jackson**<br>**10565 Geist Road**<br>**Fishers, IN 46037** | | - | **8/1/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,703.00** |
| Account No. **H96**<br>**Scott & Donna Horrall**<br>**12062 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **6/4/2010**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **5,902.00** |

Sheet no. **170** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **24,388.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Scott & Mary Benkie**<br>**10245 Summerlin Way**<br>**Fishers, IN 46037** | | - | **7/20/2007**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **G54**<br>**Scott & Sandra Grau**<br>**12428 Sanderling Trace**<br>**Fishers, IN 46037** | | - | **11/7/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Scott Brown**<br>**6312 Southeastern Avenue**<br>**Indianapolis, IN 46203** | | - | **3/21/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Scott Jost**<br>**11391 Golden Bear Circle**<br>**Noblesville, IN 46060** | | - | **11/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,436.00** |
| Account No. **L54**<br>**Sean Leonard**<br>**10697 Evergreen Point**<br>**Fishers, IN 46037** | | - | **2014**<br>**Store Credit** | | | | **117.72** |

Sheet no. **171** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **37,955.72**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**Selective Systems, Inc.**<br>**4230 Madison Avenue**<br>**Indianapolis, IN 46227** | | - | **4/2013**<br>**Equipment Installation** | | | | **2,000.00** |
| Account No. **xx-xx-x0297**<br>**SESAC, Inc.**<br>**55 Music Square East**<br>**Nashville, TN 37203** | | - | **1/2014**<br>**Music License Fees** | | | | **268.60** |
| Account No. **N20**<br>**Shane & Angie Namach**<br>**12332 Ostara Court**<br>**Fishers, IN 46037** | | - | **2014**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Sharon Peel**<br>**14212 Vestal Court**<br>**Carmel, IN 46033** | | - | **10/23/2013**<br>**Refundable Wedding Deposit** | | | | **1,500.00** |
| Account No. **HAWT**<br>**Shelby Materials**<br>**P.O. Box 242**<br>**Shelbyville, IN 46176** | | - | **7/2013**<br>**Golf Course Sand & Gravel Expense** | | | | **1,572.79** |

Sheet no. **172** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,743.39**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Sherry & Bill Lambert**<br>**12914 Rocky Pointe Road**<br>**McCordsville, IN 46055** | | **-** | **9/17/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Sherry Reed**<br>**6273 E. 400 S.**<br>**Greenfield, IN 46140** | | **-** | **8/24/2013**<br>**Refundable Wedding Deposit** | | | | **2,500.00** |
| Account No. **x564-0**<br>**Sherwin Williams Co.**<br>**12680 E. 116th Street**<br>**Fishers, IN 46037** | | **-** | **1/13/2014**<br>**Paint Supplies** | | | | **287.42** |
| Account No. **none**<br>**Skip & Robin Keltner**<br>**9781 Rue Renee Lane**<br>**Mc Cordsville, IN 46055** | | **-** | **9/24/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **7,502.00** |
| Account No. **N22**<br>**Sophia & Craig Nixdorf**<br>**9856 Wild Turkey Row**<br>**McCordsville, IN 46055** | | **-** | **10/31/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **173** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,691.42**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S108**<br>**Stan Szwast**<br>**11310 Knightsbridge Lane**<br>**Fishers, IN 46037** | | - | **2014**<br>**Store Credit** | | | | **1.73** |
| Account No. **xxxx xxxx xxxx 7412**<br>**Staples Credit Plan**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368** | | - | **11/2013-12/2013**<br>**Office Supplies** | | | | **908.60** |
| Account No. **M93**<br>**Stephanie Martin**<br>**14517 Faucet Lane**<br>**Fishers, IN 46037** | | - | **9/27/2013**<br>**2014 Food Minimum & Store Credit** | | | | **1,410.30** |
| Account No. **P24**<br>**Stephen & Beth Penny**<br>**11121 Mirador Lane**<br>**Fishers, IN 46037** | | - | **1/18/2004**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **2,902.00** |
| Account No. **C26**<br>**Stephen & Bonita Clinton**<br>**11210 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **8/23/1996**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **24,457.00** |

