UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HAMILTON PROPER PARTNERS | ) | Case No. 14-00461-JMC-11 |
| GOLF PARTNERSHIP, L.P. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**DEBTOR'S SECOND AMENDED MOTION FOR**
**AUTHORITY TO OBTAIN POST-PETITION FINANCING**

Hamilton Proper Partners Golf Partnership, L.P., debtor and debtor-in-possession (the "Debtor"), by counsel, files this second amended motion (this "Second Amended Financing Motion") for entry of a final order authorizing the Debtor to obtain postpetition financing from Horizon III, LLC ("Horizon"). The proposed form of the final Financing Order (the "Final Order") is attached hereto as Exhibit "A". In support of this Second Amended Financing Motion, the Debtor states as follows:

### I.  Procedural Background

1. On January 24, 2014 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. No trustee or examiner has been appointed in this Chapter 11 Bankruptcy Case.

3. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (M) and is a matter of federal bankruptcy law.

## II. Background

4. Prior to the Petition Date, Horizon loaned money to or for the benefit of the Debtor as documented, recorded and evidenced by various agreements, instruments, and documents entered into in connection therewith, all as may have been amended, modified or restated from time to time (collectively, the "Pre-Petition Agreements").

5. In accordance with the terms of the Pre-Petition Agreements, the Debtor is indebted to Horizon in the amount of $150,000.00[1] (exclusive of interest and fees accrued and unpaid thereon and other costs, expenses and indemnities) (the "Pre-Petition Indebtedness").

6. According to the Debtor's preliminary investigation and analysis, HGCC Lender, LLC ("HGCC") has a purported perfected security interest in essentially all assets of the Debtor.

7. Due to the fact that the Debtor operates a golf course and country club, its operations are seasonally dependent. The Debtor is in its traditionally slow season and as a result is in need of post-petition financing to assist it during this time.

## III. Relief Requested

8. By this Second Amended Financing Motion, the Debtor seeks authority to (i) obtain postpetition financing (the "Post-Petition Financing") up to an aggregate principal amount not to exceed $200,000.00 from Horizon to be utilized by the Debtor to purchase inventory and pay expenses to operate the Debtor's business; provided however, only those operating expenses permitted to be paid pursuant to Cash Collateral Order approved by this Court; and (ii) to grant Horizon an administrative claim, pursuant to § 503(b)(1) of the Bankruptcy Code.

9. The Post-Petition Financing shall be an unsecured loan made to the Debtor up to the principal amount not to exceed $200,000.00, with interest at the rate of 3% per annum and

---

[1] This does not include prepaid deposits paid by Horizon for unrelated matters or contingent liabilities under guaranties.

shall only become due and payable on the earlier date of: (a) the entry of an order dismissing the Chapter 11 Case or converting the Chapter 11 Case to a Chapter 7 Case; or (b) the entry of an order appointing a Chapter 11 trustee in the Chapter 11 case; of (c) the entry of an order staying, reversing, vacating or otherwise modifying the Post-Petition Financing under this Order without Horizon's prior written consent; or (d) the entry of an order confirming a Chapter 11 plan in this Chapter 11 Case; or (e) the entry of an order authorizing the sale of all or substantially all of the Debtor's assets.

10. In accordance with § 503(b)(1) of the Bankruptcy Code, all sums due to Horizon pursuant to the Post-Petition Financing shall be an administrative expense of the Debtor's bankruptcy estate. Further, the Post-Petition Financing shall not obligate Horizon to advance any funds to the Debtor, and any and all advances made to the Debtor shall be at the sole and absolute discretion of Horizon.

11. The Debtor does not have sufficient available sources of working capital and financing to operate its business in the ordinary course of business or operate its business and maintain its property in accordance with state and federal law without the Post-Petition Financing. The Debtor's ability to maintain business relationships with vendors, suppliers and customers, to pay employees and otherwise to finance its operations, is essential to the Debtor's continued viability and expedient reorganization. In addition, the Debtor's need for financing is immediate. In the absence of the Post-Petition Financing, the continued operation of the Debtor's business would not be possible, and serious and irreparable harm to the Debtor and its bankruptcy estate would occur. The preservation, maintenance and enhancement of the going concern value of the Debtor is of the utmost significance and importance to a successful and expedient reorganization of the Debtor under Chapter 11 of the Bankruptcy Code.

12. The Post-Petition Financing to be extended by Horizon to the Debtor is a result of an arm's length transaction and is made in good faith pursuant to § 364(e) of the Bankruptcy Code.

13. The Debtor has determined that the Post-Petition Financing is necessary for the Debtor to operate its business and for the Debtor's successful reorganization. The Post-Petition Financing will assist the Debtor during its traditionally slow season and will allow the Debtor to successfully reorganize. Accordingly, the Debtor believes that the Post-Petition Financing is in the best interests of the Debtor's bankruptcy estate and creditors and will allow the Debtor to maximize the value of its assets for all creditors.

WHEREFORE, the Debtor respectfully requests that the Court (i) authorize the Debtor to obtain the Post-Petition Financing from Horizon pursuant to the terms and conditions set forth herein, in the Final Order; (ii) enter the Final Order substantially in the form and substance of Exhibit "A" attached hereto; and (iii) grant all other just and proper relief.

    Respectfully submitted,

    DALE & EKE, P.C.