Sheet no. **174** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **29,679.63**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C74**<br>**Stephen & Elizabeth Crowe**<br>**8441 Catamaran Drive**<br>**Indianapolis, IN 46236** | | - | **6/21/2007**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **13,402.00** |
| Account No. **none**<br>**Stephen & Janice Shea**<br>**12949 Waterridge Drive**<br>**McCordsville, IN 46055** | | - | **4/28/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **9,638.00** |
| Account No. **none**<br>**Stephen & Kimberly Hokanson**<br>**5615 Audubon Ridge Lane**<br>**Indianapolis, IN 46250** | | - | **5/1/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **none**<br>**Stephen Spaugh**<br>**206 Bella Vista Ter. Unit C**<br>**Nokomis, FL 34275** | | - | **5/22/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **xxx0503**<br>**Sterling Cut Glass**<br>**3233 Mineola Pike**<br>**Erlanger, KY 41018-1027** | | - | **6/2013-9/2013**<br>**Expense for Golf Awards** | | | | **2,310.80** |

Sheet no. **175** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **54,350.80**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Steve & Constance Wilkey**<br>**11379 Governors Lane**<br>**Fishers, IN 46037** | | - | **5/21/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br>**Steve & Courtney Wagner**<br>**735 Round Hill Road**<br>**Indianapolis, IN 46260** | | - | **7/12/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **37,500.00** |
| Account No. **none**<br>**Steve & Kathleen Spencer**<br>**11316 Treyburn Drive**<br>**Fishers, IN 46037** | | - | **3/1/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **21,928.00** |
| Account No. **none**<br>**Steve & Susan Ponsler**<br>**15390 Whistling Lane**<br>**Carmel, IN 46033** | | - | **12/3/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **none**<br>**Steven & Karen Gary**<br>**8728 Bay Tree Court**<br>**Indianapolis, IN 46236** | | - | **3/13/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **20,000.00** |

Sheet no. **176** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **121,928.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor     Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Steven & Patty Harney**<br>**10416 Harstings Court**<br>**Fishers, IN 46037** | | - | **3/20/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**Steven & Vicki Fillenwarth**<br>**12102 Talon Trace**<br>**Fishers, IN 46037** | | - | **5/5/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **3,000.00** |
| Account No. **none**<br>**Steven Cage**<br>**Mac Schilling, Bingham Greenebaum Doll**<br>**10 W. Market Street**<br>**Indianapolis, IN 46204** | | - | **6/29/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **H98**<br>**Steven Hiner**<br>**121 Forest Knoll Lane**<br>**Fishers, IN 46037** | | - | **11/5/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Steven Murray**<br>**400 Galleria Officentre, Suite 400**<br>**Southfield, MI 48034** | | - | **7/2/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **11,750.00** |

Sheet no. **177** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **70,152.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br><br>**Steven P. Christie**<br>**116 Shadowlawn Drive**<br>**Fishers, IN 46038** | | **-** | **12/19/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **R57**<br><br>**Steven Riddle**<br>**12082 Hawthorn Ridge**<br>**Fishers, IN 46037** | | **-** | **11/5/2013**<br>**2014 Food Minimum & Store Credit** | | | | **1,492.00** |
| Account No. **none**<br><br>**Steven Short**<br>**105 Tranquility Lane**<br>**Destin, FL 32541** | | **-** | **12/15/1993**<br>**Resigned Member Refundable Initiation Fee & Store Credit** | | | | **22,625.00** |
| Account No. **none**<br><br>**Steven Toon**<br>**12364 Ridgeside Road**<br>**Indianapolis, IN 46256** | | **-** | **12/5/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **10,000.00** |
| Account No. **none**<br><br>**Steven Walker**<br>**9012 Nautical Watch Drive**<br>**Indianapolis, IN 46236** | | **-** | **3/4/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |

Sheet no. **178** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **88,117.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Stuart & Angela Hobson**<br>**10672 Becketts Court**<br>**Fishers, IN 46037** | | - | **5/20/2008**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,000.00** |
| Account No. **x2765**<br>**Sunbelt Rentals, Inc.**<br>**11220 Allisonville Road**<br>**Fishers, IN 46038** | | - | **12/2013**<br>**Ground Maintenance Rentals** | | | | **1,662.83** |
| Account No. **none**<br>**Sunset LLC**<br>**10 West Market St., Suite 1200**<br>**Indianapolis, IN 46204** | | - | **Unsecured Loan** | | | | **60,000.00** |
| Account No. **xxx548/1**<br>**Supreme Lobster & Seafood Co.**<br>**220 E. North Ave.**<br>**Villa Park, IL 60181** | | - | **12/2013**<br>**Food Supplies** | | | | **4,162.85** |
| Account No. **xx7685**<br>**Sysco Food Services**<br>**4000 W. 62nd Street**<br>**Indianapolis, iN 46268** | | - | **12/2013**<br>**Food Supplies** | | | | **22,201.78** |

Sheet no. **179** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **100,027.46**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5965**<br>**Taylor Made Golf Co**<br>**5545 Fermi Court**<br>**Carlsbad, CA 92008-7324** | | - | **3/2013-8/2013**<br>**Golf Merchandise** | | | | **14,230.12** |
| Account No.<br>**Receivable Management**<br>**400 West Cummings Park, Suite 4450**<br>**Woburn, MA 01801** | | | **Additional Notice**<br>**Taylor Made Golf Co** | | | | **Notice Only** |
| Account No. **none**<br>**Ted & Julie Bates**<br>**10674 Grindstone Drive**<br>**Fishers, IN 46037** | | - | **5/14/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **38,000.00** |
| Account No. **none**<br>**Terence & Gay Dwyer**<br>**425 Breakwater**<br>**Fishers, IN 46037** | | - | **12/23/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**Terry & Julia Whitesell**<br>**9129 Admirals Bay Drive**<br>**Indianapolis, IN 46236** | | - | **12/6/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,500.00** |

Sheet no. **180** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **92,730.12**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**The Bridgewater Club**<br>**3535 East 161st Street**<br>**Carmel, IN 46033** | | - | **12/2013**<br>**Reciprocal** | | | | **220.00** |
| Account No. **unknown**<br>**The Interface Financial Group**<br>**10412 Allisonville, Road, Suite 214**<br>**Fishers, IN 46038** | | - | **05/2013**<br>**Banquet Linen** | | | | **293.06** |
| Account No. **unknown**<br>**The New York Times**<br>**PO Box 70**<br>**Northvale, NJ 07647-9908** | | - | **8/2013-12/2013**<br>**Newspaper Subscription** | | | | **193.20** |
| Account No. **unknown**<br>**The Perfect Wedding Guide**<br>**223 West 9th Street**<br>**Anderson, IN 46016** | | - | **1/2014**<br>**Advertisement** | | | | **905.00** |
| Account No. **1945**<br>**The Private Club Advisor**<br>**PO Box 610845**<br>**Dallas, TX 75261** | | - | **10/2013**<br>**Subscription** | | | | **264.00** |

Sheet no. **181** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,875.26**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **G58**<br>**Theodore & Maeve Guzek**<br>**10229 Eastwind Court**<br>**Indianapolis, IN 46256** | | - | **11/15/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **M34**<br>**Thomas & Barbara Maurath**<br>**11670 Fall Creek Road**<br>**Indianapolis, IN 46256** | | - | **4/24/1997**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **22,523.81** |
| Account No. **H62**<br>**Thomas & Denise Hargett**<br>**10727 Chase Court**<br>**Fishers, IN 46037** | | - | **5/22/2002**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **41,990.00** |
| Account No. **none**<br>**Thomas & Kristy Graham**<br>**9040 Mud Creek Road**<br>**Indianapolis, IN 46256** | | - | **6/20/2003**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **D39**<br>**Thomas & Margaret Deputy**<br>**Kelly's Ridge Development, LLC**<br>**4391-D Ridgewood Center Drive**<br>**Woodbridge, VA 22192** | | - | **11/4/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |

Sheet no. **182** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **71,817.81**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S123**<br>**Thomas & Margaret Sozio**<br>**12010 Landover Lane**<br>**Fishers, IN 46037** | | - | **11/4/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Thomas & Maria Kmiecik**<br>**10 W. Market Street, Suite 1200**<br>**Indianapolis, IN 46204** | | - | **12/3/2011**<br>**Resigned Member Refundable Initiation Fee** | | | | **27,000.00** |
| Account No. **none**<br>**Thomas Bardach**<br>**380 Millridge Drive**<br>**Indianapolis, IN 46290** | | - | **4/2/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |
| Account No. **C90**<br>**Thomas Coble**<br>**9141 Admirals Bay Drive**<br>**Indianapolis, IN 46236** | | - | **10/16/2013**<br>**2014 Food Minimum & Store Credit** | | | | **1,547.00** |
| Account No. **none**<br>**Thomas Hoekzema**<br>**2281 West Island Road**<br>**Williamsburg, VA 23185** | | - | **5/18/1997**<br>**Resigned Member Refundable Initiation Fee** | | | | **32,000.00** |

Sheet no. **183** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **86,449.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Thomas Lee**<br>**7 Camden Court**<br>**Heath, TX 75032** | | - | **5/21/2003**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **O27**<br>**Thomas O'Boyle**<br>**12043 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **9/26/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **unknown**<br>**TICA Design Corporation**<br>**1095 Business Lane**<br>**Suite 3**<br>**Naples, FL 34110** | | - | **3/2012-4/2013**<br>**Golf Merchandise** | | | | **2,005.76** |
| Account No. **unknown**<br>**Tikal Inc.**<br>**PO Box 329**<br>**Fishers, IN 46038** | | - | **3/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **13,263.10** |
| Account No. **M77**<br>**Tim & Allison Meta**<br>**10108 Muirfield Trace**<br>**Fishers, IN 46037** | | - | **11/14/2003**<br>**Current Member Refundable Initiation Fee & 2014 Prepaid Dues & 2014 Food Minimum** | | | | **53,398.00** |

Sheet no. **184** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **74,568.86**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S119**<br>**Tim & Patsy Skelton**<br>**12023 Hawthorn Ridge**<br>**Fishers, IN 46037** | | - | **2014**<br>**Store Credit** | | | | **250.02** |
| Account No. **C88**<br>**Tim Cleary**<br>**10104 Windward Pass**<br>**Fishers, IN 46037** | | - | **2014**<br>**Store Credit** | | | | **150.00** |
| Account No. **none**<br>**Timothy & Lisa Cranston**<br>**10506 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **4/24/1992**<br>**Resigned Member Refundable Initiation Fee** | | | | **3,500.00** |
| Account No. **none**<br>**Timothy & Mary Ringlespaugh**<br>**10219 McKenstray Court**<br>**Fishers, IN 46037** | | - | **6/3/2006**<br>**Resigned Member Refundable Initiation Fee** | | | | **4,500.00** |
| Account No. **none**<br>**Timothy Durham**<br>**14353 E. 113th Street**<br>**Fortville, IN 46040** | | - | **11/30/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **13,500.00** |

Sheet no. **185** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,900.02**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor — Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8653**<br>**Titleist**<br>**PO Box 965**<br>**Fairhaven, MA 02719-0965** | | - | **4/2013-8/2013**<br>**Golf Merchandise** | | | | **7,517.61** |
| Account No. **none**<br>**Toby Knott**<br>**1002 Pawtucket Drive**<br>**Westfield, IN 46074** | | - | **6/19/2003**<br>**Resigned Member Refundable Initiation Fee** | | | | **35,000.00** |
| Account No. **A25**<br>**Todd & Angela Armstrong**<br>**10252 Springstone Road**<br>**McCordsville, IN 46055** | | - | **11/8/2013**<br>**2014 Food Minimum** | | | | **548.00** |
| Account No. **S52**<br>**Todd & Susan Taylor**<br>**11657 Amanda Court**<br>**Fishers, IN 46037** | | - | **8/18/1995**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **17,402.00** |
| Account No. **none**<br>**Todd Boney**<br>**745 Golf Vista Court**<br>**Alpharetta, GA 30004** | | - | **11/27/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,000.00** |

Sheet no. **186** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **72,467.61**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**Todd Tobias**<br>**9041 Diamond Pointe Drive**<br>**Indianapolis, IN 46236** | | - | **4/19/2001**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**Tom Yamamoto**<br>**246 2nd Street #1002**<br>**San Francisco, CA 94105** | | - | **12/9/1994**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,500.00** |
| Account No. **none**<br>**Tracy Clifford**<br>**11575 Sycamore Street**<br>**Zionsville, IN 46077** | | - | **10/27/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **22,895.00** |
| Account No. **T36**<br>**Travis Tucker**<br>**9918 Gulfstream Court**<br>**Fishers, IN 46037** | | - | **2014**<br>**Store Credit** | | | | **634.41** |
| Account No. **unknown**<br>**Tree Movers, Inc.**<br>**4851 East 23rd**<br>**Indianapolis, IN 46218** | | - | **6/2013**<br>**Expense for Ground Maintenance** | | | | **2,750.00** |