    By:  /s/ Meredith R. Theisen
     Meredith R. Theisen (Atty. No. 28804-49)
     Deborah J. Caruso (Atty. No. 4273-49)
     Erick P. Knoblock (Atty. No. 18296-49)
     DALE & EKE, P.C.
     9100 Keystone Crossing, Suite 400
     Indianapolis, Indiana 46240
     Tel: (317) 844-7400
     Fax: (317) 574-9426
     Email: mtheisen@daleeke.com
     Attorneys for the Debtor

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 14, 2014, a copy of the foregoing *Debtor's Second Amended Motion for Authority to Obtain Post-Petition Financing* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

George Henry Abel gabel@easterandcavosie.com
Mikel Renay Bistrow mbistrow@foley.com, cburke@foley.com
Jason R Burke jburke@hopperblackwell.com, kellis@hopperblackwell.com
James E. Carlberg jcarlberg@boselaw.com, mwakefield@boselaw.com
Deborah Caruso dcaruso@daleeke.com, mtheisen@daleeke.com
Christopher Celentino ccelentino@foley.com
Dustin R. DeNeal dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
Henry A. Efroymson henry.efroymson@icemiller.com
George W. Hopper ghopper@hopperblackwell.com, mroth@hopperblackwell.com;ghopper@hopperblackwell.com
Jay Jaffe jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
Erick P Knoblock eknoblock@daleeke.com, dwright@daleeke.com
Joseph F McGonigal joe.mcgonigal@usdoj.gov, joe.mcgonigal@usdoj.gov
James P Moloy jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Meredith R. Theisen mtheisen@daleeke.com
U.S. Trustee ustpregion10.in.ecf@usdoj.gov

  I further certify that on March 14, 2014, a copy of the foregoing *Debtor's Second Amended Motion for Authority to Obtain Post-Petition Financing* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | | |
|---|---|---|
| Britten & Julie Killinger<br>10813 Club Point<br>Fishers, IN 46037 | Dr. & Mrs. Russell Dilly<br>289 Breakwater Drive<br>Fishers, IN 46037 | James & Nancy Martin<br>10622 Thorny Ridge Trace<br>Fishers, IN 46037 |
| Justin & Kimberly Boswell<br>11098 Preservation Point<br>Fishers, IN 46037 | L.G. & Alyce Edwards<br>10818 Club Point<br>Fishers, IN 46037 | Mr. & Mrs. Bernie Lacy<br>8802 Spinnaker Court<br>Indianapolis, IN 46256 |
| Mr. & Mrs. Chad Owen<br>12077 Proper Pass<br>Fishers, IN 46037 | Mr. & Mrs. Dan Hutmacher<br>11225 Hawthorn Ridge<br>Fishers, IN 46037 | Mr. & Mrs. David Dutro<br>8621 Seaward Lane<br>Indianapolis, IN 46256 |
| Mr. & Mrs. James Peterson<br>11827 Sea Star Drive<br>Indianapolis, IN 46256 | Mr. & Mrs. Jim Ratliff<br>11999 Talnuck Circle<br>Fishers, IN 46037 | Mr. & Mrs. John Lacy<br>150 Breakwater Drive<br>Fishers, IN 46037 |
| Mr. & Mrs. Kevin Broderick<br>13264 Talon Crest Drive<br>Fishers, IN 46037 | Mr. & Mrs. Thomas Grant<br>10825 Club Point<br>Fishers, IN 46037 | NADM<br>c/o Michael Leeds<br>5100 Town Center Circle, Suite 650<br>Boca Raton, FL 33486 |

- 6 -

| | | |
|---|---|---|
| Olinger Distributing (Oliver, Jim)<br>5337 W. 78th Street<br>Indianapolis, IN 46268 | Phillip & Karen Scaletta<br>7256 Tulip Tree Trail<br>Indianapolis, IN 46256 | Robert & Bev Hartig<br>13563 Marjac Way<br>McCordsville, IN 46055 |
| Sana Corp.<br>c/o Michael Leeds<br>5100 Town Center Circle, Suite 650<br>Boca Raton, FL 33486 | Tim & Allison Meta<br>10108 Muirfield Trace<br>Fishers, IN 46037 | TW Telecon Inc.<br>Linda boyle<br>10475 Park Meadow Dr., #400<br>Littleton, CO 80124 |
| National City Commercial Capital Company, LLC<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | VGM Financial Services, a Division of TCF Equipment Finance, Inc.<br>1111 W. San Marnan<br>Waterloo, IA 50701 | Accord Financial, Inc.<br>25 Woods Lake Road, Suite 102<br>Greenville, SC 29607 |
| GPSI Leasing, LLC<br>1074 N. Orange Avenue<br>Sarasota, FL 34236 | U.S. Foods, Inc.<br>9399 West Higgins Road<br>Rosemont, IL 60018 | PNC Equipment Finance, LLC<br>995 Dalton Avenue<br>Cincinnati, OH 45203 |
| HDG HPPGP GENPAR, L.L.C.<br>c/o HDG Investments, LLC<br>10 West Market Street, Suite 1200<br>Indianapolis, IN 46204 | Sunset, L.L.C.<br>10 West Market Street, Suite 1200<br>Indianapolis, IN 46204 | |

        /s/ Meredith R. Theisen
Meredith R. Theisen