Sheet no. **187** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **56,779.41**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **J27**<br>**Troy & Alba Jessop**<br>**10552 Chestnut Hill Circle**<br>**Fishers, IN 46037** | | - | **8/9/2006**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum** | | | | **13,402.00** |
| Account No. **none**<br>**Trut Edwards**<br>**11831 Sea Star Drive**<br>**Indianapolis, IN 46256** | | - | **2/28/2010**<br>**Resigned Member Refundable Initiation Fee** | | | | **33,000.00** |
| Account No. **xxx-xxxxxx4-000**<br>**U.S. Bank Equipment Finance**<br>**1310 Madrid Street, Suite 101**<br>**Marshall, MN 56258** | | - | **Remaining Balance Owed Pursuant to Lease for Copy Machine** | | | | **298.35** |
| Account No. **x5169**<br>**U.S. Healthworks Medical Group**<br>**PO Box 404480**<br>**Atlanta, GA 30384** | | - | **7/2013-12/2013**<br>**Expense for Employee Drug Testing** | | | | **954.00** |
| Account No. **unknown**<br>**VCT Corporation**<br>**283 Franklin St, 6th Floor**<br>**Boston, MA 02110** | | - | **10/2013-12/2013**<br>**Marketing Expense** | | | | **3,200.00** |

Sheet no. **188** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **50,854.35**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br>**Vector Consulting LLC**<br>**1005 North Senate Ave**<br>**Indianapolis, IN 46202-4104** | | - | **3/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **1,510.00** |
| Account No. **none**<br>**Vince & Vicki Scotto**<br>**11071 Preservation Point**<br>**Fishers, IN 46037** | | - | **5/15/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **3,172.00** |
| Account No. **I8**<br>**Wayne Iurillo**<br>**14323 Hearthwood Drive**<br>**Fortville, IN 46040** | | - | **2014**<br>**Store Credit** | | | | **527.22** |
| Account No. **unknown**<br>**Wear to Win, LLC**<br>**51194 Midlothian Court**<br>**Granger, IN 46530** | | - | **5/2013**<br>**Golf Merchandise** | | | | **194.00** |
| Account No. **x969 0**<br>**Welding & Therapy Service, Inc**<br>**5010 Crittenden Drive**<br>**Louisville, KY 40209** | | - | **12/2013**<br>**Gound Maintenance/Supplies** | | | | **197.02** |

Sheet no. **189** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,600.24**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**William Brown**<br>**12426 Brooks Crossing**<br>**Fishers, IN 46037** | | - | **5/10/2000**<br>**Resigned Member Refundable Initiation Fee** | | | | **6,000.00** |
| Account No. **none**<br>**William & Harriett Sohn**<br>**638 Bridgeway Lane**<br>**Naples, IN 34108** | | - | **7/1/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **B96**<br>**William & Marcelle Bell**<br>**12806 Hanley Drive**<br>**Fishers, IN 46037** | | - | **4/24/2008**<br>**Current Member Refundable Initiation Fee & 2014 Food Minimum & Store Credit** | | | | **7,402.41** |
| Account No. **none**<br>**William (Bill) & Becky Lawson**<br>**26891 Wyndhurst Court #201**<br>**Bonita Springs, FL 34134** | | - | **4/1/1996**<br>**Resigned Member Refundable Initiation Fee** | | | | **5,000.00** |
| Account No. **none**<br>**William Linville, III**<br>**825 C Merriman Ave. #397**<br>**Asheville, NC 28804** | | - | **3/20/1999**<br>**Resigned Member Refundable Initiation Fee** | | | | **14,500.00** |

Sheet no. **190** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **37,902.41**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor    Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br>**William R. Kelso Jr**<br>**124 Forest Knoll**<br>**Fishers, IN 46037** | | - | **5/5/1998**<br>**Resigned Member Refundable Initiation Fee** | | | | **28,000.00** |
| Account No. **none**<br>**William Suhr**<br>**400 Galleria Officentre, Suite 400**<br>**Southfield, MI 48034** | | - | **4/19/2002**<br>**Resigned Member Refundable Initiation Fee** | | | | **9,230.00** |
| Account No. **none**<br>**William Wright**<br>**474 Gradle Drive**<br>**Carmel, IN 46032** | | - | **8/29/1993**<br>**Resigned Member Refundable Initiation Fee** | | | | **24,000.00** |
| Account No. **none**<br>**Williams (Bill) & Kim Austin**<br>**15726 Henady Crossing**<br>**Noblesville, IN 46060** | | - | **4/7/2003**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,425.00** |
| Account No. **unknown**<br>**Wills Excavating, Inc**<br>**10209 E. 59th St**<br>**Indianapolis, IN 46236** | | - | **7/2013**<br>**Construction Costs for Tennis Pavilion** | | | | **7,680.92** |

Sheet no. **191** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **81,335.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Roy Rodabaugh**<br>**Easter & Cavosie**<br>**10455 N. College**<br>**Indianapolis, IN 46280** | | | **Additional Notice**<br>**Wills Excavating, Inc** | | | | **Notice Only** |
| Account No. **xx3193**<br>**Wittek Golf Supply Co Inc**<br>**3865 Commercial Ave**<br>**Northbrook, IL 60062** | | **-** | **6/2013-7/2013**<br>**Golf Supplies** | | | | **273.88** |
| Account No. **B110**<br>**Zane & Carrie Brown**<br>**11071 Mirador Lane**<br>**Fishers, IN 46037** | | **-** | **11/8/2013**<br>**2014 Food Minimum** | | | | **1,402.00** |
| Account No. **none**<br>**Zygmunt & Monika Stepien**<br>**12533 Anchorage Way**<br>**Fishers, IN 46037** | | **-** | **5/21/2004**<br>**Resigned Member Refundable Initiation Fee** | | | | **12,000.00** |
| Account No. | | | | | | | |

Sheet no. **192** of **192** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **13,675.88**

Total (Report on Summary of Schedules): **61,521,124.33**

B6G (Official Form 6G) (12/07)

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Advantage Water Conditioning<br>5348 Victory Drive, Suite B<br>Indianapolis, IN 46203** | **Month-to-Month Water Softener Rental** |
| **Ecolab, Inc.<br>P.O. Box 70343<br>Chicago, IL 60673** | **Month-to-Month Dish Machine Rental** |
| **First Data Leasing<br>P.O. Box 407092<br>Fort Lauderdale, FL 33340** | **Wireless Credit Card Terminal Lease** |
| **GPSI Leasing, LLC<br>1074 N. Orange Avenue<br>Sarasota, FL 34236** | **50 GPS Units for Golf Carts Lease** |
| **Membership Contracts with Members** | |
| **Mister Ice<br>7954 East 88th Street<br>Indianapolis, IN 46256** | **Month-to-Month Lease for Ice Machine Rental** |
| **Pitney Bowes Global Financial Services<br>P.O. Box 371887<br>Pittsburgh, PA 15250** | **Month-to-Month Postage Machine Lease** |
| **PNC Equipment Finance, LLC<br>995 Dalton Avenue<br>Cincinnati, OH 45203** | **Various Equipment Leases - See Exhibit A** |
| **U.S. Bank Equipment Finance<br>1310 Madrid Street, Suite 101<br>Marshall, MN 56258** | **Xerox Copy Machine LEase** |
| **VGM Financial Services<br>A Division of TCF Equipment Finance, Inc<br>1111 W. San Marnan<br>Waterloo, IA 50701** | **50 2010 Club Car Golf Cart Leases** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re **Hamilton Proper Partners Golf Partnership, L.P.**, Debtor

Case No. **14-00461-JMC-11**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of Indiana

In re **Hamilton Proper Partners Golf Partnership, L.P.** Debtor(s)

Case No. **14-00461-JMC-11**
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **205** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 9, 2014** Signature **/s/ Harold D. Garrison**
**Harold D. Garrison**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 Best Case, LLC - www.bestcase.com Best Case Bankruptcy